UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FOUZIA JADA,

                           Plaintiff,                    Docket No.: 1:21-cv-00194-MKB-JRC

          -against-                                      **NOTICE OF MOTION FOR**
                                                         **SUMMARY JUDGMENT**
COSTCO WHOLESALE CORPORATION and
MBA - VERNON BOULEVARD, LLC,

                           Defendants.

----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in

Support, dated September 23, 2022, the Rule 56.1 Statement of Material Facts, dated September

23, 2022, and the Declaration of Michael J. Crowley, Esq., dated September 23, 2022, and all the

exhibits attached thereto, Defendants, Costco Wholesale Corporation and MBA – Vernon

Boulevard, LLC, will move this Court for an Order pursuant to Rule 56 of the Federal Rules of

Civil Procedure, at a date and time set forth by the Honorable Margo K. Brodie, for Summary

Judgment to be granted in favor of Defendants and for Plaintiff's Amended Verified Complaint to

be dismissed in its entirety.


[*CONTINUED ON THE FOLLOWING PAGE*]

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Order of the Court, dated August 24, 2022, Plaintiff is required to serve papers in opposition to the instant motion by October 24, 2022, with Defendants' reply papers in support to be served by November 7, 2022.

Dated: New York, New York
       September 23, 2022

CONNELL FOLEY LLP

MICHAEL J. CROWLEY
SAMUEL P. QUATROMONI
Attorneys for Defendants
COSTCO WHOLESALE CORPORATION
and MBA – VERNON BOULEVARD, LLC
875 Third Avenue, 21st Floor
New York, New York 10022
(212) 307-3700

TO:

Philip Aiello, Esq.
McManus Ateshoglu Aiello & Apostolakos PLLC
Attorneys for Plaintiff
48 Wall Street, 25th Floor
New York, New York 10005
(212) 425-3100
paiello@maaalaw.com

-2-