UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FOUZIA JADA,

                Plaintiff,               Docket No.: 1:21-cv-00194-MKB-JRC

    -against-                          **DECLARATION OF MICHAEL J. CROWLEY, ESQ.**

COSTCO WHOLESALE CORPORATION and
MBA - VERNON BOULEVARD, LLC,

                Defendants.

-----------------------------------------------------------------X

I, Michael J. Crowley, declare as follows:

1. I am admitted to practice before this Court and am a partner of the law firm, Connell Foley, LLP, counsel for defendants, Costco Wholesale Corporation ("Costco") and MBA – Vernon Boulevard, LLC ("MBA") (collectively, "Defendants").

2. I submit this declaration pursuant to 28 USC § 1746 in support of Defendants' motion for Summary Judgment pursuant to Fed R. Civ. P. 56.

3. In support of the instant motion, I attach true and correct copies of the following:

- **Exhibit A**: Summons and Verified Complaint.

- **Exhibit B**: Defendants' Verified Answer.

- **Exhibit C**: Supplemental Summons and Amended Verified Complaint.

- **Exhibit D**: Defendants' Verified Answer to Amended Verified Complaint.

- **Exhibit E**: Notice of Removal, without exhibits.

- **Exhibit F**: Defendant MBA-Vernon Boulevard LLC's Motion for a Pre-Motion Conference, dated September 2, 2021, and the docket entry denying the Motion without prejudice.

- **Exhibit  G**: Plaintiff's Response to Defendants' First Set of Interrogatories.

- **Exhibit H**: Transcript of the deposition of Plaintiff, held on August 10, 2021.

- **Exhibit I**: Transcript of the deposition of non-party, Tamara Aroutyan, held on December 9, 2021.

- **Exhibit J**: Transcript of the deposition of Alejandra Vicencio on behalf of Costco Wholesale Corporation, held on October 22, 2021.

- **Exhibit K**: Transcript of the deposition of Alejandra Vicencio on behalf of Costco Wholesale Corporation, held on May 20, 2022.

- **Exhibit L**: Defendants' Response to Plaintiff's First Set of Interrogatories, without exhibits.

- **Exhibit M**: Affidavit of Richard Thypin on behalf of MBA-Vernon Boulevard LLC, dated September 1, 2021.

- **Exhibit N**: Affidavit of Richard Thypin on behalf of MBA-Vernon Boulevard LLC, dated September 19, 2022, with Ground Lease between Manhasset Bay Associates and Costco Wholesale Corporation, bates stamped COSTCO/MBA 0001-0102 attached as Exhibit A to the Affidavit.

- **Exhibit O**: The Member First Report of Incident.

- **Exhibit P**: Daily Floor-walk / Safety Inspection, dated August 16, 2018, bates-stamped COSTCO/MBA 0130.

Dated: New York, New York
September 23, 2022

CONNELL FOLEY LLP

_____
MICHAEL J. CROWLEY
SAMUEL P. QUATROMONI
Attorneys for the Defendants
COSTCO WHOLESALE CORPORATION
and MBA – VERNON BOULEVARD, LLC
875 Third Avenue, 21st Floor
New York, New York 10022
(212) 307-3700

TO:

Philip Aiello, Esq.
McManus Ateshoglu Aiello & Apostolakos PLLC
Attorneys for Plaintiff
48 Wall Street, 25th Floor
New York, New York 10005
(212) 425-3100
paiello@maaalaw.com