# Exhibit D

Case 1:21-cv-00194-MKB-JRC Document 29-5 Filed 11/07/22 Page 2 of 7 PageID #: 144

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X

FOUZIA JADA,

                         Plaintiff,

    -against-

COSTCO WHOLESALE CORPORATION and
MBA - VERNON BOULEVARD, LLC,

                       Defendants.

-------------------------------------------------------------------X

Index No. 715993/2020

**VERIFIED ANSWER TO AMENDED VERIFIED COMPLAINT**

Defendants, Costco Wholesale Corporation and MBA – Vernon Boulevard, LLC (hereinafter "defendants"), by their attorneys, Connell Foley LLP, answering the Amended Verified Complaint of plaintiff herein state, upon information and belief, as follows:

1. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the Amended Verified Complaint designated "1," "9," "12," "14," "16," and "18."

2. Deny each and every allegation contained in paragraph "2" of the Amended Verified Complaint except admit that Costco Wholesale Corporation was and is a foreign business corporation, duly authorized and permitted to transact business in the State of New York.

3. Deny each and every allegation contained in the paragraphs of the Amended Verified Complaint designated "3," "5," "10," "11," "13," "15, "17," "19," "20," "21," "22," and "24."

4. Admit each and every allegation contained in the paragraph of the Amended Verified Complaint designated "4."

-1-

5739858-1

5.      Deny each and every allegation contained in paragraph "6" of the Amended Verified Complaint except admit that on and for a period of time prior to August 16, 2018, MBA – VERNON BOULEVARD, LLC was the owner of the property located at 35-50 Vernon Boulevard, in the County of Queens, City and State of New York.

6.      Deny each and every allegation contained in paragraph "7" of the Amended Verified Complaint except admit that COSTCO WHOLESALE CORPORATION entered into a Ground Lease, dated April 12, 1996, with Manhasset Bay Associates, relating to the property at 32-50 Vernon Boulevard, Queens, New York, 11106.

7.      Deny each and every allegation contained in paragraph "8" of the Amended Verified Complaint except admit that prior to August 16, 2018, the deed for the property at 32-50 Vernon Boulevard, County of Queens, was transferred from Manhasset Bay Associates to MBA – VERNON BOULEVARD, LLC.

8.      Deny each and every allegation contained in the paragraph designated "23" of the Amended Verified Complaint and refer all questions of law to this Honorable Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

All limitations of liability made available by Article 16 of New York's C.P.L.R may apply to defendants.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The damages sustained by the plaintiff, if any, were caused by the negligence and carelessness of some third-person over whom defendants had neither control nor responsibility.

-2-

5739858-1

### AS FOR A THIRD AFFIRMATIVE DEFENSE

The injuries and damages allegedly sustained by the plaintiff were caused solely by the plaintiff's own culpable and negligent conduct and were not caused nor contributed to by reason of any negligence or other omission or act on the part of the defendants.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Upon information and belief, any past or future costs, expenses or damages incurred or which will be incurred by the plaintiff as alleged in the Amended Verified Complaint, has been or will be, with reasonable certainty, replaced or indemnified in whole or in part from a collateral source as that term is defined in Section 4545(c) of the New York Civil Practice Law and Rules. By reason of the foregoing, if any damages are recoverable against defendants, the amount of any such damages must be diminished by the amount of the reimbursement or indemnification which plaintiff has or shall receive from such collateral source.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

All or part of the damages allegedly sustained by the plaintiff were caused by her culpable conduct through her negligence and careless acts or omissions and damages, if any, should be diminished in accordance with the degree of culpability and fault attributed to plaintiff as provided in C.P.L.R. 1411.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

The Amended Verified Complaint fails to state a claim upon which relief may be granted.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

If the plaintiff sustained any damages as alleged in the Amended Verified Complaint or otherwise as may be shown, then in that event such damages were solely and proximately caused by the independent, intervening or superseding acts or omissions of other parties or persons for whose conduct defendants are neither liable nor responsible for.

-3-

5739858-1

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Any and all risks, hazards, defects and dangers were of an open, obvious, apparent and inherent nature and known or should have been known to the plaintiff, and the plaintiff willingly and voluntarily assumed all such risks, hazards, defects and dangers.  If it is determined that the plaintiff assumed the risk, this defendant pleads said facts in diminution of damages in the proportion that the culpable conduct attributable to the plaintiff compared to the culpable conduct which caused the damages.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

The plaintiff failed to act to mitigate the damages sustained.

**WHEREFORE**, the defendants, Costco Wholesale Corporation and MBA – Vernon Boulevard, LLC, demand judgment dismissing the Amended Verified Complaint, together with the costs, disbursements and attorney's fees herein, together with such other and further relief as to this Court may deem just and proper.

Dated: New York, New York
        December 30, 2020

**CONNELL FOLEY LLP**

_____
**MICHAEL J. CROWLEY**
Attorneys for the Defendant
**COSTCO WHOLESALE
CORPORATION and MBA – VERNON
BOULEVARD, LLC**
888 Seventh Avenue, 9th Floor
New York, New York 10106
(212) 307-3700

-4-

5739858-1

Case 1:21-cv-00194-MKB-JRC    Document 29-5    Filed 11/07/22    Page 6 of 7 PageID #: 148

**TO:**   Philp Argyropoulos, Esq.
**ARGYROPOULOS & ASSOCIATES, LLC**
Attorneys for Plaintiff
**JADA FOUZIA**
31-08 Broadway, Suite 202
Astoria, New York 11106
(718) 777-1777

-5-

5739858-1

Case 1:21-cv-00194-MKB-JRC    Document 29-5    Filed 11/07/22    Page 7 of 7 PageID #: 149

## **VERIFICATION**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

MICHAEL J. CROWLEY, an attorney at law, duly admitted to practice before the Courts of the State of New York, affirms the following under penalty of perjury:

I am a Partner with the firm of Connell Foley LLP, attorneys for defendants, Costco Wholesale Corporation and MBA – Vernon Boulevard, LLC, and I have read the foregoing Verified Answer to the Amended Verified Complaint and know the contents thereof, and upon information and belief, deponent believes the matters alleged therein to be true;

The reason this Verification is made by the deponent and not by the defendants is that Costco Wholesale Corporation is a foreign corporation which does not have an office within the County of New York, wherein your deponent has his office, and MBA – Vernon Boulevard, LLC is a foreign limited liability company which does not have an office within the County of New York, wherein your deponent has his office;

That the source of your deponent's knowledge and information and the grounds of this belief upon which he makes this Verification are the communications, papers, reports, records and investigations contained in the defendants' file.

_____
MICHAEL J. CROWLEY

-6-

5739858-1