# Exhibit E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

FOUZIA JADA,

                              Plaintiff,

        -against-

COSTCO WHOLESALE CORPORATION and
MBA - VERNON BOULEVARD, LLC,

                              Defendants.

---

Docket No.:

**NOTICE OF REMOVAL**

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK:**

        Defendants, Costco Wholesale Corporation ("Costco") and MBA – Vernon Boulevard,

LLC ("MBA"), for the removal of this action from the Supreme Court of the State of New York,

County of Queens, to the United States District Court for the Eastern District of New York,

respectfully show this Honorable Court:

        FIRST: Costco and MBA are defendants in a civil action brought against them in the

Supreme Court of the State of New York, County of Queens, entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

FOUZIA JADA,

                              Plaintiff,

        -against-

COSTCO WHOLESALE CORPORATION and
MBA – VERNON BOULEVARD, LLC,

                              Defendants.

---

Index No.: 715993/2020

5751671-1

SECOND: Copies of the Summons, Verified Complaint, Supplemental Summons and the Amended Verified Complaint in this action are annexed hereto as **Exhibit "A."** Copies of Defendants' Verified Answer to the Verified Complaint and Verified Answer to the Amended Verified Complaint are annexed hereto as **Exhibit "B."** These exhibits constitute all pleadings served upon any party in this action. No Orders have been issued.

THIRD: Plaintiff has served a Verified Bill of Particulars and Response to Defendants' Combined Demands. A copy of Plaintiffs Verified Bill of Particulars is annexed hereto as **Exhibit "C"**; a copy of Plaintiff's Response to Defendants' Combined Demands is annexed hereto as **Exhibit "D."** Plaintiff's Verified Bill of Particulars and Response to Combined Demands were received on December 28, 2020. Less than thirty (30) days have passed since receipt of the Bill of Particulars and Response to Combined Demands.

FOURTH: Plaintiff has alleged that due to Defendants' negligence, she has suffered various personal injuries, including, but not limited to, the following: lumbar disc herniations at the L3-4 and L4-5 levels; cervical disc herniation at C6-7; cervical disc bulges at the C4-5 and C5-6 levels; and tears of meniscus in the right and left knees. See Exhibit C, ¶ 9. Plaintiff has also alleged in response to Defendants' CPLR 3017(c) demand that she seeks compensatory damages of $2 million. See Exhibit D, ¶ 4. Accordingly, it is clear that the amount of controversy in this matter exceeds $75,000, exclusive of interests and costs.

FIFTH: This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of Title 28 United States Code, Section 1441, in that: it is a civil action brought in a Supreme Court of the State of New York, by a

-2-

5751671-1

citizen of the state of New York, against a foreign corporation and a foreign limited liability company whose respective principal places of business are outside of the State of New York; and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

WHEREFORE, the defendants, Costco Wholesale Corporation and MBA – Vernon Boulevard, LLC, pray that the above action now pending against them in the Supreme Court of the State of New York, County of Queens, be removed from there to this Court.

Dated: New York, New York
     January 13, 2021

CONNELL FOLEY LLP

_____
MICHAEL J. CROWLEY
SAMUEL P. QUATROMONI
Attorneys for the Defendants
COSTCO WHOLESALE CORPORATION
and MBA – VERNON BOULEVARD, LLC
888 Seventh Avenue, 9th Floor
New York, New York 10106
(212) 307-3700

TO:    PHILIP ARGYROPOULOS
       ARGYROPOULOS & ASSOCIATES, LLC
       Attorneys for Plaintiff
       31-08 Broadway, Suite 202
       Astoria, NY 11106
       (718) 777-1777

5751671-1