# Exhibit F



Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

**Samuel P. Quatromoni**
Associate
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

September 2, 2021

**<u>VIA ECF</u>**
The Honorable Margo K. Brodie
225 Cadman Plaza East, Courtroom 6F
Brooklyn, New York 11201

> **Re:    Fouzia Jada v. Costco Wholesale Corporation and MBA-Vernon Boulevard, LLC**
> **Docket No.: 21-CV-00194 (MKB)(JRC)**

Dear Judge Brodie,

This firm represents defendants, Costco Wholesale Corporation and MBA – Vernon Boulevard, LLC ("Defendants") in the above-referenced matter.  Pursuant to Your Honor's Individual Practices and Rules, we write to request a Pre-Motion Conference.

This case involves an alleged slip-and-fall on blueberries on August 16, 2018, inside the Costco Warehouse located at 32-50 Vernon Boulevard, Long Island City, New York ("Costco Warehouse").  MBA owns the land at 32-50 Vernon Boulevard, Long Island City, New York. Costco Wholesale Corporation ("Costco") operates the Costco Warehouse pursuant to a Ground Lease, dated April 12, 1996, originally entered into by Manhasset Bay Associates and Costco.

Defendants request a Pre-Motion Conference for a motion, pursuant to Fed. R. Civ. P. 56, seeking summary judgment and dismissal of the Complaint as against defendant, MBA – Vernon Boulevard, LLC ("MBA").  The basis for the proposed motion is that MBA did not owe a duty to plaintiff and cannot be liable as it is an out-of-possession owner that has not retained control over the premises and is not contractually obligated to maintain the premises.  <u>See</u> <u>Williams v. Matrix Fin. Servs. Corp.</u>, 158 F.App'x 301, 302 (2d Cir. 2005); <u>Haskin v. United States</u>, No. 10-CV-5089 (MKB), 2015 U.S. Dist. LEXIS 84762, at *44-47 (E.D.N.Y. June 30, 2015).  Defendants requested that plaintiff discontinue as against MBA.  Plaintiff's counsel declined.

Pursuant to the Ground Lease, Costco has exclusive control over the Warehouse and is obligated to maintain the Warehouse.  In particular, the Ground Lease includes the following provisions:

5699965-1

Hon. Margo K. Brodie
September 2, 2021
Page 2

6.07 <u>Control and Indemnification</u>. Notwithstanding anything to the contrary in this Lease, during the Term of this Lease Tenant [Costco] shall have exclusive control and possession of the Premises, Landlord shall have no liabilities, obligations or responsibilities whatsoever with respect thereto.

\*\*\*

10.02 <u>Repair and Maintenance</u>.

(a) Tenant shall, throughout the term of this lease, at Tenant's cost and expense, take good care of the and maintain the Premises and all roadways … in good order and repair and shall promptly remove all accumulated snow, ice and debris from any and all roadways , sidewalks and curbs located upon or appurtenant to the Premises and all other sidewalks and curbs adjacent to the Premises.

Moreover, pursuant to the enclosed affidavit by Richard Thypin (**Exhibit "A"**), on behalf of MBA, it is Costco's responsibility to maintain the interior floor of the Warehouse. MBA does not have any responsibility for the interior of the Costco Warehouse and has never inspected or maintained the interior of the Costco Warehouse.

In light of the above, Defendants submit that there is no basis upon which to impose liability against MBA and that all claims against MBA should therefore be dismissed.

Respectfully Submitted,

Samuel P. Quatromoni

CC VIA ECF:

Philip Aiello
McManus Ateshoglu Aiello & Apostolakos PLLC
Attorneys for Plaintiff
48 Wall Street, 25th Floor
New York, New York 10005
(212) 425-3100
paiello@maaalaw.com

5699965-1

## Samuel P. Quatromoni

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, June 20, 2022 9:33 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-00194-MKB-JRC Jada v. Costco Wholesale Corporation et al Order on Motion for Pre Motion Conference |

External email: careful w/links or attachments.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/20/2022 at 9:33 AM EDT and filed on 6/20/2022

| | |
|---|---|
| **Case Name:** | Jada v. Costco Wholesale Corporation et al |
| **Case Number:** | 1:21-cv-00194-MKB-JRC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER denying [16] Motion for Pre Motion Conference without prejudice. In light of Judge Cho's Order adjourning deadlines sine die and the fact that the parties continue to engage in discovery, Defendants' request for a pre-motion conference is denied without prejudice. Ordered by Chief Judge Margo K. Brodie on 6/20/2022. (Acquie, Dianisbeth)**

**1:21-cv-00194-MKB-JRC Notice has been electronically mailed to:**

Michael J. Crowley    mcrowley@connellfoley.com, mcruz@connellfoley.com

Philip Aiello    paiello@maaalaw.com, dsanchez@maaalaw.com, pvaiello@hotmail.com

Samuel Paul Quatromoni    squatromoni@connellfoley.com, mcruz@connellfoley.com, msrey@connellfoley.com

**1:21-cv-00194-MKB-JRC Notice will not be electronically mailed to:**

1

Philip Argyropoulos
Argyropoulos & Bender
33-19 Broadway
Astoria, NY 11106