# Exhibit H

# Samuel P. Quatromoni

| | |
|---|---|
| **From:** | Samuel P. Quatromoni |
| **Sent:** | Wednesday, October 20, 2021 9:57 AM |
| **To:** | Phil Aiello |
| **Cc:** | Michael J. Crowley; Georgy Meskhi; Lisbeth Morales |
| **Subject:** | Fouzia Jada v. Costco Wholesale Corporation, et al.; EDNY; Docket No.: 1:21-cv-00194-MKB- VMS; File No.: PI5498 |
| **Attachments:** | 2021-08-10 - EBT Transcript of FOUZIA JADA.pdf; 2021-08-10 - FOUZIA JADA - Exhibit A.pdf; Fouzia - Letter Exchanging Depostion Transcript _ dated 10-20-21 (2).pdf |

Good Morning,

Attached please find a copy of the transcript from your client's deposition on August 10, 2021.  Hard copies of the execution letter and transcript are being mailed to your office.

I have also attached a copy of Exhibit A from the deposition.

Best,
Sam

**Samuel P. Quatromoni**
*Associate*

Connell Foley LLP
888 Seventh Avenue ǀ 9th Floor ǀ New York, NY 10106

Phone   212.307.3700
Direct    212.307.3705
Fax       212.262.0050
squatromoni@connellfoley.com

**website | bio | vCard | map |**

CONNELL FOLEY
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

**Roseland • Jersey City • Newark • New York • Cherry Hill • Philadelphia**

STATEMENT OF CONFIDENTIALITY:  The information contained in this transmission including any attached documentation is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Connell Foley LLP immediately by replying to this email. Please delete all copies of this message and any attachments immediately.



CONNELL FOLEY
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**Samuel P. Quatromoni**
Associate
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

October 20, 2021

**VIA MAIL**
Philip Aiello
McManus Ateshoglu Aiello & Apostolakos PLLC
48 Wall Street, 25th Floor
New York, New York 10005

   **Re:** **Fouzia Jada v. Costco Wholesale Corporation and MBA-Vernon Boulevard, LLC**
     **Docket No.: 21-CV-00194 (MKB)(JRC)**

Dear Mr. Aiello,

  Enclosed please find the deposition transcript of your client, Fouzia Jada, held on August 10, 2021.  Please have your client review and execute the transcript, and return the transcript to our office.

  Pursuant to F.R.C.P. 30(e), your client is required to execute and return the transcript of the enclosed examination within (30) days.

       Very truly yours,

       Samuel P. Quatromoni

SPQ/
Enclosures

Roseland Jersey City Newark New York Cherry Hill Philadelphia

www.connellfoley.com

5699965-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____x

FOUZIA JADA,

                        Plaintiff,

             -against-

                                1:21-cv-00194

COSTCO WHOLESALE CORPORATION and MBA-

VERNON BOULEVARD, LLC,

                        Defendants.

_____x

                        DATE: August 10, 2021

                        TIME: 10:09 a.m.

DEPOSITION OF FOUZIA JADA, the Plaintiff was taken

by the Defendants pursuant to Order and taken

before FREDA OWUSU-ANSAH, a Shorthand Reporter and

Notary Public of the State of New York.

Job No. CS4756313

Case 1:21-cv-00194-MKB-JRC    Document 29-9    Filed 11/07/22    Page 5 of 99 PageID #: 178

A P P E A R A N C E S


    MCMANUS, ATESHOGLOU, AIELLO & APOSTOLAKOS, LLC

         Attorneys for the Plaintiff

         48 Wall Street, 25th Floor

         New York, New York 10005

         TEL #: (212) 425-3100

    BY:  PHILIP V. AIELLO, ESQ.

         E-MAIL: Pailello@maaalaw.com


    CONNELL FOLEY LLP

         Attorneys for the Defendants

         888 7th Avenue, 9th Floor

         New York, New York 10106

         TEL #: (212) 307-3700

    BY:  MICHAEL J. CROWLEY, ESQ.

         E-MAIL: Mcrowley@connellfoley.com

Page 3

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

FOUZIA JADA

F O U Z I A   J A D A, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY

MR. CROWLEY:

Q.   State your full name for the record, please.

A.   Fouzia Jada.

Q.   State your address for the record, please.

A.   3240 46th Street, Apt. 1-D, Astoria, New York 11103.

Q.   Good morning, Ms. Jada.  My name is Michael Crowley.  I'm an attorney with the law firm of Connell Foley LLP.  We are the attorneys for Costco Corporation in a lawsuit that you have brought against Costco.

I'm going to ask you some questions this morning related to your claim in that lawsuit.  I just want to go over a couple of simple ground rules with you.

First, please listen to my entire question before you answer which has two purposes.  One, I would like that you understand

FOUZIA JADA

the question better and number two, it's not good

for the court reporter and our record if two of

us speak at the same time.

A.   Okay.

Q.   Also, please answer all or make your

answers verbal so that the court reporter doesn't

have to interpret nods or shakes of the head,

uh-huh or uh-huh.

A.   Okay.

Q.   Keep your voice up so I can tell you

we're ready.  I'm having a difficult time hearing

your first couple of answers.

A.   Okay.

Q.   If you don't understand my question at

any time, please just tell me that you don't

understand, and I'll try to rephrase it for you

so that you do understand.  If you answer my

question, I'm going to assume that you understood

it.

Finally, I don't know if this -- how

long this will be probably not that long but if

at any time you need a break, just let me know

and as long as I don't have a question pending

which means something I have asked you have not

Page 6

FOUZIA JADA

yet answered, we will take a break for any reason you want.

    A.   Okay.

    Q.   Now, first, where are you physically right now, ma'am?

    A.   You mean where I'm hurt?

    Q.   Where are you right now testifying? In your apartment or someplace else?

    A.   Yes, in my apartment.

    Q.   Are you alone in the room in which you are testifying?

    A.   Yes.  I'm alone.

    Q.   The address that you just give us, how long have you resided there?

    A.   About 25 years, I think or 26 years.

    Q.   The incident we're here to talk about today that happened on August 16th, 2018, correct?

    A.   Yes.

    Q.   It happened in the Costco warehouse in Long Island City, New York, correct?

    A.   Yes.

    Q.   Now, currently, does anyone live with you at the address that you gave us?

FOUZIA JADA

A.   Yes, my daughter.

Q.   What is your daughter's name?

A.   ████████████████

Q.   How old is Rana?

A.   ██████ is 17 years old.

Q.   What is your son's name?

A.   Ryan, R-Y-A-N Jada.

Q.   How long is Ryan?

A.   Twenty-six.

Q.   Are you married, ma'am?

A.   Separated for now.

Q.   What is your husband's name?

A.   Youssef Y-O-U-S-S-E-F Jada.

Q.   Were you separated back in August of 2018 or living together?

A.   We were separated at that time.

Q.   Can I have your date of birth, please?

A.   ██████ 1966.

Q.   Where were you born?

A.   Morocco.

Q.   Are you presently a US citizen?

A.   Yes.

Q.   When did you become a US citizen?

A.   In 2006, I think.

FOUZIA JADA

Q.   What is your social security number?

A.   ███████.

MR. CROWLEY:  Let's just put the last four on the record.

A.   ████.

MR. CROWLEY:  The record can only have the last four.  That is fine.

Q.   Just some basic background questions, ma'am, have you ever applied for social security disability?

A.   No, never.

Q.   Are you a recipient of Medicare?

A.   What is that?

Q.   Do you receive Medicare?

A.   Medicare, no.

Q.   How about Medicaid?

A.   Yes.

Q.   For how long have you been receiving Medicaid?

A.   Maybe last four years or five years.

Q.   Has Medicaid paid for any of the medical treatment that you have had which you claim is related to the incident at Costco?

A.   Yes.

FOUZIA JADA

MR. CROWLEY: We'll talk about that offline and anything you're aware of.

MR. AIELLO: Okay.

Q. In addition to Medicaid payments, do you have health insurance currently?

A. I have Fidelis. That is part of it.

Q. Is that part of Medicaid or something else?

A. I think so. Yes.

Q. Would it be accurate then to say that any insurance type coverage that you had for your treatment related to the Costco incident all is Medicaid?

Is that correct?

A. Yes, you can say that. Yes.

Q. Are you presently employed?

A. No.

Q. When was the last time you were employed?

A. It was 2018. After the incident, I can't do any work because I'm the super of the building.

Q. I will get into that.

The last time you were employed was

Page 10

FOUZIA JADA

2018 and you said you were a super for a building?

A.    Yes.  The building where I live in.

Q.    You can speak with your attorney to answer this question probably the only time I tell that you.

Are you making a claim in your case against Costco that the injuries you received in this incident have prevented from you working so you have lost at the time?

A.    Yes.

Q.    When did you first become employed as a super in your building?

A.    In 2010.  I believe it was October of 2010.

Q.    Prior to that job, were you employed in the United States?

A.    I worked for the Census Bureau.

Q.    What did you do for the Census Bureau?

A.    I was a field supervisor.

Q.    How long did you do that job?

A.    I did that job for about a year and a half.  It was from 2009 to sometime in 2010.  I did it again in part of 2018.

FOUZIA JADA

Q.   When did you first come to the United States?

A.   It was January of 1990.

Q.   What is your educational background? You can start with high school or equivalent of high school if you were in Morocco?

A.   I didn't finish there high school but I got here any GED.

Q.   You got your GED in the US?

A.   Yes.  Then, I went to college for like a few months, but I didn't finish.

Q.   What school did you get the GED from?

A.   LaGuardia College.

Q.   What college did you attend briefly?

A.   LaGuardia College.

Q.   I take it that you did not receive a degree from LaGuardia College, correct?

A.   No.

Q.   Other than the GED that you obtained in the United States, have you had any other formal education or vocational training in the United States?

A.   No.

Q.   Other than your job with the Census

FOUZIA JADA

Bureau and as being a super, have you been employed in any other positions in the United States?

A.   Yes.  I worked at some construction office as a secretary from 2000 to 2008.

Q.   Why did you leave that job?

A.   They went out of business.  The business was going down.

Q.   What firm was it?

A.   The name was Wonder Construction.

Q.   Where was it located?

A.   3506 31st Avenue.  The was Long Island City.  The zip code was 11106.

Q.   Between leaving the job as secretary at Wonder Construction, was there another job before you started with the Census Bureau?

A.   No.

Q.   Since you came to the United States, is it accurate to say you worked as a secretary in the Census Bureau and then as a super or was there another job in between?

A.   As a super.

Q.   Were you actively employed as a superintendent at your building on August 16th,

Page 13

FOUZIA JADA

2018?

A.   Yes.

Q.   Tell me what your duties were at that time as a super.

A.   I do repairs, I clean the building.  I did all the work in the building to be done.

Q.   Did you have any training to work as a super?

A.   No.

Q.   Who owns that you are living in right now?

A.   P-A-G-E Realty.

Q.   Was Page Realty your employer when you were the super of the building?

A.   Yes.

Q.   Do you or anyone in your family have an ownership interest in Page Realty?

A.   What is that?  I didn't understand.

Q.   Page Realty, do you own that company or part of that company?

A.   No.

Q.   Does your husband own that company or part of that company?

A.   No.

Page 14

FOUZIA JADA

Q.   Does any relative of yours own part of Page Realty?

A.   No.

Q.   How did it come to be that you got that job as a super of the building?

A.   I was living in the building and then they needed a super and they gave me the job.

Q.   As part of your job as a super, did you have to do any maintenance on the building besides sweeping.  By "maintenance," I mean any electrical work, carpentry work and things of that nature?

A.   Yes.  Basic like little jobs, yes.

Q.   When you were working as a super, what was your rate of pay in 2018?

A.   Around $400 a week and I got free rent.

Q.   If the rent was not free, what would have been the rental for your apartment?

A.   The rent for my apartment was about $1,400.

Q.   A month?

A.   A month.

Q.   Now, when you were paid the 400, was

Page 15

FOUZIA JADA

that by check, payroll, cash or some other method?

A.    Cash.

Q.    When did you first start being the super of the building?  What year?

A.    October of 2010 or September of 2010 or something like that.

Q.    Did your rate of pay meaning the 400 cash and free rent stay the same from when you started in 2010 up until August of 2018?

A.    Yes.

Q.    From 2010 through 2018, did you file any tax returns?

A.    Yes.

Q.    Did you file federal tax returns?

A.    Yes.

Q.    Did you file New York State tax returns?

A.    Yes.

Q.    Did you file them jointly with your husband or in some other method?

A.    Yes, with him.

Q.    On those federal tax returns, did you declare the 400 cash payment?

FOUZIA JADA

A.   Yes.

Q.   As how about the value of the rent that you were getting for your job?  Did you declare that as income?

A.   No.

Q.   In 2018, generally, what were your hours in your job as a super?

A.   How many hours a week?

Q.   Yes, ma'am.

A.   Maybe 35 to 40 hours a week.  It depends.

Q.   Did you work any particular days of the week?

A.   Almost every day.

Q.   Did you have an assistant superintendent?

A.   No.  Before 2018, I got somebody.

Q.   Before you had the incident at Costco, if you took a day off, who would function as the superintendent of the building?

A.   Sometimes my son would be around when I'm not around.

Q.   How many apartments are in the building that you live in?

FOUZIA JADA

A.   Twenty-three.

Q.   Does it have an elevator in the building?

A.   No.

Q.   How many floors is it?

A.   Four.

Q.   I take it you live on the first floor at Apt. 1-D?

A.   Yes.

Q.   When did you stop working in your job as a superintendent of the building?

A.   After the incident.  It was like very painful.  I couldn't do anything.

Q.   I will get into all of your injuries, ma'am.  I just want to know dates when you say after your accident.

     Did you work at all in your job after August 16th, 2018?

A.   No.

Q.   Do you remember if you actually worked on the day you had your incident on August 16th, 2018?

A.   No.

Q.   Do you remember what day of the week

Page 18

FOUZIA JADA

you had your incident?

A.    No, I don't remember.

Q.    Your testimony is that you never worked at your job after you had your incident on August 16th, 2018, correct?

A.    I'm around.  My son and I have somebody else helping.  I have a helper.

Q.    Does the building or Page Realty continue to pay you as a super?

A.    Yes.

Q.    They continued pay since August of 2018 up and until today as a super?

A.    Yes.

Q.    It's still $400 a week in cash?

A.    Yes.

Q.    Are you still getting the free rent?

A.    Yes.

Q.    Nothing has really changed about how you were being paid or compensated, right?

A.    Yes, except that I have a helper that I'm paying out of my pocket.

Q.    Your conversation with Page has not changed since the accident, correct?

A.    Yes.

FOUZIA JADA

Q. You say you have an assistant now. What is that assistant's name?

A. Karim.

Q. Can you spell that, please?

A. K-A-R-I-M last name Mouloudi, M-O-U-L-O-U-D-I.

Q. Is it that a man or woman?

A. Man.

Q. When did he start being your assistant?

A. Right after the incident. My son was doing the job for three days and then we hired this guy.

Q. How did you know Mr. Mouloudi?

A. I used to know him around in the neighborhood.

Q. Does he live in the building in which you live?

A. For now, yes. I got him to stay with us.

Q. What do you mean "stay with us," you mean in your apartment?

A. In my apartment.

Q. How long has he been staying in your

FOUZIA JADA

apartment?

A.   About seven months.  I was away and then I had him stay here.

Q.   Where were you in the seven months you were away?

A.   I moved to visit my mother.  She is not feeling well.

Q.   Where does your mother reside in Morocco or somewhere else?

A.   Yes.

Q.   Ma'am, if it's possible will you be alone in the room you are in.

Do you have any type of relationship on a personal level with Mr. Mouloudi?

A.   No.

Q.   Where within your apartment does he reside?

A.   In the living room.  Now, he is going to move out now since I came back, he has to leave.

Q.   Does Page Realty know that you have an assistant?

A.   Yes, they know.  They know that the job is done.  They know the job is done.  Maybe

FOUZIA JADA

they came once and saw him or something.

Q.    How much are you paying Mr. Mouloudi?

A.    I used to give him about $200 but now I'm giving him 240 a week.

Q.    How do you pay him?  Is it cash or something else?

A.    Cash.

Q.    Is the basis of your lost income claim the difference between you pay what Page Realty pays you and then what you have to pay Mr. Mouloudi?

A.    Yes.

Q.    What are your plans with regard to whether you're going to continue this relationship with Mr. Mouloudi?  Is it on a temporary basis, do you believe --

A.    Yes, temporary basis.

Q.    What was your intention for dealing with your job as a super if Mr. Mouloudi is on a temporary basis?

A.    I didn't understand.  Like for the future what is going to happen?  Is that what it is.

Q.    I asked you whether or not this is a

FOUZIA JADA

temporary arrangement or a permanent, you said temporary, right?

A. For now, it's temporary. If he doesn't want the job, I have to see how I feel then I have to hire somebody else. I don't know what is going to be.

Q. You don't have a present date by which he is going to stop working with you?

A. No.

Q. Let's talk a little bit now. I want to focus your attention to August 16th, 2018.

A. Sure.

Q. Are you a member of Costco?

A. No.

Q. Were you a member of Costco back in August of 2018?

A. No.

Q. Did you go to Costco that day the Costco in Long Island City with a member of Costco?

A. Yes.

Q. What is that member's name?

A. Tamara Aroutian. Her first name T-A-M-A-R-A last name is A-R-O-U-T-I-A-N.

Page 23

FOUZIA JADA

Q.   How do you know Ms. Aroutian?

A.   She's a neighbor.  She lives in the building.

Q.   Had you gone to that particular Costco with her on prior occasions before the day you had your incident?

A.   Yes.  Always went there.

Q.   Had you been to that Costco many times?

A.   Before, yes.

Q.   You were familiar with the store and the layout of the warehouse?

A.   Yes.

Q.   How did you get from your apartment in Astoria to the Costco in Long Island City?

A.   Tamara was driving her car.

Q.   Do you have a car yourself now?

A.   No.

Q.   Did you have a car back in 2018?

A.   No.

Q.   When you went to the Costco, was it just the two of you or did you have anyone else with you?

A.   No, it was just the two of us.

Page 24

FOUZIA JADA

Q.   Was there a particular reason you were going there like something particular you wanted to buy or just general shopping?

A.   General shopping.

Q.   Were you doing food shopping or some other merchandise?

A.   Food shopping that day was food shopping.

Q.   About what time of the day did you arrive at Costco?

A.   About maybe 7:00 around that time.

Q.   7:00 p.m.?

A.   Yes.

Q.   While you were in Costco, did you stay with Mrs. Aroutian the whole time or did you guys separate and shop apart?

A.   No.  We were shopping together the whole time.

Q.   Were you using a shopping cart at any time?

A.   Yes, we were using a shopping cart.

Q.   Were you using a shopping cart?  You yourself, were you pushing a shopping cart?

A.   We used one shopping cart.

FOUZIA JADA

Q. Did you operate the cart around the warehouse or did she operate the cart?

A. Mostly because she is like a little heavy. She always like to lean on the cart. I always let her push the cart. Sometimes when we're shopping, we take two carts when we have small shopping. She pushes the cart.

Q. About how long were you in Costco that day before you had your incident?

A. Around maybe 45 minutes. It's a big Costco. It's big place.

Q. Where in Costco did you actually have your fall?

A. My fall happened by the exit where the cashiers are. It's like two or three -- far from the cashier. There's a big pillar. That is where I fell.

Q. You have been to that Costco before and you have purchased items there before, right?

A. Yes.

Q. After you pay for your items at a cashier, you walked through the cashier lane to go out the exit door, right?

A. Yes.

Page 26

FOUZIA JADA

Q.   Did your fall happen before you got to the actual cashier or on the far side of the cashier lane like where you would go to exit?

A.   No, before the cashier.

Q.   At any time during the 45 minutes you were in Costco before your fall, had you walked past the area of your fall?

A.   No.

Q.   Just to be clear, when you fell in that particular area, that was the first time back then that day that you walked in that area of the Costco warehouse, correct?

A.   Yes, I think so.

Q.   Since you were with your friend the entire time, would it be accurate to say she hadn't walked past the area where you fell at any time prior to your fall, correct?

A.   Can you say that again?  Repeat the question, please.

Q.   You testified earlier that you and Ms. Aroutian were together the entire time you were shopping, correct?

A.   Yes.

Q.   Then, you testified that before the

FOUZIA JADA

time you fell while you were in Costco you never walked past the area of your fall before you fell, correct?

A.    Yes.

Q.    Would it be accurate to state that Ms. Aroutian also never walked past the area where you fell before you had your fell?

A.    Yes, she never.

Q.    As you sit here today, are you aware of anyone who actually saw you fall?

A.    Many people.  I didn't know any except my friend.  Everybody was looking like when I fell down.  I didn't know the people except my friend.  I was like ahead of them.  She was by the cashier.

Q.    When you say Ms. Aroutian was ahead of you, did she actually see you fall?

A.    Yes.

Q.    She was looking back towards where you were coming from?

A.    Yes.

Q.    What were you wearing that day?

A.    A long black dress and black flat shoes.

FOUZIA JADA

Q.   What type of soles were on the shoes?

A.   I think rubber.

Q.   How was the weather that day?

A.   I think it was sunny.  It wasn't raining.

Q.   Now, at the time that you had your fall, had you and Ms. Aroutian finished your shopping and you were going to pay or something else?

A.   She was at the cashier ahead of me. We walked to the cashier.  When I was about to pay -- I had a box of danishes and then the girl at the cashier told me that they have the -- it's okay to tell the story.

Q.   Go ahead.

A.   The girl at the cashier told me that since I'm buying those danishes they have the deal of which by one get one free.  I left the cashier and I went back by the restroom all around to the back of the Costco to get the danishes.  When I went, I grabbed the danishes, I passed by the roasted chicken I grabbed the chicken and I walked back.  I walked back to go to the cashier where Tamara was paying for her

FOUZIA JADA

items.  Then when I got by the cashier, I looked like to see where she is at and the moment I saw Tamara, I knew where is was located and then I fell down.  That's it.

Q.  At the time that you fell, were you walking or running?

A.  I was walking because I have two items in my hand.  How can I run?

Q.  I'm just asking the question, ma'am. You were walking that is your testimony.

A.  Yes.

Q.  You know as you sit here today what you believe caused you to fall?

A.  What caused me to fall -- when I fell down the they came to pick me up.

MR. AIELLO:  He asked you a specific question.  You got to try and answer what he is asking you.  He asked you do you know what caused you to fall.

A.  Yes, the blueberries were shattered on the floor.

Q.  There were blueberries on the floor and how close to the cash register you were walking to were the blueberries located?

FOUZIA JADA

A.   Not too far.  Not very close to where I was heading to.

Q.   Based upon your earlier testimony, I take it you were already up at the cashier when she told you that the danishes were two for one, correct?

A.   Say that again, please.

Q.   Your earlier testimony was that you were at the cashier with Tamara when the cashier told you the danishes were two for one sale, correct?

A.   Yes.

Q.   You then had already walked past the area once where you had your fall, right?

A.   No.  That's the specific area that is close the cashier.  We walked a little further up.  It's like an alley.  We turned to our cashier.  Where I fell is not like straight with my cashier.  It's like a little -- it's like that.  It's by a pillar.  I did like a short cut to go to my cashier.  I didn't go around the pillar.  I fell right by the pillar.  I don't know how to explain that.

Q.   At any time prior to when you fell,

FOUZIA JADA

did you see the blueberries on the floor?

A.   If I saw them there you mean?

MR. AIELLO:  Before.

Q.   At any time before you fell, did you see the blueberries on the floor?

A.   If I saw them, no, I didn't.

Q.   You didn't see the blueberries when you first walked to the cashier, correct?

A.   Yes.  We walked up.

Q.   Just answer my question.

A.   No.

Q.   You didn't see the blueberries when you first walked to the cashier, correct?

A.   No.

Q.   You didn't see the blueberries when you walked away from the cashier to go and get the second box of danishes, correct?

A.   I went around.  I didn't go the same way.

Q.   I'm just asking if you saw the blueberries, ma'am.  Listen to my question like your lawyer told you.  Answer them please and it will go a lot faster.

A.   No.

Page 32

FOUZIA JADA

Q.   When you again came to the cashier with the second box of danishes, you didn't see the blueberries before you stepped on them, right?

A.   No.

Q.   Do you know how the blueberries got on the floor?

A.   No, I don't.

Q.   Do you know how long the blueberries were on the floor before you stepped on them?

A.   They were kind of dirty.  They were all smushed up on the floor.  I didn't mashed up on the floor.

Q.   Do you know how long they were on the floor before you stepped on them?

A.   I am sure they have been there for a while.  They were all like smushed up on the floor.

Q.   You saw them on all smushed up after you stepped on them, right?

A.   Yes.

Q.   You think your own foot smashed some of the blueberries when you stepped on it?

A.   Not on the place where I fell.  They

FOUZIA JADA

were like shattered all over there.

Q. How big of an area on the floor were the blueberries?

A. From where I fell, it's like a yard from the center. It was maybe -- they were all shattered.

Q. I take it that the blueberries were blue, right?

A. Uh-huh.

Q. What color was the floor in the Costco that the blueberries were all around?

A. It's like I see green. I don't see only blue. I see the inside of the blueberry.

MR. AIELLO: He's asking you -- Jada, you have to listen to his question. You're not giving him answers for what he's asking you and we're going to be here all day. He asked you about the color of the floor of Costco not the interior of the blueberries.

A. Gray. The floor was I think gray. It was dark gray.

Q. Just so we're clear then, as you approached the cashier for the second time with

Page 34

FOUZIA JADA

the second box of danishes, you didn't see the blueberries on the floor that you say were spread about a yard around?

A.   No.

Q.   Do you wear glasses or contact to correct your vision?

A.   No.

Q.   Which foot did you step into the blueberries with?

A.   I think the right one.

Q.   Where were you looking just before you stepped into the blueberries?

A.   I was looking exactly at my friend.  I was locating her.  I was trying to see where she is.  My head was up to see.

Q.   You knew what cashier she was at because the cashier you were at before; is that right?

A.   Yes.  Since they have many lined up. You want to know which one it is.

Q.   I just want to make sure I'm understanding your testimony.  Your testimony was you were already at the cashier but the cashier told you about the two for one deal, right?

Page 35

FOUZIA JADA

A.    Yes.

Q.    Then you had to know what cashier your friend was at?

MR. AIELLO:  Objection.

Q.    Right?

MR. AIELLO:  Objection.  You're asking where she was looking and she said she was looking at her friend to find her at the cashier's line.

Q.    When you were going back to the cashiers at the row of cashiers, with the second box of danish, you already knew which cashier your friend was at, correct?

A.    Yes.  I don't know which it is.  They have five of them.  I have to pick up my head to see which one my friend is at because a lot of people at Costco.  There is a lot of people lined up.  I have to -- between the people, I have to look to see where she is.  The moment I look at my friend, I fell down.  That is all I remember.  This is like never forget them.  The moment I locate her, I went down.  That is exactly what happened.  I can't tell you anything.

Q.    When you stepped into the blueberries

FOUZIA JADA

with your right foot, which way did you fall?

A.   I fell like this.

Q.   Did you fall backwards, forwards, sideways?  Which way did you fall?

A.   I fell on my butt straight down.

Q.   You fell on your backside you fell straight back, correct?

A.   Yes.

Q.   Did you hit your head at all?

A.   I picked my head up and I lift my left knee --

Q.   Did you hit your head when you fell?

A.   Yes.

Q.   On the floor?

A.   Before I fell on my head, I had to pick it up like fast.  I couldn't lift my neck and my head fell on the floor.

Q.   I just want to be clear.

Did your head strike the floor?

A.   No, I don't think so.

Q.   Did you lose consciousness at all during the incident?

A.   At that moment, yes.

Q.   I did you lose consciousness during

FOUZIA JADA

the incident?

A. Like a brief. I didn't know what happened. It was like then I -- I don't know. It's like I fell down and then -- I felt so many things at the moment -- I don't know. I just fell. Something I didn't expect to do happened. That is all.

Q. Were you bleeding from any part of your body after you fell?

A. No.

Q. Did you have a cell phone with you?

A. Maybe in my bag. Not my hand or anything.

Q. Do you know if Tamara had a cell phone with her?

A. Yes.

Q. Did either one of you take any photographs of the blueberries on the floor?

A. No. Do you want me tell you why now or later?

Q. I just want to know if you took any.

A. No.

Q. When you fell onto your backside, did you have pain in any part of your body?

FOUZIA JADA

A.    The right leg I felt my knee.  It was swollen.  The girl had to give me some ice to put on.

Q.    Which knee was that, ma'am?

A.    I think that was the left one.

Q.    Other than pain in your left knee, did you have pain in any other part of your body?

A.    Right up to my feet, my toes of my right foot in front.  It was swollen.

Q.    Other than your left knee and your right foot, did you have pain in any other part of your body when you first fell?

A.    My other knee started feeling bad.  At night, I felt my back.

Q.    I'm going to ask you about the emergency room.  Right now, we are going to stay in the Costco warehouse.

A.    Okay.

Q.    After you fell, what happened next? Did somebody come over to you?  Did you call for someone?  What happened?

A.    Yes.  The manager was there.  She came with someone and they picked me up.  The manager I think and another guy they came to pick me up.

FOUZIA JADA

When they picked me up, they looked down and then I saw the blueberries all shattered.

Q.   Did you and Tamara have blueberries in your cart?

A.   No.

Q.   Now, you said a manager and another guy.  Was the other guy also a Costco employee? The guy that helped pick you up.

A.   I think so -- I don't know.  I know the girl, she is the one who took the report with me.  The guy I think so.

Q.   Do you know the name of the manager and the other guy?

A.   No.

Q.   Did they have name tags on?

A.   I was in pain.

Q.   Did you have any conversation with the manager and the other guy?

A.   With the manager.  She held my arm and took me to the office.

Q.   The manager was a female?

A.   A female.  She got someone in my direction to clean the floor.

Q.   Did you see someone clean the floor?

FOUZIA JADA

A.    She did like this and by the time my friend came to see, it was all cleaned up right away.

Q.    When you say your friend, you mean Tamara who was on line at the cashier?

A.    Yes.

Q.    How long was it the time you fell before Tamara came over to where you fell?

A.    I went to the office and Tamara was there she saw me and she came right after to see what is going on.

Q.    Tamara did not come to the area where you fell she saw in the office after.  Is that your testimony?

A.    I think she came -- I don't remember exactly but maybe she walked back to see me -- I don't remember.  All I know it that the girl took me right away.  I couldn't see nothing.  She took me fast fast to the office.

Q.    I'm sure your attorney told you already he didn't want to you guess.  I don't want you to guess.  If you don't remember something, just say that you don't remember.

The manager that assisted you, that

Page 41

FOUZIA JADA

was a female?

A.   Yes.

Q.   She took you back to the office, you said?

A.   Yes.

Q.   What was her name?

A.   I don't know her name.

Q.   Did you have any conversations with her when she brought you back to the office?

A.   Yes.  She gave me ice to put on my knee.  She saw that my knee was all red and swollen and then she stopped writing the report.

Q.   Let me ask you this: Did you tell her that you slipped on blueberries?

A.   Yes.

Q.   Did she say anything to you other than asking if you needed ice?

A.   I think she asked if I needed an ambulance and that's when I said I'm okay at that time.  It was just for ice.  I couldn't walk to the car.  Then, as soon as I came home, I felt bad and I went to the hospital.  That is all.

Q.   Again, I'm going to get to the hospital.  I just want to find out what happened

Page 42

FOUZIA JADA

in the store.

A.   Okay.

Q.   Did you see the manager writing a report?

A.   Yes.  She was writing the report while I had the ice on my knee.

Q.   What knee were you putting the ice on?

A.   The left.

Q.   When the manager was writing the report, was Tamara in the office also?

A.   No.

Q.   It was just you and the manager?

A.   Yes.

Q.   Did the manager give you a copy of the report

A.   She gave me a copy of the report.  The first one where she wrote that I had blueberries in my hand.  I told her I didn't have the blueberries in my hand.  You need to change that report.  I said if you see the camera, you will see that I didn't have it.  Then she had to change -- write another statement.

Q.   Did you ever sign a copy of the report prepared regarding your incident?

Page 43

FOUZIA JADA

A.   The first one where she put blueberries, no, I didn't sign it.

Q.   That wasn't my question.  My question was, did you ever sign a report about your incident that was prepared?

A.   Yes.

(Recess taken from 11:04 a.m. to 11:10 a.m.)

(Defendants' Exhibit A, a Member First Report of Incident to be Filled by Member Only, was marked for identification as of this date.)

Q.   Ms. Jada, we just had a brief off the record conversation and you have had an opportunity to review a one-page document called member first report of incident that the court reporter put up on the screen for you, correct?

A.   Yes.

Q.   Now, I take it that you obviously speak English well.  I assume that you also read English, correct?

A.   Yes.

Q.   Did you read this report before you signed it?

Page 44

FOUZIA JADA

A.   That day?

Q.   Yes, ma'am.

A.   I read the first one where she had the blueberries and I had her change it.  The second one I think it wasn't clear but yes, I did sign it.  I think I signed it.  I paid attention the first time.  The second time, I trusted the girl. I had her change the first one and it was fine for the second one.  That's exactly what happened.

Q.   Under that Paragraph A description accident it appears to says "member was running to register."  Were you running or walking?

A.   I wasn't running.

Q.   You weren't rushing.  You were just walking normal, right?

A.   I was walking normal with two big items in my arm.

Q.   Down below that you agree that it talks about your knee is swollen and that your foot hurt.

A.   Yes.

Q.   That was accurate, right?

A.   Yes.

Page 45

FOUZIA JADA

Q.   In that description injury, it does not say anything about your neck and your lower back and that's correct, right?

A.   That's correct.

Q.   While you were in the store, we will talk after while you were in the store after your fall your neck and lower back did not hurt, correct?

A.   No.

Q.   After you filled out the report and you signed it -- after the report was filled out and you signed it, did they provide you with a copy of the report?

A.   She made the copy that wasn't clear at all like the machine printer -- I said would you please.  It wasn't clear when she made a copy to give me.  It was not clear.  I think she had only her.

Q.   Do you have a copy of that report?  Do you still have the copy that she gave you?

A.   My lawyer had it.

MR. CROWLEY:  Just by counsel Phil, do you still have that report?

MR. AIELLO:  I will check the file.

FOUZIA JADA

MR. CROWLEY:  We're not going to put it on the screen.  I just want to know if you have it if you would.  I will just send you a request for it.  I just want to make the copy.

MR. AIELLO:  You can send me a request.  Like I said, I got this file from another attorney and I have to actually go in to the physial file and check which copy we have.

MR. CROWLEY:  Understood.  You may have two copies.  If you have some copies some of them wrote over and then what we get.  I just want to see what you have.

MR. AIELLO:  Sure.

Q.   Ms. Jada, after the report was done, you signed the report, did Tamara come find you at some point or how did you hook back up with Tamara?

A.   I think she came up to me and then she paid -- yes, she came.  She gave me a receipt I remember.  She paid my items and then that's it.

Q.   After Tamara came to find you, was that in the manager's office or someplace?

FOUZIA JADA

A.   I think the manager's office.

Q.   Did you call Tamara on your cell phone while you were in the manager's office?

A.   No.

Q.   How did she know to come the manager's office, if you know?

A.   Maybe she asked people around.  It's right there on the side.

Q.   After Tamara came back to you and the report was done, where did you go next?

A.   I walked to the car.

Q.   You walked to Tamara's car and then where did you guys go?

A.   I took some pictures of my dress that was all dirty and then I headed home.  We went home.  I took some pictures in the parking lot. My shoes were all dirty with blueberries, my dress and then we went in the car and came home.

MR. CROWLEY:  Off the record.

(Off-the-record discussion held.)

Q.   After you ran out of the parking lot, you walked out to Tamara's car, yes?

A.   Yes.

Q.   Where did you guys go next?  Did you

Page 48

FOUZIA JADA

go home or somewhere else?

A.   Home.   I was in pain.

Q.   When was the first time after you had the fall that you went to seek any medical attention?

A.   That same night.   I felt my back hurt and my other knee and then I went to the emergency room.

Q.   What emergency room did you go to?

A.   Mount Sinai on 30th Avenue.

Q.   How did you get there?

A.   We took a taxi, I think.

Q.   When you say "we," who went with you?

A.   My son.

Q.   When you went into the emergency room, what did they do to you or for you?

A.   I had pain in my feet, my toes.   They took an x-ray, I think of my knee, my back.

Q.   When you went to the emergency room the night of your fall, did you make any complaints about pain to your back or neck?

A.   I don't think so.   I remember that my back two or three later.   I was walking in the park and it felt like something stopped me from

FOUZIA JADA

going. That is when my back stopped. It was giving me pain two or three days later. My lower back.

Q. The first time after the fall that you had pain in your lower back was two or three days after the fall, correct?

A. Yes.

Q. When you went to the emergency room --

A. It was a Sunday. I remember it was a Sunday.

Q. What was a Sunday? The day of your fall?

A. It could be Thursday the day of the fall. I felt the pain in my back that was a Sunday.

Q. When you went to the emergency room, you complained about you said your knee. Which knee was that?

A. The one that was the swollen, the left. I think my toes were hurting a lot because it was swollen. That's what my concern was.

Q. Was that the right foot?

A. The right foot if I remember.

Q. Did the hospital take x-rays or do any

FOUZIA JADA

diagnostic tests on your left knee and right foot?

A.   It was an x-ray, I think.  I did an x-ray that day.

Q.   When you took the taxi to the emergency room, did you walk into the emergency room?

A.   Yes.

Q.   After they took the x-rays, did they prescribe any medication for you at the hospital?

A.   No.  My primary doctor after that gave me some medicine.

Q.   I'm going to go one at a time.  No medication at the emergency room.  Did they have you use crushes or give you a brace or anything else with regard to your --

A.   No.  I just leaned on my son and I came back home.

Q.   After that day, when was the next time that you went for any medical treatment related to this case.  You mentioned your primary care doctor.  Did you go to him or her next?

A.   I went to my primary doctor, yes.

Q.   What is your primary doctor's name?

FOUZIA JADA

A.    Dr. Badlani.

Q.    Can you spell that, please.

A.    B-A-D-L-A-N-I.

Q.    When did you go see Dr. Badlani after the incident?

A.    I don't remember.

Q.    Was it a week later, days later?

A.    I think I went to Dr. Pappas for therapy and then I went to -- I think it was Dr. Pappas first before Dr. Badlani.  Then I went to my primary care physician.  It was Dr. Pappas right after the incident.  I had an appointment. I think I saw Dr. Pappas before I -- he is a therapist before I had to see my primary physician.

Q.    Who referred to you Dr. Pappas?

A.    Maybe my lawyer -- I don't remember.

Q.    You can tell me your lawyer.

A.    I think my son was looking online. He's the one who takes care -- I don't remember. He was the closest one in the neighborhood or something nearby.

Q.    When you went to Dr. Pappas, what were your complaints?  What part or parts of your body

Page 52

FOUZIA JADA

would you say hurt you?

A.    My knee and my back.  It was both my knees and my back.

Q.    When you say your back -- did both knees hurt you?  It was your knee as well.

A.    My right knee is still swollen up to now.  I have this bump here.  It's still on my right knee, yes.

Q.    Earlier, you testified when you fell you hurt your left knee.  When did your right knee first bother you after your fall?

A.    Right after.  I was in really pain.  I had a lot of pain at that time.

Q.    Just try and answer my questions. This will go a lot faster.  You're kind of bouncing around and just trying to keep you focus on when you may have certain injuries and what doctors you saw.  I just like to make sure I have all your records.  I know your attorney have tried to do a good job in giving us everything but it wouldn't be the first case where their own client said something about that.  I'm just trying to make sure I cover what you're claiming your injuries are, when it first hurt you and

Page 53

FOUZIA JADA

what doctor you saw.  That is what I'm trying to do.  This is an information gathering exercise.

Someone, your son or somebody else got Dr. Pappas name and you went there at some point for physical therapy, right?

A.   Uh-huh.

Q.   Yes?

A.   Yes.

Q.   When you went to Dr. Pappas, what part or parts of your body did you get physical therapy on?

A.   Both knees and my lower back.

Q.   Did Dr. Pappas send you for any type of diagnostic testing on either knee or your lower back?

A.   Yes, he sent me to Dr. Stefanides, an orthopedist.

Q.   Did you see Dr. Stefanides before or after you saw Dr. Badlani?

A.   I think saw I Dr. Badlani.

Q.   Let me do it this way: How long a period of time did you go to Dr. Pappas to receive physical therapy on both knees and lower back?

Page 54

FOUZIA JADA

A.   For how long -- I didn't understand.

Q.   You weren't sure when you started. You said sometime after the incident after the emergency room you went to see Dr. Pappas you think that's the next medical doctor that you saw, right?

A.   I think so.  Yes.

Q.   I know you are not sure when you started but for how long a period of time did you go to Dr. Pappas for the physical therapy?

A.   It was on and off because of my insurance.  Sometimes they don't give me permission to see -- like limited sessions they were giving me.  It was like on and off.  Last time I saw him if not mistaken it was December of 2020.

Q.   When you were seeing him, how many times a week were you going?

A.   It depends.  It was whatever insurance gave me.

Q.   What did it average?  Was it once a week, twice a week, three time a week?

A.   Sometimes twice a week.  In the beginning, it was like three times a week then it

FOUZIA JADA

was reduced.

Q.   Other than Dr. Pappas, do you receive physical therapy from any other doctor related to the claims in this lawsuit?

A.   When I was in Morocco for seven months, yes.

Q.   Let's stick with the United States for now.  I will ask you what you did in Morocco for seven months.

A.   Only Dr. Pappas.

MR. CROWLEY:  Just for the record, Phil when you're ready get the information about treatment from Morocco.

MR. AIELLO:  I don't have them either.

MR. CROWLEY:  Understood.  It's not an easy thing to get testimony.  I get it.

Q.   When you did see Dr. Pappas, what did he do to you in physical therapy for his office?

A.   They do electric stimulation -- they did the electric stimulation.  First day, they gave me a cold pack on my back.  It was so painful.  I couldn't even walk.  I had to take a taxi then.  The next time I went to see them, I

FOUZIA JADA

said never put the cold pad on me because it gave me more pain and then they continued with warm pads.  That is all I remember.

Q.   What did they do for your knees if anything?

A.   They mostly did the warm pad with electric stimulation and bicycle some machines. They put me on some machines.

Q.   Dr. Pappas referred you to the orthopedist, correct?

A.   Yes.

Q.   When did you first see the orthopedist?

A.   The exact date.  I'm sorry.  I did see him once.  He suggested that an injections which I didn't want to take.

Q.   So I have -- what was the name of the orthopedist?

A.   Dr. Stefanides.

Q.   He is an orthopedist, correct?

A.   Yes.  He took an x-ray that day.

Q.   Did you see him once or more than once?

A.   I think I saw him once.  He asked for

Page 57

FOUZIA JADA

injections.  I didn't want to deal with that.

Q.   Other than Dr. Stefanides, have you seen any other orthopedists related to the injuries in this case?

A.   No.

Q.   At some point, you saw your primary care physician, Dr. Badlani, correct?

A.   Yes.

Q.   What did Dr. Badlani do to you or for you that relates to this case?

A.   He gave me some painkiller that I took and it made me so sick.  When I went back to him, he put it in the system.  I was so -- I felt like I was dying.  That was the first time I took it I don't even know what happened.  The second day, I know it was from the pill.

Q.   When you went to see Dr. Badlani, what part of your body were you complaining about?

A.   I complained about my knees and my back.

Q.   Just so we're clear --

A.   My foot too.  I stopped getting from the bed with so much pain.  When I stepped on the floor, I was in so much pain.  I think he

Page 58

FOUZIA JADA

suggested Dr. Andrea.  It was a long time.

Q.    All you can do is tell me what you remember.  We will get to that.

Did Dr. Stefanides you said he took an x-ray?

A.    Yes, he took some.

Q.    Was that in his office or some facility?

A.    It was at his office.

Q.    What part of your body did he x-ray or parts of your body?

A.    I think my back and both knees.  I think so.  I was more concerned that day on my right knee because it was like still swollen. That was painful more than anything else.

Q.    Again, I'm really trying to identify your doctors.  I know you went to the emergency room that same night.  You saw Dr. Pappas which he is a physical therapy doctor and you saw Dr. Badlani who is your primary doctor, Dr. Pappas referred you to Dr. Stefanides who you saw once.

A.    Uh-huh.

Q.    Did you seek medical attention from any other doctor in addition to the ones we have

FOUZIA JADA

just discussed?

A.   Yes, Dr. Andrea for my feet.

Q.   What kind of doctor is Dr. Andrea, if you know?

A.   A foot doctor.

Q.   Is he a podiatrist?

A.   Yes.

Q.   How often did you see Dr. Andrea?

A.   I think I saw her two times.  She gave my splint.  I slept with a certain time.  She suggested injections.  I didn't want to do that. She's like forcing me and pushing me to do it.  I said next time I didn't want to go back to her. I didn't want no injections.

Q.   What's her first name?

A.   Andrea.  I was refer to her by Dr. Badlani.

Q.   You only saw her a couple of times?

A.   Yes.  Maybe two times.

Q.   She only treated the foot, correct?

A.   She treated the foot and gave me something to sleep with at night.  It was very hard to sleep with and very hard to use.

Q.   Other than Dr. Adroni (phonetic), or

FOUZIA JADA

any other doctor you saw for treatment related to this fall?

A.   No.

Q.   Now, has any doctor sent you for MRIs for either your back, neck or knees or foot?

A.   Dr. Pappas I think.

Q.   Have you had one or more MRIs after this incident?

A.   One I remember.  I don't know if it's more than one.

Q.   The one that you remember what part of your body was it on?

A.   Both knees and back.

Q.   Do you know when that was done?

A.   Maybe October of 2018 if I'm not mistaken.  It was October or November around that time.

Q.   Do you know where you had the MRIs done?

A.   The Neighborhood Radiology on Princeton Street.

Q.   It's called Neighborhood Radiology?

A.   Yes.

Q.   Did you say Princeton Street?

Page 61

FOUZIA JADA

A.    Princeton Street.

Q.    Other than Neighborhood Radiology, Mount Sinai emergency room and Mr. Stefanides, have you had any type of diagnostic testing since this accident on your knees, your back or your foot anywhere else?

A.    No, I don't think so.

Q.    Have there been any other doctors in the United States that you have given treatment for the injuries you have claimed in this lawsuit?

A.    No.

Q.    Other than Morocco, when was the last time that you had any medical treatment related to the injuries you are claiming in this case?

A.    I think December of 2020 with Dr. Pappas.

Q.    That was physical therapy with Dr. Pappas?

A.    Yes.

Q.    I know you mentioned two doctors discussed injections with you.  Is that injections for pain or some other reason to your knowledge?  I know you are not a doctor.

Page 62

FOUZIA JADA

A. For the pain, yes.

Q. Has any doctor discussed surgery with you for any part of your body?

A. They said to do the injections and if it doesn't work maybe I think so. Dr. Pappas said that I really want to do the injections.

Q. I'm going to have now we covered every doctor and health care facility that has treated you in relation to the injuries you are claiming in this case?

A. No.

Q. We have not talk about that?

A. Say that again.

Q. I don't want to confuse you. I'm trying to identify doctors and facilities where you had treatment related to what you're claiming in this accident.

Have we talked about everybody that has given you treatment in the United States or is there someone else that I missed?

A. I don't think you missed anyone.

Q. Let's talk about Morocco. When did you go to Morocco?

A. Only in December 16th, 2020.

Page 63

FOUZIA JADA

Q.    How long did you stay?

A.    About seven months.

Q.    Did you stay with your mom or your family over there?

A.    Yes.

Q.    Did you do any work while you were there?

A.    No.

Q.    Had you taken any other trips outside the country between the date of this incident and in August of 2018 and when you went to Morocco in December of 2020?

A.    Yes.

Q.    How many times?

A.    One time.

Q.    When was that and where did you go?

A.    That was 2020.  I went with my daughter to Turkey.

Q.    Was that a vacation?

A.    Visiting my family.  Yes.  That's it. It was my daughter's father's family.

Q.    How long were you in Turkey?

A.    About 14 days.

Q.    Did you do any touring while you were

FOUZIA JADA

in Turkey?

A.   No.

Q.   What did you do?  What did you do while in Turkey two weeks.

A.   Stayed in the family.  We had like just stay in the city.

(Recess taken from 11:43 a.m. to 11:46 a.m.)

Q.   I'm going to take a small detour.  We had an off the record conversation amongst counsel.  I was advised that you had a MRI of your neck cervical spine at Lenox Hill Radiology.

Do you remember that?

A.   What is that?  What's the address?

Q.   I don't know the address.  Do you have it fill?  Besides Neighborhood Radiology, is there any the other place you went?  Lenox Hill they are all over.

MR. AIELLO:  They are all over the place.

Q.   Do you remember having an MRI of your neck?

A.   I think that was in Mount Sinai -- I don't remember.

FOUZIA JADA

Q.   Let me ask you this: We have talked a lot about your knees and your lower back and your foot.  Are you making a claim that you injured your neck as a result of this fall at Costco?

A.   I had pain in the beginning.  I had a lot of pain in the beginning.  Now, I feel much better with my neck.

Q.   My question is, you're making a claim that you have any kind of continued problems for your neck because of this fall?

A.   It's actually better.  I think much better than it was in the beginning.  My knees and my back is still in pain.  My feet swollen. I have to wear that night splint.

Q.   Let's do this.  Let's talk about the MRI.  I know you were there for seven months. You didn't work.  You were staying with your mom. Did you receive any medical treatment related to this fall while you were in Morocco?

A.   Yes.  Before I left, my insurance stopped me from taking any sessions with Dr. Pappas.  I did some yoga classes but it didn't help because I can't fold my knee.  When I went to Morocco, I went to see a general doctor for

Page 66

FOUZIA JADA

him to suggest what I can get some therapy.  He
suggested for me this person.  She did cupping
for my knee and my back.  She was coming -- doing
therapy for me twice a week.

Q.   For how long after the seven months
that you were there did you receive physical
therapy?

A.   It was almost twice a week.

Q.   How many weeks?  The whole time you
were there, a certain part of it or something?

A.   The whole time I was there.  Yes.

Q.   What I'm going to need is the name of
the general doctor you saw.  What is that
doctor's name?

A.   Dr. Rahal, R-A-H-A-L.

Q.   Did you see Dr. Rahal once or more
than once?

A.   I saw him one time.

Q.   What is the name of the person I think
you referred to as a person she who gave you the
physical therapy?

A.   F-A-T-I-M-A S-A-H-R-A and
E-L-A-N-R-A-N-I.

Q.   Is Fatima Sahra Elanrani?  Did you

Page 67

FOUZIA JADA

visit Morocco for family reasons since you immigrated to the United States?

A.   Yes.

Q.   Have you ever seen Dr. Rahal for any reason before this incident?

A.   No.  Never.

Q.   Had you received any treatment from Dr. Fatima Elanrani before this incident?

A.   No.

Q.   Had you ever used a chiropractor?

A.   No.

Q.   Had you ever had acupuncture?

A.   No.

Q.   I'm going to ask you a little background questions with regard to the injuries you are claiming in this case.  I'm going to start with your knees.

Before August 16th, 2018, had you ever suffered any injuries in either one of your knees?

A.   I did.  It was my right knee.  I took care of it back in 2001 or 2002.  Since then, I was all okay.  I have never seen any other doctor or any therapy or anything since 2001 or 2002.

Page 68

FOUZIA JADA

Q.   How did you hurt your right knee back in the early 2000s?

A.   To tell you the truth, I think I was sitting in some position or something and plus I was -- I used to do sports.  I used to -- I think those two things.  Maybe I had the pain from sports and then when I sit some way, I get up and I felt my knees hurting.

Q.   What kind of sports did you do?

A.   I did running, volleyball and those things.

Q.   Did you ever have surgery on your right knee?

A.   No, never.

Q.   What kind of treatment did you have on your right knee back in early 2000s?

A.   I had an injections and then.

Q.   Did you ever have an MRI of your right knee before August 16th, 2018?

A.   Yes, back then whatever I took x-ray remember what it was.  That was in Bellevue Hospital that I remember.

Q.   Do you remember the name of the doctor that you dealt with back then?

FOUZIA JADA

A.   No.

Q.   Did you have physical therapy on your right knee back in the early 2000s?

A.   No, I never had any facility.

Q.   Do you remember the name of the doctor that you gave you the injections?

A.   No, I don't remember his name.  He was one of the doctors that he is an orthopedic in Bellevue Hospital.  I don't remember his name.

Q.   Do you have the same primary care physician back in 2001 and 2002, Dr. Badlani?

A.   No.  Just recently I started with Dr. Badlani.

Q.   Who was your primary care doctor before Dr. Badlani?

A.   I think I used to go mostly to Bellevue Hospital.

Q.   What is it?  Is it a clinic or something else?

A.   Yes, a clinic.  That is where I used to go for everything.  After that, I think -- it was two other doctors.  There was Dr. Beira.  He was in the same clinic where Dr. Badlani is.  Dr. Beira left and then Dr. Badlani took over and

FOUZIA JADA

then another doctor.  I think Dr. Scala.  They were both in the same clinic where Dr. Badlani is.  They left.

Q.   Did you see those two doctors for treatment of your right knee?

A.   No.

Q.   They were your primary care physicians before --

A.   Yes.  When I ever feel like something is going on, I go to Dr. Beira and Dr. Scala?

Q.   Can you spell those two last two names please?

A.   Dr. Beira, B-E-I-R-A and Dr. Scala, S-C-A-L-A.

Q.   We're still talking about your right knee.

A.   Yes.

Q.   Have you suffered any other injury to your right knee after the fall at Costco?

A.   No.

Q.   Have you had any falls since that fall at Costco?

A.   No.

Q.   Now, let's talk about your left knee.

Page 71

FOUZIA JADA

Did you ever have any injury or pain in your left knee prior to August 16th, 2018?

A.   No, never.

Q.   Did you have an x-ray, MRI or other diagnostic testing on your left knee prior to August 16th, 2018?

A.   No.

Q.   Let's talk about your lower back.

Have you ever had any injury or pain in your lower back prior to August 16th, 2018?

A.   No, never.

Q.   Have you ever had an x-ray, MRI or other diagnostic test on your lower back before August 16th, 2018?

A.   No, never.

Q.   How about your right foot?  Did you ever suffer any injury to your right foot prior to August 16th, 2018?

A.   Never.

Q.   Did you ever have an x-ray, MRI or other diagnostic test on your right foot before August 16th, 2018?

A.   No, never.

Q.   Let's talk about your neck.

Page 72

FOUZIA JADA

Q.   Did you ever have any injury to your neck or did your neck ever give you pain prior to August 16th, 2018?

A.   No, never.

Q.   Did you ever have an x-ray, MRI other diagnostic tests on your neck prior to August 16th, 2018?

A.   Never.

Q.   Have you ever been a plaintiff to the personal injury other than this one?

A.   No, never.

Q.   When you have been employed, have you ever filed a workers' compensation claim?

A.   Never.

Q.   Have you been known by any other name?

A.   No.

Q.   Have you ever been convicted of a crime?

A.   No, never.

Q.   The same question for your left knee, back, neck, foot and right knee.  Have you ever had any accidents since August 16th, 2018, in which you have injured those body parts?

A.   No, never.

Page 73

FOUZIA JADA

Q.   I may have asked you this before, but I just want to make sure.

Are you currently receiving any medical treatment for any of the body parts that we have talked about today as being injured in the subject fall?

A.   As soon as I came back, I called Dr. Pappas I need to go back to see and then I called Dr. Badlani but Dr. Pappas is away and then they gave me an appointment for I think August 23rd and then Dr. Badlani sometime in September.  I asked to see him before they said if they have anybody, they would call me.  That's all.

Q.   Did you review any documents or other material to prepare for your deposition today?

A.   No.

Q.   I don't want know what was said with your attorney.  I just want to know if you reviewed anything?

A.   Like read something, no.  I didn't read anything.

Q.   Now, we have already talked about the impact of the injuries on your ability to be a super at the building.  Are there any other

FOUZIA JADA

activities that you did regularly not something you did once a year. Something you did regularly before you had your fall at Costco that you are claiming you injuries you suffered in that fall prevented you from doing now?

A. Going to the gym. It was reduced than it used to be. Some of the stuff in the house like climbing -- like climbing my ladder going into the closet and stuff and my gym as I said earlier.

Q. Do you belong to a gym?

A. Yes.

Q. What gym do you belong to?

A. Planet Fitness.

Q. Which location of Planet Fitness do you belong to?

A. Long Island City. I don't know the exact address.

Q. Before you had the incident in August of 2018, how often would you go to Planet Fitness?

A. No Planet Fitness. It was YMCA. I use. I stopped running at night.

Q. You joined Planet Fitness after you

FOUZIA JADA

had the incident at Costco?

A. My insurance didn't cover for much and I used to go there for the biking that I missed from the doctor's office. It helped a lot.

Q. Which YMCA did you used to go?

A. That is in Long Island City too.

Q. Before the incident at Costco in August of 2018, how often would you go to the gym?

A. It depends.

Q. When you went to the gym prior to the accident four or five times, what did you do typically do for exercises at the gym?

A. Treadmill.

Q. Say that again?

A. Treadmill.

Q. How far typically would you run? In miles if you can.

A. I go all the way to the water and come back.

Q. That was when you ran outside, right?

A. Yes.

Q. How many days a week would you run outside before the incident in August?

Page 76

FOUZIA JADA

A.    Before or after?

Q.    Before.

A.    Like twice or three times a week.

Q.    When you went to I guess the YMCA to use the treadmill, how often would you do that before the accident?

A.    How often I stayed at the treadmill?

Q.    Yes.

A.    Sometimes I could stay up to 40 to 45 minutes I could do four miles or something like that.

Q.    When you go to Planet Fitness now, how often do you go?

A.    I didn't go for long.  I didn't go since maybe this summer.  I don't know.  Maybe twice a week.

Q.    When you were going to Planet Fitness, how often would you go per week?  This is all after the incident at Costco, right?

A.    I think I stop going there -- I don't remember.  It was like three times a week.

Q.    When you went three times a week, what would you do?  What equipment did you use?  How would you exercise?

Page 77

FOUZIA JADA

A.    The same machine that they gave me with Dr. Pappas.  It's like a bike.

Q.    Other than paying your assistants to help you out in your super duties, have you had to pay anyone else to perform any tasks that you did yourself prior to the fall at Costco?

A.    Maybe not a lot like three times.  I got someone to do electric work.

Q.    In the building?

A.    Yes.

Q.    If you didn't have the fall at Costco, were you qualified the electric work yourself or would you have hired someone else?

A.    It depends.  If it's like small things, I do myself.  If it's something, just call the office to send someone.  It just depends on how small the job is.

Q.    Are there any other activities that you claim you cannot do that we have not talked about?

A.    That's it.

Q.    If you give me a minute to just look at my notes.  I want to look at the e-mail your attorney sent me and then I will get back on.

Page 78

FOUZIA JADA

I'm either totally done or close to done.

(Recess taken from 12:08 p.m. to 12:12 p.m.)

Q.   Just looking over some of the -- what we call paper discovery in the case, just looking over some of the what we call paper discovery in the case.  I just want to make sure I know whether or not you are claiming any psychological injury as a result of this incident.

A.   No.

MR. CROWLEY:  I don't have any further questions at this time.  I'm going to reserve my rights just to -- I usually don't call somebody back, but I have got to see what's in these medical records thee things we don't have.

MR. AIELLO:  Fine.

(Jurat contained on next page.)

FOUZIA JADA

MR. CROWLEY:  Once I see those you and I will talk and most likely I won't need anything further.  I have to reserve my right.

(Whereupon, the deposition of Fouzia Jada was concluded at 12:14 p.m.)

_____

FOUZIA JADA

Subscribed and sworn to before me

_____

Page 80

```
----------------I N D E X---------------------

WITNESS NAME              EXAMINATION BY      PAGE

FOUZIA JADA               MR. CROWLEY          4




 ----------------------------------------------

DEFENDANTS' EXHIBIT                           PAGE

FOR I.D.

A                a Member First Report of     43

                 Incident to be Filled by

                 Member Only
```

Page 81

CERTIFICATE

STATE OF NEW YORK )

                SS.:

COUNTY OF NEW YORK)


        I, FREDA OWUSU-ANSAH, a Notary

Public within the State of New York, do

hereby certify:

        That, FOUZIA JADA, the witness whose

deposition is herein before set forth, was

duly sworn by me and that such deposition

is a true and accurate record of the

testimony given by the witness.

        I further certify that I am not

related to any of the parties to this

action by blood or marriage, and that I am

in no way interested in the outcome of the

matter.

        IN WITNESS WHEREOF, I have hereunto

set my hand this September 15, 2021

*Freda Owusu-Ansah*

                FREDA OWUSU-ANSAH

**[& - arrangement]**

**&**

**&** 2:3

**0**

**00194** 1:10

███████ 8:3

**1**

**1** 4:12 17:9
**1,400** 14:22
**10** 1:17
**10005** 2:6
**10106** 2:14
**10:09** 1:17
**11103** 4:13
**11106** 12:14
**11132** 81:24
**11:04** 43:8
**11:10** 43:9
**11:43** 64:8
**11:46** 64:9
**12:08** 78:3
**12:12** 78:4
**12:14** 79:7
**14** 63:24
**1403** 8:6
**15** 81:22
**16th** 6:18 12:25
17:19,22 18:6
22:12 62:25 67:19
68:20 71:3,7,11,15
71:19,23 72:4,8,23
**17** 7:6
**1966** 7:19
**1990** 11:4
**1:21** 1:10

**2**

**200** 21:4
**2000** 12:6
**2000s** 68:3,17 69:4
**2001** 67:23,25
69:12

**2002** 67:23,25
69:12
**2006** 7:25
**2008** 12:6
**2009** 10:24
**2010** 10:15,16,24
15:7,7,11,13
**2018** 6:18 7:16
9:21 10:2,25 13:2
14:16 15:11,13
16:7,18 17:19,23
18:6,13 22:12,17
23:20 60:16 63:12
67:19 68:20 71:3
71:7,11,15,19,23
72:4,8,23 74:21
75:9
**2020** 54:17 61:17
62:25 63:13,18
**2021** 1:17 81:22
███████
**212** 2:7,15
**23rd** 73:11
**240** 21:5
**25** 6:16
**25th** 2:5
**26** 6:16

**3**

**307-3700** 2:15
**30th** 48:11
**31st** 12:13
**3240** 4:12
**35** 16:11
**3506** 12:13

**4**

**4** 80:3
**40** 16:11 76:10
**400** 14:17,25 15:9
15:25 18:15

**425-3100** 2:7
**43** 80:9
**45** 25:11 26:6
76:11
**46th** 4:12
**48** 2:5

**7**

**7:00** 24:12,13
**7th** 2:13

**8**

**888** 2:13

**9**

**9th** 2:13

**a**

**a.m.** 1:17 43:8,9
64:8,9
**ability** 73:24
**accident** 17:17
18:24 44:13 61:6
62:18 75:13 76:7
**accidents** 72:23
**accurate** 9:11
12:20 26:16 27:6
44:24 81:14
**action** 81:18
**actively** 12:24
**activities** 74:2
77:19
**actual** 26:3
**acupuncture**
67:13
**addition** 9:5 58:25
**address** 4:10 6:14
6:25 64:15,16
74:19
**adroni** 59:25
**advised** 64:12
**agree** 44:20

**agreed** 3:1,6,10
**ahead** 27:15,17
28:11,16
**aiello** 2:3,8 9:4
29:17 31:4 33:15
35:5,7 45:25 46:7
46:16 55:15 64:20
78:18
**alley** 30:18
**ambulance** 41:20
**andrea** 58:2 59:3,4
59:9,17
**ansah** 1:22 81:8,24
**answer** 4:24 5:6
5:18 10:6 29:18
31:11,23 52:15
**answered** 6:2
**answers** 5:7,13
33:17
**anybody** 73:14
**apart** 24:17
**apartment** 6:9,10
14:20,21 19:23,24
20:2,17 23:15
**apartments** 16:24
**apostolakos** 2:3
**appears** 44:13
**applied** 8:10
**appointment**
51:13 73:11
**approached** 33:25
**apt** 4:12 17:9
**area** 26:8,11,12,17
27:3,7 30:15,16
33:3 40:13
**arm** 39:20 44:19
**aroutian** 22:24
23:2 24:16 26:22
27:7,17 28:8
**arrangement** 22:2

**arrive** 24:11
**asked** 5:25 21:25 29:17,19 33:19 41:19 47:8 56:25 73:2,13
**asking** 29:10,19 31:21 33:15,18 35:8 41:18
**assistant** 16:16 19:2,11 20:23
**assistant's** 19:3
**assistants** 77:4
**assisted** 40:25
**assume** 5:19 43:21
**astoria** 4:12 23:16
**ateshoglou** 2:3
**attend** 11:15
**attention** 22:12 44:7 48:6 58:24
**attorney** 4:15 10:5 40:21 46:9 52:20 73:19 77:25
**attorneys** 2:4,12 4:16
**august** 1:17 6:18 7:15 12:25 15:11 17:19,22 18:6,12 22:12,17 63:12 67:19 68:20 71:3 71:7,11,15,19,23 72:4,7,23 73:11 74:20 75:9,25
**avenue** 2:13 12:13 48:11
**average** 54:22
**aware** 9:3 27:10

**b**

**b** 51:4 70:14
**back** 7:15 20:20 22:16 23:20 26:12 27:20 28:20,21,24

28:24 35:11 36:8 38:15 40:17 41:4 41:10 45:4,8 46:19 47:10 48:7 48:19,22,24 49:2,4 49:6,15 50:19 52:3,4,5 53:13,16 53:25 55:23 57:13 57:21 58:13 59:14 60:6,14 61:6 65:3 65:14 66:4 67:23 68:2,17,21,25 69:4 69:12 71:9,11,14 72:22 73:8,9 75:21 77:25 78:15
**background** 8:9 11:5 67:16
**backside** 36:7 37:24
**backwards** 36:4
**bad** 38:14 41:23
**badlani** 51:2,5,11 53:20,21 57:8,10 57:18 58:21 59:18 69:12,14,16,24,25 70:3 73:10,12
**bag** 37:13
**based** 30:4
**basic** 8:9 14:14
**basis** 21:9,17,18 21:21
**bed** 57:24
**beginning** 54:25 65:6,7,13
**beira** 69:23,25 70:11,14
**believe** 10:15 21:17 29:14
**bellevue** 68:22 69:10,18

**belong** 74:12,14 74:17
**better** 5:2 65:8,12 65:13
**bicycle** 56:8
**big** 25:11,12,17 33:3 44:18
**bike** 77:3
**biking** 75:4
**birth** 7:18
**bit** 22:11
**black** 27:24,24
**bleeding** 37:9
**blood** 81:18
**blue** 33:9,14
**blueberries** 29:21 29:23,25 31:2,6,8 31:13,16,22 32:4,7 32:10,24 33:4,8,12 33:21 34:3,10,13 35:25 37:19 39:3 39:4 41:15 42:18 42:20 43:3 44:5 47:18
**blueberry** 33:14
**body** 37:10,25 38:8,13 51:25 53:11 57:19 58:11 58:12 60:13 62:4 72:24 73:5
**born** 7:20
**bother** 52:12
**boulevard** 1:13
**bouncing** 52:17
**box** 28:13 31:18 32:3 34:2 35:13
**brace** 50:16
**break** 5:23 6:2
**brief** 37:3 43:14
**briefly** 11:15

**brought** 4:18 41:10
**building** 9:23 10:3 10:4,14 12:25 13:6,7,15 14:6,7 14:10 15:6 16:21 16:25 17:4,12 18:9 19:18 23:4 73:25 77:10
**bump** 52:8
**bureau** 10:19,20 12:2,17,21
**business** 12:8,9
**butt** 36:6
**buy** 24:4
**buying** 28:18

**c**

**c** 2:1 70:15 81:1,1
**call** 38:21 47:3 73:14 77:17 78:6 78:7,15
**called** 4:2 43:16 60:23 73:8,9
**camera** 42:21
**car** 23:17,18,20 41:22 47:12,13,19 47:23
**care** 50:22 51:12 51:21 57:8 62:9 67:23 69:11,15 70:8
**carpentry** 14:12
**cart** 24:20,22,23 24:24,25 25:2,3,5 25:6,8 39:5
**carts** 25:7
**case** 10:8 50:22 52:22 57:5,11 61:16 62:11 67:17 78:6,8

[cash - danishes]                                                                                    Page 3

cash  15:2,4,10,25
  18:15 21:6,8
  29:24
cashier  25:17,23
  25:23 26:3,4,5
  27:16 28:11,12,14
  28:17,20,25 29:2
  30:5,10,10,17,19
  30:20,22 31:9,14
  31:17 32:2 33:25
  34:17,18,24,24
  35:3,13 40:6
cashier's  35:10
cashiers  25:16
  35:12,12
caused  29:14,15
  29:20
cell  37:12,15 47:3
census  10:19,20
  11:25 12:17,21
center  33:6
certain  52:18
  59:11 66:11
certification  3:4
certify  81:10,16
cervical  64:13
change  42:20,23
  44:5,9
changed  18:19,24
check  15:2 45:25
  46:11
chicken  28:23,24
chiropractor
  67:11
citizen  7:22,24
city  6:22 12:14
  22:20 23:16 64:7
  74:18 75:7
claim  4:20 8:24
  10:8 21:9 65:4,9
  72:14 77:20

claimed  61:11
claiming  52:24
  61:16 62:11,17
  67:17 74:5 78:9
claims  55:5
classes  65:23
clean  13:6 39:24
  39:25
cleaned  40:3
clear  26:10 33:24
  36:19 44:6 45:15
  45:17,18 57:22
client  52:23
climbing  74:9,9
clinic  69:19,21,24
  70:3
close  29:24 30:2
  30:17 78:2
closest  51:22
closet  74:10
code  12:14
cold  55:23 56:2
college  11:11,14
  11:15,16,18
color  33:11,19
come  11:2 14:5
  38:21 40:13 46:18
  47:6 75:20
coming  27:21 66:4
company  13:20,21
  13:23,24
compensated
  18:20
compensation
  72:14
complained  49:18
  57:20
complaining  57:19
complaints  48:22
  51:25

concern  49:22
concerned  58:14
concluded  79:7
confuse  62:15
connell  2:11 4:16
connellfoley.com
  2:17
consciousness
  36:22,25
construction  12:5
  12:11,16
contact  34:6
contained  78:19
continue  18:10
  21:15
continued  18:12
  56:3 65:10
conversation
  18:23 39:18 43:15
  64:11
conversations
  41:9
convicted  72:18
copies  46:13,13
copy  42:15,17,24
  45:14,15,17,20,21
  46:6,11
corporation  1:13
  4:17
correct  6:19,22
  9:15 11:18 18:6
  18:24 26:13,18,23
  27:4 30:7,12 31:9
  31:14,18 34:7
  35:14 36:8 43:18
  43:22 45:4,5,9
  49:7 56:11,21
  57:8 59:21
costco  1:13 4:17
  4:18 6:21 8:24
  9:13 10:9 16:19

  22:14,16,19,20,21
  23:5,9,16,22 24:11
  24:15 25:9,12,13
  25:19 26:7,13
  27:2 28:21 33:11
  33:20 35:18 38:18
  39:8 65:5 70:20
  70:23 74:4 75:2,8
  76:20 77:7,12
counsel  3:2 45:23
  64:12
country  63:11
county  81:5
couple  4:21 5:13
  59:19
court  1:1 3:14 5:3
  5:7 43:17
cover  52:24 75:3
coverage  9:12
covered  62:8
crime  72:19
crowley  2:16 4:6
  4:15 8:4,7 9:2
  45:23 46:2,12
  47:20 55:12,17
  78:12 79:2 80:3
crushes  50:16
cs4756313  1:25
cupping  66:3
currently  6:24 9:6
  73:4
cut  30:21
cv  1:10

                    d

d  4:2,12 17:9 19:7
  51:4 80:1
danish  35:13
danishes  28:13,18
  28:22,22 30:6,11
  31:18 32:3 34:2

**dark** 33:23
**date** 1:17 7:18
22:8 43:13 56:15
63:11
**dates** 17:16
**daughter** 7:2
63:19
**daughter's** 7:3
63:22
**day** 16:15,20
17:22,25 22:19
23:6 24:8,10
25:10 26:12 27:23
28:4 33:19 44:2
49:12,14 50:5,20
55:22 56:22 57:16
58:14
**days** 16:13 19:13
49:3,6 51:8 63:24
75:24
**deal** 28:19 34:25
57:2
**dealing** 21:19
**dealt** 68:25
**december** 54:16
61:17 62:25 63:13
**declare** 15:25 16:5
**defendants** 1:15
1:21 2:12 43:10
80:7
**degree** 11:18
**depends** 16:12
54:20 75:11 77:15
77:17
**deposition** 1:20
3:4,11 73:16 79:6
81:12,13
**description** 44:12
45:2
**detour** 64:10

**diagnostic** 50:2
53:15 61:5 71:6
71:14,22 72:7
**difference** 21:10
**difficult** 5:12
**direction** 39:24
**dirty** 32:12 47:16
47:18
**disability** 8:11
**discovery** 78:6,7
**discussed** 59:2
61:23 62:3
**discussion** 47:21
**district** 1:1,2
**doctor** 50:12,23,24
53:2 54:6 55:4
58:20,21,25 59:4,6
60:2,5 61:25 62:3
62:9 65:25 66:14
67:24 68:24 69:6
69:15 70:2
**doctor's** 50:25
66:15 75:5
**doctors** 52:19
58:18 61:9,22
62:16 69:9,23
70:5
**document** 43:16
**documents** 73:15
**doing** 19:13 24:6
66:4 74:6
**door** 25:24
**dr** 51:2,5,9,11,11
51:12,14,17,24
53:5,10,14,17,19
53:20,21,23 54:5
54:11 55:3,11,19
56:10,20 57:3,8,10
57:18 58:2,5,19,20
58:21,22 59:3,4,9
59:17,25 60:7

61:17,19 62:6
65:22 66:16,17
67:5,9 69:12,13,16
69:23,24,24,25
70:2,3,11,11,14,14
73:8,10,10,12 77:3
**dress** 27:24 47:15
47:19
**driving** 23:17
**duly** 4:3 81:13
**duties** 13:4 77:5
**dying** 57:15

**e**

**e** 2:1,1,9,17 7:14
13:13 66:24 70:14
77:24 80:1 81:1,1
**earlier** 26:21 30:4
30:9 52:10 74:11
**early** 68:3,17 69:4
**eastern** 1:2
**easy** 55:18
**education** 11:22
**educational** 11:5
**effect** 3:13
**either** 37:18 53:15
55:16 60:6 67:20
78:2
**elanrani** 66:25
67:9
**electric** 55:21,22
56:8 77:9,13
**electrical** 14:12
**elevator** 17:3
**emergency** 38:17
48:9,10,16,20 49:9
49:17 50:7,7,15
54:5 58:18 61:4
**employed** 9:17,20
9:25 10:13,17
12:3,24 72:13

**employee** 39:8
**employer** 13:14
**english** 43:21,22
**entire** 4:23 26:16
26:22
**equipment** 76:24
**equivalent** 11:6
**esq** 2:8,16
**everybody** 27:13
62:19
**exact** 56:15 74:19
**exactly** 34:14
35:23 40:17 44:10
**examination** 4:5
80:2
**examined** 4:3
**exercise** 53:3
76:25
**exercises** 75:14
**exhibit** 43:10 80:7
**exit** 25:15,24 26:4
**expect** 37:7
**explain** 30:24

**f**

**f** 4:2 7:14 66:23
81:1
**facilities** 62:16
**facility** 58:9 62:9
69:5
**fall** 25:14,15 26:2
26:7,8,18 27:3,11
27:18 28:8 29:14
29:15,20 30:15
36:2,4,5 45:8 48:5
48:21 49:5,7,13,15
52:12 60:3 65:5
65:11,20 70:20,22
73:7 74:4,5 77:7
77:12
**falls** 70:22

**familiar** 23:12
**family** 13:17 63:5
  63:21,22 64:6
  67:2
**far** 25:16 26:3
  30:2 75:18
**fast** 36:17 40:20
  40:20
**faster** 31:24 52:16
**father's** 63:22
**fatima** 66:25 67:9
**federal** 15:16,24
**feel** 22:5 65:7
  70:10
**feeling** 20:8 38:14
**feet** 38:9 48:18
  59:3 65:14
**fell** 25:18 26:10,17
  27:2,4,8,8,14 29:5
  29:6,15 30:19,23
  30:25 31:5 32:25
  33:5 35:21 36:3,6
  36:7,7,13,16,18
  37:5,7,10,24 38:13
  38:20 40:8,9,14
  52:10
**felt** 37:5 38:2,15
  41:22 48:7,25
  49:15 57:14 68:9
**female** 39:22,23
  41:2
**fidelis** 9:7
**field** 10:21
**file** 15:13,16,18,21
  45:25 46:8,10
**filed** 72:14
**filing** 3:3
**fill** 64:17
**filled** 43:11 45:11
  45:12 80:10

**finally** 5:21
**find** 35:9 41:25
  46:18,24
**fine** 8:8 44:9 78:18
**finish** 11:8,12
**finished** 28:8
**firm** 4:16 12:10
**first** 4:23 5:13 6:5
  10:13 11:2 15:5
  17:8 22:24 26:11
  31:9,14 38:13
  42:18 43:2,11,17
  44:4,8,9 48:4 49:5
  51:11 52:12,22,25
  55:22 56:13 57:15
  59:16 80:9
**fitness** 74:15,16,22
  74:23,25 76:13,18
**five** 8:21 35:16
  75:13
**flat** 27:24
**floor** 2:5,13 17:8
  29:22,23 31:2,6
  32:8,11,13,14,16
  32:19 33:3,11,20
  33:22 34:3 36:15
  36:18,20 37:19
  39:24,25 57:25
**floors** 17:6
**focus** 22:12 52:17
**fold** 65:24
**foley** 2:11 4:16
**follows** 4:4
**food** 24:6,8,8
**foot** 32:23 34:9
  36:2 38:10,12
  44:22 49:23,24
  50:3 57:23 59:6
  59:21,22 60:6
  61:7 65:4 71:17
  71:18,22 72:22

**force** 3:12
**forcing** 59:13
**forget** 35:22
**form** 3:7
**formal** 11:22
**forth** 81:12
**forwards** 36:4
**four** 8:5,8,21 17:7
  75:13 76:11
**fouzia** 1:4,20 4:1,9
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1,6,10 80:3
  81:11
**freda** 1:22 81:8,24
**free** 14:17,19
  15:10 18:17 28:19
**friend** 26:15 27:13
  27:15 34:14 35:4

  35:9,14,17,21 40:3
  40:5
**front** 38:10
**full** 4:7
**function** 16:20
**further** 3:6,10
  30:17 78:13 79:4
  81:16
**future** 21:23

### g

**g** 13:13
**gathering** 53:3
**ged** 11:9,10,13,20
**general** 24:4,5
  65:25 66:14
**generally** 16:7
**getting** 16:4 18:17
  57:23
**girl** 28:13,17 38:3
  39:11 40:18 44:8
**give** 6:14 21:4 38:3
  42:15 45:18 50:16
  54:13 72:3 77:23
**given** 61:10 62:20
  81:15
**giving** 21:5 33:17
  49:3 52:21 54:15
**glasses** 34:6
**go** 4:21 22:19
  25:24 26:4 28:16
  28:24 30:22,22
  31:17,19,24 46:10
  47:11,14,25 48:2
  48:10 50:14,23
  51:5 52:16 53:23
  54:11 59:14 62:24
  63:17 69:17,22
  70:11 73:9 74:21
  75:4,6,9,20 76:13
  76:14,15,15,19

**going**  4:19 5:19 12:9 20:19 21:15 21:23 22:7,9 24:3 28:9 33:18 35:11 38:16,17 40:12 41:24 46:2 49:2 50:14 54:19 62:8 64:10 66:13 67:15 67:17 70:11 74:7 74:9 76:18,21 78:13
**good**  4:14 5:2 52:21
**grabbed**  28:22,23
**gray**  33:22,22,23
**green**  33:13
**ground**  4:22
**guess**  40:22,23 76:5
**guy**  19:14 38:25 39:8,8,9,12,14,19
**guys**  24:16 47:14 47:25
**gym**  74:7,10,12,14 75:10,12,14

**h**

**h**  66:16,23
**half**  10:24
**hand**  29:9 37:13 42:19,20 81:22
**happen**  21:23 26:2
**happened**  6:18,21 25:15 35:24 37:4 37:7 38:20,22 41:25 44:11 57:16
**hard**  59:24,24
**head**  5:8 34:16 35:16 36:10,11,13 36:16,18,20
**headed**  47:16

**heading**  30:3
**health**  9:6 62:9
**hearing**  5:12
**heavy**  25:5
**held**  39:20 47:21
**help**  65:24 77:5
**helped**  39:9 75:5
**helper**  18:8,21
**helping**  18:8
**hereto**  3:3
**hereunto**  81:21
**high**  11:6,7,8
**hill**  64:13,18
**hire**  22:6
**hired**  19:13 77:14
**hit**  36:10,13
**home**  41:22 47:16 47:17,19 48:2,3 50:19
**hook**  46:19
**hospital**  41:23,25 49:25 50:11 68:23 69:10,18
**hours**  16:8,9,11
**house**  74:8
**huh**  5:9,9 33:10 53:7 58:23
**hurt**  6:7 44:22 45:8 48:7 52:2,6 52:11,25 68:2
**hurting**  49:21 68:9
**husband**  13:23 15:22
**husband's**  7:13

**i**

**i.d.**  80:8
**ice**  38:3 41:11,18 41:21 42:7,8
**identification** 43:12

**identify**  58:17 62:16
**immigrated**  67:3
**impact**  73:24
**incident**  6:17 8:24 9:13,21 10:10 16:19 17:13,22 18:2,5 19:12 23:7 25:10 36:23 37:2 42:25 43:6,11,17 51:6,13 54:4 60:9 63:11 67:6,9 74:20 75:2,8,25 76:20 78:10 80:10
**income**  16:5 21:9
**information**  53:3 55:13
**injections**  56:16 57:2 59:12,15 61:23,24 62:5,7 68:18 69:7
**injured**  65:4 72:24 73:6
**injuries**  10:9 17:15 52:18,25 57:5 61:11,16 62:10 67:16,20 73:24 74:5
**injury**  45:2 70:19 71:2,10,18 72:2,11 78:10
**inside**  33:14
**insurance**  9:6,12 54:13,20 65:21 75:3
**intention**  21:19
**interest**  13:18
**interested**  81:19
**interior**  33:20
**interpret**  5:8

**island**  6:22 12:13 22:20 23:16 74:18 75:7
**items**  25:20,22 29:2,8 44:19 46:23

**j**

**j**  2:16 4:2
**jada**  1:4,20 4:1,9 4:14 5:1 6:1 7:1,4 7:8,14 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1,15 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1,14 44:1 45:1 46:1,17 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1,7,10 80:3 81:11
**january**  11:4
**job**  1:25 10:17,22 10:23 11:25 12:7 12:15,16,22 14:6,8 14:9 16:4,8 17:11

**[job - medical]**

17:18 18:5 19:13 20:25,25 21:20 22:5 52:21 77:18
**jobs**  14:14
**joined**  74:25
**jointly**  15:21
**jurat**  78:19

**k**

**k**  19:6
**karim**  19:4
**keep**  5:11 52:17
**kind**  32:12 52:16 59:4 65:10 68:10 68:16
**knee**  36:12 38:2,5 38:7,11,14 41:12 41:12 42:7,8 44:21 48:8,19 49:18,19 50:2 52:3,6,7,9,11,12 53:15 58:15 65:24 66:4 67:22 68:2 68:14,17,20 69:4 70:6,17,20,25 71:3 71:6 72:21,22
**knees**  52:4,6 53:13 53:24 56:5 57:20 58:13 60:6,14 61:6 65:3,13 67:18,21 68:9
**knew**  29:4 34:17 35:13
**know**  5:21,23 17:16 19:15,16 20:22,24,24,25 22:6 23:2 27:12 27:14 29:13,20 30:24 32:7,10,15 34:21 35:3,15 37:3,4,6,15,22 39:10,10,13 40:18

41:8 46:3 47:6,7 52:20 54:9 57:16 57:17 58:18 59:5 60:10,15,19 61:22 61:25 64:16 65:17 73:18,19 74:18 76:16 78:8
**knowledge**  61:25
**known**  72:16

**l**

**l**  19:7 51:4 66:16 66:24 70:15
**ladder**  74:9
**laguardia**  11:14 11:16,18
**lane**  25:23 26:4
**law**  4:15
**lawsuit**  4:17,21 55:5 61:12
**lawyer**  31:23 45:22 51:18,19
**layout**  23:13
**lean**  25:5
**leaned**  50:18
**leave**  12:7 20:21
**leaving**  12:15
**left**  28:19 36:11 38:6,7,11 42:9 49:21 50:2 52:11 65:21 69:25 70:4 70:25 71:2,6 72:21
**leg**  38:2
**lenox**  64:13,18
**level**  20:15
**lift**  36:11,17
**limited**  54:14
**line**  35:10 40:6
**lined**  34:20 35:18
**listen**  4:23 31:22 33:16

**little**  14:14 22:11 25:4 30:17,20 67:15
**live**  6:24 10:4 16:25 17:8 19:18 19:19
**lives**  23:3
**living**  7:16 13:11 14:7 20:19
**llc**  1:13 2:3
**llp**  2:11 4:16
**locate**  35:23
**located**  12:12 29:4 29:25
**locating**  34:15
**location**  74:16
**long**  5:22,22,24 6:15,22 7:9 8:19 10:22 12:13 19:25 22:20 23:16 25:9 27:24 32:10,15 40:8 53:22 54:2 54:10 58:2 63:2 63:23 66:6 74:18 75:7 76:15
**look**  35:20,20 77:23,24
**looked**  29:2 39:2
**looking**  27:13,20 34:12,14 35:8,9 51:20 78:5,6
**lose**  36:22,25
**lost**  10:11 21:9
**lot**  31:24 35:17,18 47:17,22 49:21 52:14,16 65:3,7 75:5 77:8
**lower**  45:3,8 49:3 49:6 53:13,16,24 65:3 71:9,11,14

**m**

**m**  19:6,7 22:25 66:23
**ma'am**  6:6 7:11 8:10 16:10 17:16 20:12 29:10 31:22 38:5 44:3
**maaalaw.com**  2:9
**machine**  45:16 77:2
**machines**  56:8,9
**mail**  2:9,17 77:24
**maintenance**  14:10,11
**making**  10:8 65:4 65:9
**man**  19:8,9
**manager**  38:23,24 39:7,13,19,20,22 40:25 42:4,10,13 42:15
**manager's**  46:25 47:2,4,6
**marked**  43:12
**marriage**  81:18
**married**  7:11
**mashed**  32:13
**material**  73:16
**matter**  81:20
**mba**  1:13
**mcmanus**  2:3
**mcrowley**  2:17
**mean**  6:7 14:11 19:22,23 31:3 40:5
**meaning**  15:9
**means**  5:25
**medicaid**  8:17,20 8:22 9:5,8,14
**medical**  8:23 48:5 50:21 54:6 58:24

**[medical - painkiller]**                                                                                    Page 8

61:15 65:19 73:5 78:16

**medicare** 8:13,15 8:16

**medication** 50:11 50:15

**medicine** 50:13

**member** 22:14,16 22:20 43:10,12,17 44:13 80:9,11

**member's** 22:23

**mentioned** 50:22 61:22

**merchandise** 24:7

**method** 15:3,22

**michael** 2:16 4:15

**miles** 75:19 76:11

**minute** 77:23

**minutes** 25:11 26:6 76:11

**missed** 62:21,22 75:4

**mistaken** 54:16 60:17

**mom** 63:4 65:18

**moment** 29:3 35:20,22 36:24 37:6

**month** 14:23,24

**months** 11:12 20:3 20:5 55:7,10 63:3 65:17 66:6

**morning** 4:14,20

**morocco** 7:21 11:7 20:10 55:6,9,14 61:14 62:23,24 63:12 65:20,25 67:2

**mother** 20:7,9

**mouloudi** 19:6,15 20:15 21:3,12,16

21:20

**mount** 48:11 61:4 64:24

**move** 20:20

**moved** 20:7

**mri** 64:12,22 65:17 68:19 71:5 71:13,21 72:6

**mris** 60:5,8,19

**n**

**n** 2:1 7:4,8 22:25 51:4 66:24,24 80:1

**name** 4:7,14 7:3,7 7:13 12:11 19:3,6 22:23,24,25 39:13 39:16 41:7,8 50:25 53:5 56:18 59:16 66:13,15,20 68:24 69:6,8,10 72:16 80:2

**names** 70:12

**nature** 14:13

**nearby** 51:23

**neck** 36:17 45:3,8 48:22 60:6 64:13 64:23 65:5,8,11 71:25 72:3,3,7,22

**need** 5:23 42:20 66:13 73:9 79:4

**needed** 14:8 41:18 41:19

**neighbor** 23:3

**neighborhood** 19:17 51:22 60:21 60:23 61:3 64:17

**never** 8:12 18:4 27:2,7,9 35:22 56:2 67:7,24 68:15 69:5 71:4 71:12,16,20,24

72:5,9,12,15,20,25

**new** 1:2,23 2:6,6 2:14,14 4:13 6:22 15:18 81:3,5,9

**night** 38:15 48:7 48:21 58:19 59:23 65:15 74:24

**nods** 5:8

**normal** 44:17,18

**notary** 1:23 3:12 4:3 81:8

**notes** 77:24

**november** 60:17

**number** 5:2 8:2

**o**

**o** 4:2 7:14 19:7,7 22:25

**objection** 35:5,7

**objections** 3:7

**obtained** 11:20

**obviously** 43:20

**occasions** 23:6

**october** 10:15 15:7 60:16,17

**office** 12:6 39:21 40:10,14,20 41:4 41:10 42:11 46:25 47:2,4,7 55:20 58:8,10 75:5 77:17

**offline** 9:3

**okay** 5:5,10,14 6:4 9:4 28:15 38:19 41:20 42:3 67:24

**old** 7:5,6

**once** 21:2 30:15 54:22 56:16,23,24 56:25 58:22 66:17 66:18 74:3 79:2

**ones** 58:25

**online** 51:20

**operate** 25:2,3

**opportunity** 43:16

**order** 1:21

**orthopedic** 69:9

**orthopedist** 53:18 56:11,14,19,21

**orthopedists** 57:4

**outcome** 81:19

**outside** 63:10 75:22,25

**ownership** 13:18

**owns** 13:11

**owusu** 1:22 81:8 81:24

**p**

**p** 2:1,1 13:13

**p.m.** 24:13 78:3,4 79:7

**pack** 55:23

**pad** 56:2,7

**pads** 56:4

**page** 13:14,18,20 14:3 18:9,23 20:22 21:10 43:16 78:19 80:2,7

**paid** 8:22 14:25 18:20 44:7 46:22 46:23

**pailello** 2:9

**pain** 37:25 38:7,8 38:12 39:17 48:3 48:18,22 49:3,6,15 52:13,14 56:3 57:24,25 61:24 62:2 65:6,7,14 68:7 71:2,10 72:3

**painful** 17:14 55:24 58:16

**painkiller** 57:12

**[paper - realty]**

**paper** 78:6,7
**pappas** 51:9,11,12 51:14,17,24 53:5 53:10,14,23 54:5 54:11 55:3,11,19 56:10 58:19,21 60:7 61:18,20 62:6 65:23 73:9 73:10 77:3
**paragraph** 44:12
**park** 48:25
**parking** 47:17,22
**part** 9:7,8 10:25 13:21,24 14:2,9 37:9,25 38:8,12 51:25 53:10 57:19 58:11 60:12 62:4 66:11
**particular** 16:13 23:5 24:2,3 26:11
**parties** 3:3 81:17
**parts** 51:25 53:11 58:12 72:24 73:5
**passed** 28:23
**pay** 14:16 15:9 18:10,12 21:6,10 21:11 25:22 28:9 28:13 77:6
**paying** 18:22 21:3 28:25 77:4
**payment** 15:25
**payments** 9:5
**payroll** 15:2
**pays** 21:11
**pending** 5:24
**people** 27:12,14 35:18,18,19 47:8
**perform** 77:6
**period** 53:23 54:10

**permanent** 22:2
**permission** 54:14
**person** 66:3,20,21
**personal** 20:15 72:11
**phil** 45:23 55:13
**philip** 2:8
**phone** 37:12,15 47:3
**phonetic** 59:25
**photographs** 37:19
**physial** 46:10
**physical** 53:6,11 53:24 54:11 55:4 55:20 58:20 61:19 66:7,22 69:3
**physically** 6:5
**physician** 51:12 51:16 57:8 69:12
**physicians** 70:8
**pick** 29:16 35:16 36:17 38:25 39:9
**picked** 36:11 38:24 39:2
**pictures** 47:15,17
**pill** 57:17
**pillar** 25:17 30:21 30:23,23
**place** 25:12 32:25 64:18,21
**plaintiff** 1:6,20 2:4 72:10
**planet** 74:15,16,21 74:23,25 76:13,18
**plans** 21:14
**please** 4:8,11,23 5:6,16 7:18 19:5 26:20 30:8 31:23 45:17 51:3 70:13

**plus** 68:5
**pocket** 18:22
**podiatrist** 59:7
**point** 46:19 53:5 57:7
**position** 68:5
**positions** 12:3
**possible** 20:12
**prepare** 73:16
**prepared** 42:25 43:6
**prescribe** 50:11
**present** 22:8
**presently** 7:22 9:17
**prevented** 10:10 74:6
**primary** 50:12,22 50:24,25 51:12,15 57:7 58:21 69:11 69:15 70:8
**princeton** 60:22 60:25 61:2
**printer** 45:16
**prior** 10:17 23:6 26:18 30:25 71:3 71:6,11,18 72:3,7 75:12 77:7
**probably** 5:22 10:6
**problems** 65:10
**provide** 45:13
**psychological** 78:9
**public** 1:23 3:12 4:3 81:9
**purchased** 25:20
**purposes** 4:25
**pursuant** 1:21
**push** 25:6
**pushes** 25:8

**pushing** 24:24 59:13
**put** 8:4 38:3 41:11 43:2,18 46:2 56:2 56:9 57:14
**putting** 42:8

**q**

**qualified** 77:13
**question** 3:8 4:24 5:2,15,19,24 10:6 26:20 29:10,18 31:11,22 33:16 43:4,4 65:9 72:21
**questions** 4:19 8:9 52:15 67:16 78:13

**r**

**r** 2:1 7:4,8 19:6 22:25,25 66:16,23 66:24 70:14 81:1
**radiology** 60:21 60:23 61:3 64:13 64:17
**rahal** 66:16,17 67:5
**raining** 28:6
**ran** 47:22 75:22 ▇▇ 7:4,5,6
**rate** 14:16 15:9
**ray** 48:19 50:4,5 56:22 58:6,11 68:21 71:5,13,21 72:6
**rays** 49:25 50:10
**read** 43:21,24 44:4 73:21,22
**ready** 5:12 55:13
**really** 18:19 52:13 58:17 62:7
**realty** 13:13,14,18 13:20 14:3 18:9

20:22 21:10
**reason** 6:2 24:2
  61:24 67:6
**reasons** 67:2
**receipt** 46:22
**receive** 8:15 11:17
  53:24 55:3 65:19
  66:7
**received** 10:9 67:8
**receiving** 8:19
  73:4
**recess** 43:8 64:8
  78:3
**recipient** 8:13
**record** 4:7,10 5:3
  8:5,7 43:15 47:20
  47:21 55:12 64:11
  81:14
**records** 52:20
  78:16
**red** 41:12
**reduced** 55:2 74:7
**refer** 59:17
**referred** 51:17
  56:10 58:22 66:21
**regard** 21:14
  50:17 67:16
**regarding** 42:25
**register** 29:24
  44:14
**regularly** 74:2,3
**related** 4:20 8:24
  9:13 50:21 55:4
  57:4 60:2 61:15
  62:17 65:19 81:17
**relates** 57:11
**relation** 62:10
**relationship** 20:14
  21:16
**relative** 14:2

**remember** 17:21
  17:25 18:3 35:21
  40:16,18,23,24
  46:23 48:23 49:10
  49:24 51:7,18,21
  56:4 58:4 60:10
  60:12 64:14,22,25
  68:22,23,24 69:6,8
  69:10 76:22
**rent** 14:18,19,21
  15:10 16:3 18:17
**rental** 14:20
**repairs** 13:6
**repeat** 26:19
**rephrase** 5:17
**report** 39:11 41:13
  42:5,6,11,16,17,21
  42:24 43:5,11,17
  43:24 45:11,12,14
  45:20,24 46:17,18
  47:11 80:9
**reporter** 1:22 5:3
  5:7 43:18
**request** 46:5,8
**reserve** 78:14 79:4
**reserved** 3:8
**reside** 20:9,18
**resided** 6:15
**respective** 3:2
**restroom** 28:20
**result** 65:5 78:10
**returns** 15:14,16
  15:19,24
**review** 43:16
  73:15
**reviewed** 73:20
**right** 6:6,8 13:11
  18:20 19:12 22:3
  25:20,24 30:15,23
  32:5,21 33:9
  34:11,19,25 35:6

36:2 38:2,9,10,12
  38:17 40:3,11,19
  44:17,24 45:4
  47:9 49:23,24
  50:2 51:13 52:7,9
  52:11,13 53:6
  54:7 58:15 67:22
  68:2,14,17,19 69:4
  70:6,16,20 71:17
  71:18,22 72:22
  75:22 76:20 79:5
**rights** 78:14
**roasted** 28:23
**room** 6:11 20:13
  20:19 38:17 48:9
  48:10,16,20 49:9
  49:17 50:7,8,15
  54:5 58:19 61:4
**row** 35:12
**rubber** 28:3
**rules** 4:22
**run** 29:9 75:18,24
**running** 29:7
  44:13,14,15 68:11
  74:24
**rushing** 44:16
**ryan** 7:8,9

**s**

**s** 2:1 7:14,14 66:23
  70:15
**sahra** 66:25
**sale** 30:11
**saw** 21:2 27:11
  29:3 31:3,7,21
  32:20 39:3 40:11
  40:14 41:12 51:14
  52:19 53:2,20,21
  54:7,16 56:25
  57:7 58:19,20,22
  59:10,19 60:2
  66:14,19

**says** 44:13
**scala** 70:2,11,14
**school** 11:6,7,8,13
**screen** 43:18 46:3
**sealing** 3:3
**second** 31:18 32:3
  33:25 34:2 35:12
  44:5,8,10 57:16
**secretary** 12:6,15
  12:20
**security** 8:2,10
**see** 22:5 27:18
  29:3 31:2,6,8,13
  31:16 32:3 33:13
  33:13,14 34:2,15
  34:16 35:17,20
  39:25 40:3,11,17
  40:19 42:4,21,22
  46:15 51:5,15
  53:19 54:5,14
  55:19,25 56:13,15
  56:23 57:18 59:9
  65:25 66:17 70:5
  73:9,13 78:16
  79:2
**seeing** 54:18
**seek** 48:5 58:24
**seen** 57:4 67:5,24
**send** 46:5,7 53:14
  77:17
**sent** 53:17 60:5
  77:25
**separate** 24:17
**separated** 7:12,15
  7:17
**september** 15:7
  73:12 81:22
**sessions** 54:14
  65:22
**set** 81:12,22

**[seven - talked]**

| | | | |
|---|---|---|---|
| **seven** 20:3,5 55:6 55:10 63:3 65:17 66:6 | **soles** 28:2 | **staying** 19:25 65:18 | 13:15 14:6,8,9,15 15:6 16:8 18:10 18:13 21:20 73:25 77:5 |
| **shakes** 5:8 | **somebody** 16:18 18:8 22:6 38:21 53:4 78:15 | **stefanides** 53:17 53:19 56:20 57:3 58:5,22 61:4 | **superintendent** 12:25 16:17,21 17:12 |
| **shattered** 29:21 33:2,7 39:3 | **someplace** 6:9 46:25 | **step** 34:9 | **supervisor** 10:21 |
| **shoes** 27:25 28:2 47:18 | **son** 16:22 18:7 19:12 48:15 50:18 51:20 53:4 | **stepped** 32:4,11,16 32:21,24 34:13 35:25 57:24 | **sure** 22:13 32:17 34:22 40:21 46:16 52:19,24 54:3,9 73:3 78:8 |
| **shop** 24:17 | **son's** 7:7 | **stick** 55:8 | **surgery** 62:3 68:13 |
| **shopping** 24:4,5,6 24:8,9,18,20,22,23 24:24,25 25:7,8 26:23 28:9 | **soon** 41:22 73:8 | **stimulation** 55:21 55:22 56:8 | **sweeping** 14:11 |
| **short** 30:21 | **sorry** 56:15 | **stipulated** 3:1,6,10 | **swollen** 38:3,10 41:13 44:21 49:20 49:22 52:7 58:15 65:14 |
| **shorthand** 1:22 | **speak** 5:4 10:5 43:21 | **stop** 17:11 22:9 76:21 | **sworn** 3:13 4:3 79:13 81:13 |
| **sick** 57:13 | **specific** 29:17 30:16 | **stopped** 41:13 48:25 49:2 57:23 65:22 74:24 | **system** 57:14 |
| **side** 26:3 47:9 | **spell** 19:5 51:3 70:12 | **store** 23:12 42:2 45:6,7 | **t** |
| **sideways** 36:5 | **spine** 64:13 | **story** 28:15 | **t** 22:25,25 66:23 81:1,1 |
| **sign** 42:24 43:3,5 44:6 | **splint** 59:11 65:15 | **straight** 30:19 36:6,8 | **tags** 39:16 |
| **signature** 81:24 | **sports** 68:6,8,10 | **street** 2:5 4:12 60:22,25 61:2 | **take** 6:2 11:17 17:8 25:7 30:5 33:8 37:18 43:20 49:25 55:24 56:17 64:10 |
| **signed** 3:11,13 43:25 44:7 45:12 45:13 46:18 | **spread** 34:3 | **strike** 36:20 | |
| | **ss** 81:4 | **stuff** 74:8,10 | |
| **simple** 4:22 | **start** 11:6 15:5 19:10 67:18 | **subject** 73:7 | **taken** 1:20,21 43:8 63:10 64:8 78:3 |
| **sinai** 48:11 61:4 64:24 | **started** 12:17 15:11 38:14 54:3 54:10 69:13 | **subscribed** 79:13 | |
| **sit** 27:10 29:13 68:8 | **state** 1:23 4:7,10 15:18 27:6 81:3,9 | **suffer** 71:18 | **takes** 51:21 |
| **sitting** 68:5 | **statement** 42:23 | **suffered** 67:20 70:19 74:5 | **talk** 6:17 9:2 22:11 45:7 62:13,23 65:16 70:25 71:9 71:25 79:3 |
| **six** 7:10 | **states** 1:1 10:18 11:3,21,23 12:4,19 55:8 61:10 62:20 67:3 | **suggest** 66:2 | |
| **sleep** 59:23,24 | | **suggested** 56:16 58:2 59:12 66:3 | |
| **slept** 59:11 | | **summer** 76:16 | |
| **slipped** 41:15 | **stay** 15:10 19:20 19:22 20:4 24:15 38:17 63:2,4 64:7 76:10 | **sunday** 49:10,11 49:12,16 | |
| **small** 25:8 64:10 77:15,18 | | **sunny** 28:5 | **talked** 62:19 65:2 73:6,23 77:20 |
| **smashed** 32:23 | | **super** 9:22 10:2,14 12:2,21,23 13:5,9 | |
| **smushed** 32:13,18 32:20 | **stayed** 64:6 76:8 | | |
| **social** 8:2,10 | | | |

**[talking - visiting]**                                                    Page 12

| | | | |
|---|---|---|---|
| **talking** 70:16 | 78:17 | 76:22,23 77:8 | **two** 4:24 5:2,3 |
| **talks** 44:21 | **think** 6:16 7:25 | **today** 6:18 18:13 | 23:23,25 25:7,16 |
| **tamara** 22:24 | 9:10 26:14 28:3,5 | 27:10 29:13 73:6 | 29:8 30:6,11 |
| 23:17 28:25 29:4 | 32:23 33:22 34:11 | 73:16 | 34:25 44:18 46:13 |
| 30:10 37:15 39:4 | 36:21 38:6,25 | **toes** 38:9 48:18 | 48:24 49:3,6 |
| 40:6,9,10,13 42:11 | 39:10,12 40:16 | 49:21 | 59:10,20 61:22 |
| 46:18,20,24 47:3 | 41:19 44:6,7 | **told** 28:14,17 30:6 | 64:5 68:7 69:23 |
| 47:10 | 45:18 46:21 47:2 | 30:11 31:23 34:25 | 70:5,12,12 |
| **tamara's** 47:13,23 | 48:13,19,23 49:21 | 40:21 42:19 | **type** 9:12 20:14 |
| **tasks** 77:6 | 50:4 51:9,10,14,20 | **totally** 78:2 | 28:2 53:14 61:5 |
| **tax** 15:14,16,18,24 | 53:21 54:6,8 | **touring** 63:25 | **typically** 75:14,18 |
| **taxi** 48:13 50:6 | 56:25 57:25 58:13 | **training** 11:22 | **u** |
| 55:25 | 58:14 59:10 60:7 | 13:8 | |
| **tel** 2:7,15 | 61:8,17 62:6,22 | **treadmill** 75:15,17 | **u** 4:2 7:14 19:7,7 |
| **tell** 5:11,16 10:7 | 64:24 65:12 66:20 | 76:6,8 | 22:25 |
| 13:4 28:15 35:24 | 68:4,6 69:17,22 | **treated** 59:21,22 | **uh** 5:9,9 33:10 |
| 37:20 41:14 51:19 | 70:2 73:11 76:21 | 62:10 | 53:7 58:23 |
| 58:3 68:4 | **three** 17:2 19:13 | **treatment** 8:23 | **understand** 4:25 |
| **temporary** 21:17 | 25:16 48:24 49:3 | 9:13 50:21 55:14 | 5:15,17,18 13:19 |
| 21:18,21 22:2,3,4 | 49:6 54:23,25 | 60:2 61:10,15 | 21:22 54:2 |
| **test** 71:14,22 | 76:4,22,23 77:8 | 62:17,20 65:19 | **understanding** |
| **testified** 4:4 26:21 | **thursday** 49:14 | 67:8 68:16 70:6 | 34:23 |
| 26:25 52:10 | **time** 1:17 3:9 5:4 | 73:5 | **understood** 5:19 |
| **testifying** 6:8,12 | 5:12,16,23 7:17 | **trial** 3:9 | 46:12 55:17 |
| **testimony** 18:4 | 9:19,25 10:6,11 | **tried** 52:21 | **united** 1:1 10:18 |
| 29:11 30:4,9 | 13:5 24:10,12,16 | **trips** 63:10 | 11:2,21,23 12:3,19 |
| 34:23,23 40:15 | 24:19,21 26:6,11 | **true** 81:14 | 55:8 61:10 62:20 |
| 55:18 81:15 | 26:16,18,22 27:2 | **trusted** 44:8 | 67:3 |
| **testing** 53:15 61:5 | 28:7 29:6 30:25 | **truth** 68:4 | **use** 50:16 59:24 |
| 71:6 | 31:5 33:25 40:2,8 | **try** 5:17 29:18 | 74:24 76:6,24 |
| **tests** 50:2 72:7 | 41:21 44:8,8 48:4 | 52:15 | **usually** 78:14 |
| **thee** 78:17 | 49:5 50:14,20 | **trying** 34:15 52:17 | **v** |
| **therapist** 51:15 | 52:14 53:23 54:10 | 52:24 53:2 58:17 | |
| **therapy** 51:10 | 54:16,23 55:25 | 62:16 | **v** 2:8 |
| 53:6,12,24 54:11 | 57:15 58:2 59:11 | **turkey** 63:19,23 | **vacation** 63:20 |
| 55:4,20 58:20 | 59:14 60:18 61:15 | 64:2,5 | **value** 16:3 |
| 61:19 66:2,5,8,22 | 63:16 66:10,12,19 | **turned** 30:18 | **verbal** 5:7 |
| 67:25 69:3 | 78:13 | **twenty** 7:10 17:2 | **vernon** 1:13 |
| **thing** 55:18 | **times** 23:10 54:19 | **twice** 54:23,24 | **vision** 34:7 |
| **things** 14:12 37:6 | 54:25 59:10,19,20 | 66:5,9 76:4,17 | **visit** 20:7 67:2 |
| 68:7,12 77:16 | 63:15 75:13 76:4 | | **visiting** 63:21 |

**[vocational - zip]**                                                      Page 13

| | | |
|---|---|---|
| **vocational** 11:22 | 54:19,23,23,23,24 | 72:6 80:1 |
| **voice** 5:11 | 54:25 66:5,9 | **y** |
| **volleyball** 68:11 | 75:24 76:4,17,19 | **y** 7:8,14 |
| **w** | 76:22,23 | **yard** 33:5 34:4 |
| **waived** 3:5 | **weeks** 64:5 66:10 | **year** 10:23 15:6 |
| **walk** 41:21 50:7 | **went** 11:11 12:8 | 74:3 |
| 55:24 | 23:8,22 28:20,22 | **years** 6:16,16 7:6 |
| **walked** 25:23 26:7 | 31:19 35:23 40:10 | 8:21,21 |
| 26:12,17 27:3,7 | 41:23 47:16,19 | **ymca** 74:23 75:6 |
| 28:12,24,24 30:14 | 48:5,8,14,16,20 | 76:5 |
| 30:17 31:9,10,14 | 49:9,17 50:21,24 | **yoga** 65:23 |
| 31:17 40:17 47:12 | 51:9,10,11,24 53:5 | **york** 1:2,23 2:6,6 |
| 47:13,23 | 53:10 54:5 55:25 | 2:14,14 4:13 6:22 |
| **walking** 29:7,8,11 | 57:13,18 58:18 | 15:18 81:3,5,9 |
| 29:25 44:14,17,18 | 63:12,18 64:18 | **youssef** 7:14 |
| 48:24 | 65:24,25 75:12 | **z** |
| **wall** 2:5 | 76:5,23 | **z** 4:2 |
| **want** 4:21 6:3 | **whereof** 81:21 | **zip** 12:14 |
| 17:16 22:5,11 | **wholesale** 1:13 | |
| 34:21,22 36:19 | **witness** 4:2 80:2 | |
| 37:20,22 40:22,23 | 81:11,15,21 | |
| 41:25 46:3,5,15 | **woman** 19:8 | |
| 56:17 57:2 59:12 | **wonder** 12:11,16 | |
| 59:14,15 62:7,15 | **work** 9:22 13:7,8 | |
| 73:3,18,19 77:24 | 14:12,12 16:13 | |
| 78:8 | 17:18 62:6 63:7 | |
| **wanted** 24:3 | 65:18 77:9,13 | |
| **warehouse** 6:21 | **worked** 10:19 12:5 | |
| 23:13 25:3 26:13 | 12:20 17:21 18:5 | |
| 38:18 | **workers** 72:14 | |
| **warm** 56:3,7 | **working** 10:10 | |
| **water** 75:20 | 14:15 17:11 22:9 | |
| **way** 31:20 36:2,5 | **write** 42:23 | |
| 53:22 68:8 75:20 | **writing** 41:13 42:4 | |
| 81:19 | 42:6,10 | |
| **wear** 34:6 65:15 | **wrote** 42:18 46:14 | |
| **wearing** 27:23 | **x** | |
| **weather** 28:4 | **x** 1:2,16 48:19 | |
| **week** 14:17 16:9 | 49:25 50:4,5,10 | |
| 16:11,14 17:25 | 56:22 58:6,11 | |
| 18:15 21:5 51:8 | 68:21 71:5,13,21 | |

Veritext Legal Solutions

800-567-8658                                                       973-410-4098

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.