# Exhibit I

# CONNELL FOLEY

**A TRADITION OF LEGAL EXCELLENCE SINCE 1938**

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700  F 212.262.0050

**Samuel P. Quatromoni**
Associate
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

December 30, 2021

**VIA PRIORITY MAIL**
Tamara Aroutyan
32-40 46th Street, Apt. 4F
Astoria, New York 11103

> **Re:     Fouzia Jada v. Costco Wholesale Corporation, et al.**
> **Docket No.: 21-cv-194**
> **CF File No.: 16793/131492**

Dear Ms. Aroutyan:

Enclosed please find copies of your deposition, held on December 9, 2021.  Please review and execute the transcript, and return to our office, retaining a copy for your file.  If changes are to be made to any answers, please use the errata sheet provided.

Pursuant to F.R.C.P. 30(e), you are required to execute and return the transcript of the enclosed examination within thirty (30) days.

Very truly yours,

*Samuel P. Quatromoni*

Samuel P. Quatromoni

SPQ/mc
Enclosure

cc:     **VIA FIRST CLASS MAIL**
Philip V. Aiello, Esq.
**McMANUS ATESHOGLU**
**AIELLO & APOSTALAKOS, PLLC**
48 Wall Street, 25th Floor
New York, New York 10005

Roseland       Jersey City       Newark       New York       Cherry Hill       Philadelphia

6250416-1

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------X

FOUZIA JADA,

PLAINTIFF,

-against-        Case No.:

21-CV-194

COSTCO WHOLESALE CORPORATION and MBA -

VERNON BOULEVARD, LLC,

DEFENDANTS.

----------------------------------------X

DATE: December 9, 2021

TIME: 2:04 P.M.

VIRTUAL DEPOSITION of TAMARA AROUTYAN, a Non-Party Witness, taken by the respective parties, pursuant to Subpoena and to the Federal Rules of Civil Procedure, held at the above date and time, before Lisa O'Leary, a Notary Public of the State of New York.

Job No. CS4986574

A P P E A R A N C E S:

MCMANUS ATESHOGLU AIELLO & APOSTOLAKOS, PLLC
  Attorneys for the Plaintiff
  48 Wall Street, 25th floor
  New York, New York 10005
  BY: PHILIP V. AIELLO, ESQ.


CONNELL FOLEY, LLP
  Attorneys for the Defendants
  888 7th Avenue, 9th floor
  New York, New York 10106
  BY: MICHAEL CROWLEY, ESQ.


ARGYROPOULOS & ASSOCIATES
  Attorneys for Non-Party Witness
  TAMRA AROUTYAN
  31-08 Broadway
  Queens, New York 11106
  BY: PHIL ARGYROPOULOS, ESQ.

        *      *      *

Page 3

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*       *       *       *

Page 4

T. AROUTYAN

T A M A R A      A R O U T Y A N, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. CROWLEY:

Q.   Please state your name for the record.

A.   Tamara Aroutyan.

Q.   What is your current home address?

A.   32-40 46th Street, apartment 4F, Astoria, New York 11103.

Q.   Good afternoon, Ms. Aroutyan.

My name is Michael Crowley and I'm with the law firm of Connell Foley, LLP and we are attorneys for Costco Corporation, in a suit brought against it by Ms. Fouzia Jada.

You have been identified in the course of that litigation as a witness, and so thank you for appearing today.   I appreciate it.

I'm going to just ask you some

T. AROUTYAN

questions related to what Ms. Jada is claiming in the case and what you remember and what you know.

I'm sure your attorney has already told you this, but all I'm going to ask is what you know and remember.  Don't guess.

If you don't know something, please tell me you don't know.

If you don't remember something, please tell me you don't remember.

Okay?

A.    Okay.

Q.    If at anytime you don't understand a question that I ask you, please tell me and I will try to rephrase it, so you do understand.

A.    Okay.

Q.    And you are already doing it, but please allow me to finish asking my entire question, before you answer, so the court reporter can get down everything we all say.

Page 6

T. AROUTYAN

Q.    All right?

A.    Okay.

Q.    Good.

Also please keep your voice up and answer every question verbally, not with a nod or a shake of the head.

All right?

A.    Yes.

Q.    Great.

How do you know Fouzia Jada?

A.    We live same building around 30 years.  She live on first floor and I live on fourth floor.

Q.    I understand -- go ahead.  I didn't mean to interrupt you?

A.    And she come to that building before, one week before me and we are friends and neighbors.

Q.    I understand on the day Ms. Jada had her fall at a Costco, you were shopping with her at the warehouse.  Is that what you remember?

A.    Yes, that's right.

Q.    And was that something that you

T. AROUTYAN

did often with Ms. Jada; did you go shopping with her?

A.    Often?

Q.    Yes.

Did you go regularly shopping with her?

A.    We together go, yes.  I drive and we go together.

Q.    Are you a member of Costco?

A.    Yes, I am member of Costco and I use my card.

Q.    Had you been to that Costco where Ms. Jada fell, with Ms. Jada on prior times earlier, shopping trips?

A.    Come again, please.

Q.    Sure.

MR. ARGYROPOULOS:  If it's possible, she does speak English, but if we can use simpler words.  You know what I'm getting at.

MR. CROWLEY:  Yes.

Q.    Let me do it this way.

Which Costco were you at with Ms. Jada, when she had her fall?

T. AROUTYAN

A.    We go to Long Island City Costco.

Q.    Had you been at that Long Island City Costco with Ms. Jada, before the day she fell?

A.    Many times we go together.

Q.    Many times at that particular Costco warehouse, right?

A.    Yes.  We go there, yes, for shopping, because I have car.  I drive her and we together go, because she help me too.  I am older than she.

Q.    What's your date of birth, ma'am?

A.              1950.

Q.    Now, based on what we call pleadings in this case, we have that the incident with Ms. Jada happened on August 16, 2018.  So it's been awhile ago.

Does that date ring a bell with you?

A.    The date I don't remember, but I know August and the year I know, 2018, but date I don't remember.

T. AROUTYAN

Q.   Fair enough.

You went with Ms. Jada to the Costco warehouse that day?  You drove, right?

A.   Yes.

Q.   Did anyone go with you and Ms. Jada, on that day to Costco?

A.   No, just we together.

Q.   And about how long were you at the warehouse, before Ms. Jada had her fall?

A.   Exactly I can't tell you how long, but long, around one hour.

Q.   And during that hour or so that you were shopping there, did you and Ms. Jada stay together the entire time or did you separate, to shop by yourself?

A.   No, we are together going.  She is behind me and I behind her or she like this.  We look and we buy what we need and we go together to the cashier, because she need -- I need to pay, because I have card, she doesn't have, and then she pay me.

Q.   You had to pay, because you

T. AROUTYAN

were the member of Costco, right?

A.    Yes.

Q.    So at the time that Ms. Jada fell, had you and she finished your shopping or were you still shopping?

A.    No, we together.

We go cashier and they look for the -- what is the name?  I forgot.

Q.    Let me ask you this then.

Had you already paid for your items, before Ms. Jada fell?

A.    No, no.

Cashier tell us for something, when you buy two, we can take one free, and she go and I stay at the cashier and behind me people standing, because I no pay and when she come, she fall, because they had blueberries all over.  Everybody stepping on blueberries.

Q.    So, ma'am, I'm just going to try and just break this down a little bit.

I will let you explain to me everything that you want to explain, but I'm trying to go in order.

T. AROUTYAN

Okay?

A.    Okay.

Q.    So you and Ms. Jada had gotten up to the cashier, with your items, right?

A.    Yes.  Yes.

Q.    And it was when you were both at a cashier, that someone told Ms. Jada about a two for one deal, something like that?

A.    Yes, because I have item, she put in a machine and that say this item, when you buy two, you can take one free, and she go bring the one free and I am standing.  I no pay.  I standing there.

Q.    You were waiting for her?

A.    Yes, yes.

We were waiting for Jada to come and Jada come.

Q.    I know she fell.

Let me just -- I'm trying to just get this down.

So you had already started checking out your items, at the time the cashier said to her these are two for one,

T. AROUTYAN

right?

A.    Yes.

Q.    So when Ms. Jada was told it was two for one, she left the cashier, to go get the second, whatever the item was?

A.    That's right.  That's right.

Q.    Now, when she did that, did you stay at the same cashier that you had started at?

A.    Yes, I stay same place.

Q.    Let me ask you this.

Where was the cashier you were standing at, in relation to where Ms. Jada eventually fell?  Where did she fall?

A.    She fall not far away from cashier.

Q.    Was it on the side of the cashier, like where you would be before you pay, or was it on the other side of the cashier where you would be after you pay and you walk through the lane?

A.    Behind cashier, but I am front. I am, I am this side, (indicating), and then she went, come and fall down.

Page 13

T. AROUTYAN

Q.    What cashier was she near, when she fell?

A.    I don't know.

Q.    You don't know.

Did you actually see her fall?

A.    Of course I see.

Q.    Did you see her coming back --

A.    She bring the item in her hand and she fall.

Q.    How far away was the item from the cashier, that Ms. Jada went back to get?

Do you know what part of the store it was in?

A.    Not far away, very close.

Q.    If you could tell me about how long was it between when Ms. Jada left the cashier to get the other item and then had her fall?

A.    Maybe five, eight minute.

Q.    Five to eight minutes, is that what you said?

A.    Yes, maybe more.  I don't know.

Q.    Do you remember what the item

T. AROUTYAN

was?

A.    But I wait same place and behind people, a lot of people, yeah.

Q.    Were people getting angry, because you weren't finishing?

A.    Yes.

People were very upset, very angry, and they don't know cashier tell us when you buy two, you can get one free.

Q.    So let me ask you this.

Was Ms. Jada, was she going to try and go get the item quickly?

Did she like run to the back of the store or wherever it was?

A.    No, I don't think, no run.

Q.    Did you see her come back towards you, before she fell?

A.    I see from far away when she coming and I tell cashier, I say sorry and behind me these customers I say sorry, she coming and then not far away, maybe two yards, three yards, far away from cashier she fall and scream.

Q.    Two or three -- wait, ma'am.

Page 15

T. AROUTYAN

Two or three yards away from where you were standing at the cashier, is where she fell?

A.    Yes, yes.

Q.    Let me ask you this.

A.    Not far away.  I can't tell exactly no measurement.

Q.    You're approximating?

A.    Yeah.

Q.    You're saying about that far?

A.    Yes.  I can't tell exactly, but around.

Q.    Let me ask you this.

Did she go back as far as where people were waiting in line?

A.    Yes.

There are people staying in a line, and the same cashier where I am standing and another cashier where the customer is standing, and there's whole area in Costco, whole area of blueberries and whole step where there's blueberries.

Q.    Let me ask you this.

When you and Ms. Jada first

                    T. AROUTYAN

walked up to the cashier, before she went

back, did you walk past the area where she

eventually fell?

        A.    I make a guess, but exactly I

can't tell you.

        Q.    Okay.

              As you walked to the cashier --

        A.    But there, but there, yes,

because people were standing in a line,

customers, and these people, same

blueberries and they step.  It was there a

long time.  That means that is a long time

there.

              MR. CROWLEY:  Hold on, ma'am.

         I move to strike as nonresponsive.

        Q.    I'm just trying to ask --

listen to my questions.  Okay?

              I'm sure your lawyer told you

this, just answer what I asked you.

        A.    He doesn't tell me.

        Q.    Hold on.

              So as you walked to the area,

to the cashier, before Ms. Jada went back

to get another product, did you see any

T. AROUTYAN

blueberries on the floor?

    A.    No attention, I don't put. Okay?  Attention I no put, but when she fall down, I jump.  I see all blueberries and people walking and they say you see long time.  Customers, again they tell for a long time like this and this is Costco and they don't clean.

    Q.    Let me ask you this. Did either you or Ms. Jada have blueberries, that you were purchasing?

    A.    No.  We don't buy not -- any fruit.

    Q.    Did you see anybody drop the blueberries on the floor?

    A.    No.

    Q.    Did you see a basket of blueberries on the floor?

    A.    I don't see basket.

    Q.    So you only saw the blueberries, after Ms. Jada fell; is that right?

    A.    Yes, and attention put, more attention put that time.

T. AROUTYAN

Q. You paid more attention to the floor, after she fell; is that what you're saying?

A. Yes, because before that, before that I no look at floor, I look up.

Q. Do you remember - obviously blueberries are blue, right? That's the color, blue?

A. Yes, blue or black.

Q. What color was the floor, in the area where she fell?

A. Light color, white or another light color.

I don't pay attention to what color is the Costco floor.

Q. Now, let me ask you this, something that you said before.

So after she fell, Ms. Jada fell and you saw the blueberries, you saw other customers stepping on the blueberries too?

A. Yes, and then she crying that time and customer say you see a whole floor full of blueberries. This is not one

T. AROUTYAN

customer, there is more than 10, 12 customers, more people, and say you see like this long time and they no clean. You see what happened?

Q.    Well, I know --

A.    At that moment, at that moment, sorry, when she fall and scream, I jump to to help her and they come, this cashier or their Costco people, okay, and when I can't pull her up, they help me and they buy ice, tell another customer, say go, go bring -- clean the floor.

Q.    That's after she fell though, right?

A.    Yes.

Q.    Just listen.

A.    And they --

Q.    Hold on.  Ma'am, I don't have a question pending.  You have to wait until I ask you a question and then you answer the question.

A.    Okay.

Q.    Do you know how long the blueberries were on the floor, before Ms.

T. AROUTYAN

Jada fell?

    A.    No.

    Q.    Do you know how the blueberries got on the floor, before she fell?

    A.    No.

    From what I know, I think Costco have two doors.  I come exit door and I stay in a line.  We come to the cashier.

    Q.    Now, ma'am, did you prepare a statement for this case for Ms. Jada, about what you saw?

    A.    What statement?

    Q.    Do you remember signing something?

    I'm going to try and put up a statement here.  Hold on one second.

    (Whereupon, the aforementioned document was marked as Defendant(s)' Exhibit A for identification as of this date.)

    (Whereupon, Defendant's Exhibit A is shown via screen share.)

    Q.    I'm going to scroll down this

T. AROUTYAN

slowly.

Let me ask you this first.  Do you read English?

A.    Yes.

Q.    Can you read the document that I have up on the screen now?

A.    Yes.

Q.    So I'm going to scroll down it slowly and just have -- I just want you to look at it, because I'm going to ask you a couple of questions about it.

Okay?

A.    "46th Street, apartment 4F" --

Q.    You don't have to read it out loud.  I just want you to look at it for yourself.

A.    Okay.

Q.    I'm going to move it down a little bit, so --

MR. ARGYROPOULOS:  Scroll down a little bit, so she can read it.

MR. CROWLEY:  That's the whole thing.

MR. ARGYROPOULOS:  That's good.

T. AROUTYAN

Q.    Let me know when you're done, ma'am.

A.    Just one moment.

Q.    Take your time.

A.    Yes.

Q.    Do you see down the bottom there, where it has a name.  Looks like your last name is spelled incorrectly, but it says "Tamara Aroutian".

Do you see that down at the bottom right?

A.    Yes.

Q.    Is that your signature?

A.    Yes.

Q.    So does reading this refresh your memory, as to whether or not you signed a statement?

A.    This is at that time?

Q.    I'm asking do you remember, do you remember signing this piece of paper, this statement we have here up on the screen?

A.    Yes.

I don't know that this is my

T. AROUTYAN

signature.  Yes.

MR. ARGYROPOULOS:  You don't remember signing this in September 2018?

THE WITNESS:  Yes, yes, I don't remember, but I write that.

This is my signature that I write, yes.

Q.    Do you know, ma'am, who typed this up for you?

A.    I don't know.  I don't remember that.

Q.    Do you know, was it one of Ms. Jada's attorneys?

A.    I think, I think, because I come.

Q.    Did you have any conversations with Ms. Jada's attorneys, about testifying here today?

A.    What is that?

Q.    I asked if you had a discussion, a talk with --

A.    No, no, no.  We no talk.  I -- yeah.

Page 24

T. AROUTYAN

Q.    Let me just point to the last paragraph on the statement that you signed, the first sentence.  I'll read it.

"After shopping together and paying at the cashier Mrs. Fouzia slipped and fell, due to stepped on blueberries in that area".

Do you see that?

A.    Yes.

Q.    Does that at all refresh your memory or it seems to me to say after shopping and paying.  Is that what it says to you?

That's why I asked you before if she fell after or before you paid.

MR. ARGYROPOULOS:  What he means, is this statement saying that Ms. Fouzia fell after you paid?  Because it says after shopping and paying.

So --

THE WITNESS:  After she fall down, okay, she fall down --

MR. ARGYROPOULOS:  But was it

Page 25

T. AROUTYAN

before or after you paid?

THE WITNESS:  After.

MR. ARGYROPOULOS:  Whatever you remember.

THE WITNESS:  After I pay, because I am standing, until she bring that.  Okay?  After that we pay.

Q.    Are you saying that you paid after she fell or that she fell, after you paid?

A.    No.

I standing and people standing in a line, for her to come, before we pay and when she fall down, okay, after that I pick her up and I pay, because this cashier, maybe cashier too, I don't remember exactly, they helped too and we pay and Ms. Fouzia, they take us to Costco office.

Q.    I just asked whether she fell before or after.  I was confused by the sentence.  You answered that.

I am going to stop sharing

T. AROUTYAN

this.

You read it?

A.    No, no.

Q.    Now, I know you go to this Costco a lot.

So you're familiar with the area near the cashier, right?

A.    Yes.

Q.    Is there any like posts, big pillars in that area that go from floor to ceiling?

MR. ARGYROPOULOS:  Column.

Q.    A column, big post?

A.    Yes, a big one, yes.  This is cement, like big pole.

Q.    I just want to know, did Ms. Jada fall near one of those big posts?

A.    Yes.

Q.    When you were at the cashier, could you see where Ms. Jada fell or did the post block that spot?

A.    No, that is blocked, but before she fall, I see where she coming and I listen when she scream, fall.

T. AROUTYAN

Q.    Listen to me carefully.

A.    Because that cement pole block, when come close.

Q.    So if I'm understanding you correctly, you heard her scream, but you couldn't see exactly where she fell from the cashier; is that right?

A.    Yes, that's right.

Q.    And you couldn't see, because there was this post, this column between the cashier and the area?

A.    Right, yes.

I see where she coming far away, but when she come close, I don't see.

Q.    When you could see her coming, was she running, was she moving fast or was -- something else?

A.    No, no running, yeah, and I talk with customer and I'm saying she's coming, she's coming.

Q.    Let me ask you this, ma'am.

Other than yourself, do you know anybody else who saw Ms. Jada fall?

A.    They're all customers and this

T. AROUTYAN

Costco worker say she fall and she fall in spot of all blueberries.

Q.   All I want to know, do you know the name of anyone?

A.   No, no, I don't know.

Q.   Do you know, did you have a cell phone with you?

A.   Yes, I have.

Q.   Was the cell phone that you had, did that have a camera function?

A.   Camera?

Q.   Yes, ma'am.

Did your cell phone have a camera?

A.   Yes, I think, I think.  I don't remember a lot.

Q.   Did either you or Ms. Jada take any photographs of the blueberries on the floor where she fell?

A.   No, I no take.

Q.   Do you know if -- did you see Ms. Jada take any photos of the blueberries on the floor where she fell?

A.   I don't know.

T. AROUTYAN

When she get up, we pick her up and Costco worker help.

I go to pay cashier.  At that time I don't know.

After that, after when I pay cashier, I see they take Jada in office, Costco office, Costco worker.

Q.    After they took Jada into the office, did you drive Jada home?

A.    Yes.

There was one man who help us. We take car and bring Jada home, but Jada say my back, my back, my hand, my hand, my back -- my shoulder, my shoulder and my hand.  I don't know.

MR. CROWLEY:  Let's take a two minute break.  I just want to take a look at my notes.  You can just relax for a minute.

Okay?

THE WITNESS:  Okay.

MR. CROWLEY:  Ma'am, I have no other questions for you today.

Again I thank you very much for

T. AROUTYAN

your time and I appreciate you coming in and being willing to testify.

Okay?

MR. AIELLO:  I will ask her a couple of follow-ups.

EXAMINATION BY

MR. AIELLO:

Q.    Ms. Aroutyan, I represent Jada Fouzia and I'm going to ask you a couple of questions about her accident also.

Okay?

A.    Okay.

Q.    Can you hear me okay?

A.    Yes.

Q.    I believe you testified that you did not see Fouzia actually fall down; is that correct.  You didn't see her actually fall down?

A.    No.

When she fall down, I see she's on the floor, but at that moment when she fall down, I don't see, but when I listen to the voice, she just jump, I see she's on the floor.

T. AROUTYAN

Q.    So after she fell, you went to look and was she still on the floor?

A.    That's right.

Q.    And the floor in the area where she fell, is that where you saw the blueberries?

A.    Yes, not just that, under my feet and under this customer's feet, blueberries went same place we're standing, around everywhere, but I see for all steps there.

Q.    And those blueberries on the floor, can you describe them?

Was it a large area?

A.    Yeah, large area, no small, not like this, (indicating).  Large area, big, (indicating).

Q.    And the blueberries, did they look like they were round or were they stepped on?

A.    No, steps.

Q.    Was it, for lack of a better word, were they crushed?

A.    Crushed, they are all crushed.

T. AROUTYAN

Maybe, yes, there was round one, but I stepped once, because that area, people are standing, people walking, people going, stand in a line going in to the cashier.

Sorry for my English.  I can't explain exactly, but please understand what I am --

Q.    We understand you.  You're doing fine.  You're doing fine.  Thank you. That's fine.

Did Jada tell you that she slipped, because of the blueberries?

MR. CROWLEY:  Note my objection.

You could answer, ma'am.  I can't tell you not to answer.

A.    No, I see, I see she's on the floor and blueberries and when she fall, her backside is all blueberry spots.

Q.    So you saw blueberries on her?

A.    Yes.

Q.    Okay.

A.    Yes, because when we push her up, we see, and then after that I go pay

                          T. AROUTYAN

cashier.  These people take her hand, take

her in the office.

          After I pay, I go to office.  I

go to office for Jada.

          MR. AIELLO:  I don't have any

     other questions.

          Thank you.

          MR. CROWLEY:  I'm done.

          Thanks very much.

          (Whereupon, at 2:44 P.M., the

     Examination of this Witness was

     concluded.)

T. AROUTYAN

E X H I B I T S

EXHIBITS

| EXHIBIT | EXHIBIT | PAGE |
|---------|---------|------|
| NUMBER | DESCRIPTION | |
| A | Affidavit | 20 |

I N D E X

| EXAMINATION BY | PAGE |
|----------------|------|
| Mr. Crowley | 4 |
| Mr. Aiello | 30 |

INFORMATION AND/OR DOCUMENTS REQUESTED

| INFORMATION AND/OR DOCUMENTS | PAGE |
|------------------------------|------|
| (None) | |

QUESTIONS MARKED FOR RULINGS

PAGE LINE QUESTION

(None)

T. AROUTYAN

C E R T I F I C A T E

STATE OF NEW YORK        )

                         :  SS.:

COUNTY OF NASSAU         )


     I, LISA O'LEARY, a Notary Public for and within the State of New York, do hereby certify:

     That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

     I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

     IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of December 2021.


                    LISA O'LEARY

**[& - carefully]**                                    Page 1

| **&** | **9** | 21:25 23:3 24:17 | **bell** 8:21 |
|---|---|---|---|
| **&** 2:4,13 3:17 | **9** 1:11 | 24:25 25:4 26:13 | **better** 31:23 |
| **1** | **9th** 2:10 | **aroutian** 22:10 | **big** 26:10,14,15,16 |
| | **a** | **aroutyan** 1:17 | 26:18 31:17 |
| **1** 3:17 | | 2:14 4:1,10,15 5:1 | **birth** 8:14 |
| **10** 19:2 | **accident** 30:11 | 6:1 7:1 8:1 9:1 | **bit** 10:22 21:20,22 |
| **10005** 2:6 | **action** 35:16 | 10:1 11:1 12:1 | **black** 18:10 |
| **10106** 2:10 | **address** 4:12 | 13:1 14:1 15:1 | **block** 26:22 27:3 |
| **10th** 35:20 | **administer** 3:11 | 16:1 17:1 18:1 | **blocked** 26:23 |
| **11103** 4:14 | **affidavit** 34:8 | 19:1 20:1 21:1 | **blood** 35:16 |
| **11106** 2:15 | **aforementioned** | 22:1 23:1 24:1 | **blue** 18:8,9,10 |
| **12** 19:2 | 20:19 | 25:1 26:1 27:1 | **blueberries** 10:19 |
| **16** 8:20 | **afternoon** 4:15 | 28:1 29:1 30:1,9 | 10:20 15:22,23 |
| **194** 1:6 | **ago** 8:20 | 31:1 32:1 33:1 | 16:12 17:2,5,12,16 |
| **1950** 8:16 | **agreed** 3:5,20 | 34:1 35:1 | 17:19,22 18:8,20 |
| **2** | **ahead** 6:15 | **asked** 16:20 23:22 | 18:21,25 19:25 |
| | **aiello** 2:4,6 30:5,8 | 24:15 25:22 | 20:4 24:7 28:3,19 |
| **20** 34:8 | 33:6 34:14 | **asking** 5:22 22:20 | 28:23 31:7,10,13 |
| **2018** 8:20,24 23:5 | **allow** 5:22 | **associates** 2:13 | 31:19 32:13,19,21 |
| **2021** 1:11 35:20 | **angry** 14:5,9 | **astoria** 4:14 | **blueberry** 32:20 |
| **21** 1:6 | **answer** 5:23 6:6 | **ateshoglu** 2:4 | **bottom** 22:7,12 |
| **25th** 2:5 | 16:20 19:21 32:16 | **attention** 17:3,4 | **boulevard** 1:8 |
| **2:04** 1:12 | 32:17 | 17:24,25 18:2,15 | **break** 10:22 29:18 |
| **2:44** 33:11 | **answered** 25:24 | **attorney** 5:5 | **bring** 11:14 13:9 |
| **3** | **anybody** 17:15 | **attorneys** 2:5,9,14 | 19:12 25:8 29:13 |
| | 27:24 | 4:18 23:15,19 | **broadway** 2:15 |
| **30** 3:16 6:12 34:14 | **anytime** 5:16 | **august** 8:19,24 | **brought** 4:19 |
| **31-08** 2:15 | **apartment** 4:13 | **authorized** 3:11 | **building** 6:12,17 |
| **32-40** 4:13 | 21:14 | **avenue** 2:10 | **buy** 9:21 10:15 |
| **4** | **apostolakos** 2:4 | **awhile** 8:20 | 11:13 14:10 17:13 |
| | **appearing** 4:23 | **b** | 19:11 |
| **4** 34:13 | **appreciate** 4:24 | | **c** |
| **4617** 35:23 | 30:2 | **b** 34:2 | |
| **46th** 4:13 21:14 | **approximating** | **back** 13:8,12 | **c** 2:2 35:2,2 |
| **48** 2:5 | 15:9 | 14:14,17 15:15 | **call** 8:17 |
| **4f** 4:14 21:14 | **area** 15:22,22 16:3 | 16:3,24 29:14,14 | **called** 4:2 |
| **7** | 16:23 18:12 24:8 | 29:15 | **camera** 28:11,12 |
| | 26:8,11 27:12 | **backside** 32:20 | 28:15 |
| **7th** 2:10 | 31:5,15,16,17 32:3 | **based** 8:17 | **car** 8:11 29:13 |
| **8** | **argyropoulos** 2:13 | **basket** 17:18,20 | **card** 7:12 9:23 |
| | 2:16 7:18 21:21 | **believe** 30:16 | **carefully** 27:2 |
| **888** 2:10 | | | |

case   1:6 5:3 8:18 20:12
cashier   9:22 10:8 10:14,16 11:5,8,25 12:5,9,13,17,19,21 12:23 13:2,12,19 14:9,20,23 15:3,19 15:20 16:2,8,24 19:9 20:10 24:6 25:18,18 26:8,20 27:8,12 29:4,7 32:5 33:2
ceiling   26:12
cell   28:8,10,14
cement   26:16 27:3
certification   3:8
certify   35:9,14
checking   11:24
city   8:2,5
civil   1:19
claiming   5:3
clean   17:9 19:4,13
close   13:16 27:4 27:15
color   18:9,11,13 18:14,16
column   26:13,14 27:11
come   6:17 7:16 10:18 11:19,19 12:25 14:17 19:9 20:8,9 23:17 25:15 27:4,15
coming   13:8 14:20 14:22 26:24 27:14 27:16,21,21 30:2
concluded   33:13
confused   25:23
connell   2:9 4:17
conversations   23:18

copy   3:14,17
corporation   1:8 4:19
correct   30:18
correctly   27:6
costco   1:8 4:18 6:21 7:10,11,13,24 8:3,5,9 9:4,8 10:2 15:22 17:8 18:16 19:10 20:8 25:20 26:6 28:2 29:3,8,8
counsel   3:6,17
county   35:5
couple   21:12 30:6 30:10
course   4:22 13:7
court   1:2 3:13 5:24
crowley   2:11 4:7 4:16 7:22 16:15 21:23 29:17,23 32:14 33:9 34:13
crushed   31:24,25 31:25
crying   18:23
cs4986574   1:25
current   4:11
customer   15:21 18:24 19:2,12 27:20
customer's   31:9
customers   14:21 16:11 17:7 18:21 19:3 27:25
cv   1:6

**d**

d   3:2 34:10
date   1:11,20 8:14 8:21,23,25 20:22
day   6:20 8:6 9:4,8 35:20

days   3:16
deal   11:9
december   1:11 35:20
defendant   20:20
defendant's   20:23
defendants   1:9 2:9
deposition   1:16 3:8,9,14
describe   31:14
description   34:7
discussion   23:23
district   1:2,2
document   20:20 21:6
documents   34:16 34:17
doing   5:21 32:10 32:10
door   20:8
doors   20:8
drive   7:8 8:11 29:10
drop   17:15
drove   9:4
due   24:7
duly   4:3 35:11

**e**

e   2:2,2 3:2,2 34:2 34:10 35:2,2
earlier   7:15
eastern   1:2
effect   3:12,15
eight   13:21,22
either   17:11 28:18
english   7:19 21:4 32:6
entire   5:23 9:17
esq   2:6,11,16
eventually   12:15 16:4

everybody   10:19
exactly   9:13 15:8 15:12 16:5 25:19 27:7 32:7
examination   4:6 30:7 33:12 34:12 35:10,12
examined   4:5
exhibit   20:21,23 34:6,6
exhibits   34:4
exit   20:8
explain   10:23,24 32:7

**f**

f   3:2 35:2
fair   9:2
fall   6:21 7:25 9:12 10:18 12:15,16,25 13:6,10,20 14:24 17:5 19:8 24:23 24:24 25:16 26:18 26:24,25 27:24 28:2,2 30:17,19,21 30:23 32:19
familiar   26:7
far   12:16 13:11,16 14:19,22,23 15:7 15:11,15 27:14
fast   27:17
federal   1:19
feet   31:9,9
fell   7:14 8:6 10:5 10:12 11:20 12:15 13:3 14:18 15:4 16:4 17:22 18:3 18:12,19,20 19:14 20:2,5 24:7,16,19 25:11,11,22 26:21 27:7 28:20,24 31:2,6

**filing** 3:7
**fine** 32:10,10,11
**finish** 5:22
**finished** 10:5
**finishing** 14:6
**firm** 4:17
**first** 4:3 6:13
  15:25 21:3 24:4
**five** 13:21,22
**floor** 2:5,10 6:13
  6:14 17:2,16,19
  18:3,6,11,16,24
  19:13,25 20:5
  26:11 28:20,24
  30:22,25 31:3,5,14
  32:19
**foley** 2:9 4:17
**follow** 30:6
**follows** 4:5
**force** 3:15
**forgot** 10:9
**form** 3:21
**forth** 35:11
**fourth** 6:14
**fouzia** 1:3 4:20
  6:11 24:6,19
  25:20 30:10,17
**free** 10:15 11:13
  11:14 14:10
**friends** 6:19
**front** 12:23
**fruit** 17:14
**full** 18:25
**function** 28:11
**further** 3:20 35:14

**g**

**getting** 7:21 14:5
**given** 35:13
**go** 6:15 7:2,6,8,9
  8:2,7,10,12 9:7,22
  10:8,16,25 11:14

12:6 14:13 15:15
19:12,12 26:5,11
29:4 32:25 33:4,5
**going** 4:25 5:6
  9:19 10:21 14:12
  20:17,25 21:9,11
  21:19 25:25 30:10
  32:4,5
**good** 4:15 6:4
  21:25
**gotten** 11:4
**great** 6:10
**guess** 5:8 16:5

**h**

**h** 34:2
**hand** 13:9 29:14
  29:14,16 33:2
  35:20
**happened** 8:19
  19:5
**head** 6:7
**hear** 30:14
**heard** 27:6
**held** 1:20
**help** 8:12 19:9,11
  29:3,12
**helped** 25:19
**hereinbefore**
  35:11
**hereunto** 35:19
**hold** 16:15,22
  19:19 20:18
**home** 4:11 29:10
  29:13
**hour** 9:14,15

**i**

**ice** 19:11
**identification**
  20:21

**identified** 4:21
**incident** 8:19
**incorrectly** 22:9
**indicating** 12:24
  31:17,18
**information** 34:16
  34:17
**interested** 35:17
**interrupt** 6:16
**island** 8:2,5
**item** 11:11,12 12:6
  13:9,11,19,25
  14:13
**items** 10:12 11:5
  11:24

**j**

**jada** 1:3 4:20 5:2
  6:11,21 7:2,14,14
  7:25 8:5,19 9:3,8
  9:11,17 10:4,12
  11:4,8,18,19 12:4
  12:14 13:12,18
  14:12 15:25 16:24
  17:11,22 18:19
  20:2,12 26:18,21
  27:24 28:18,23
  29:7,9,10,13,13
  30:9 32:12 33:5
**jada's** 23:15,19
**job** 1:25
**judge** 3:13
**jump** 17:5 19:8
  30:24

**k**

**keep** 6:5
**know** 5:4,7,9,10
  6:11 7:21 8:24,24
  11:20 13:4,5,14,24
  14:9 19:6,24 20:4
  20:7 22:2,25

23:10,12,14 26:5
26:17 27:24 28:4
28:4,6,7,22,25
29:5,16

**l**

**l** 3:2,2
**lack** 31:23
**lane** 12:22
**large** 31:15,16,17
**law** 4:17
**lawyer** 16:19
**left** 12:5 13:18
**light** 18:13,14
**line** 15:16,19
  16:10 20:9 25:15
  32:5 34:22
**lisa** 1:21 35:7,23
**listen** 16:18 19:17
  26:25 27:2 30:23
**litigation** 4:22
**little** 10:22 21:20
  21:22
**live** 6:12,13,13
**llc** 1:8
**llp** 2:9 4:17
**long** 8:2,4 9:10,14
  9:14 13:18 16:13
  16:13 17:7,8 19:4
  19:24
**look** 9:21 10:8
  18:6,6 21:11,16
  29:19 31:3,20
**looks** 22:8
**lot** 14:4 26:6 28:17
**loud** 21:16

**m**

**m** 4:2
**ma'am** 8:15 10:21
  14:25 16:15 19:19
  20:11 22:3 23:10

[ma'am - requested]                                                     Page 4

27:22 28:13 29:23 32:16
**machine**  11:12
**man**  29:12
**marked**  20:20 34:21
**marriage**  35:16
**matter**  35:18
**mba**  1:8
**mcmanus**  2:4
**mean**  6:16
**means**  16:13 24:18
**measurement**  15:8
**member**  7:10,11 10:2
**memory**  22:17 24:12
**michael**  2:11 4:16
**minute**  13:21 29:18,20
**minutes**  13:22
**moment**  19:7,7 22:4 30:22
**move**  16:16 21:19
**moving**  27:17

**n**

**n**  2:2 3:2 4:2 34:10
**name**  4:8,16 10:9 22:8,9 28:5
**nassau**  35:5
**near**  13:2 26:8,18
**need**  9:21,23,23
**neighbors**  6:19
**new**  1:2,22 2:6,6 2:10,10,15 4:4,14 35:4,8
**nod**  6:7
**non**  1:17 2:14
**nonresponsive** 16:16

**notary**  1:21 4:4 35:7
**note**  32:14
**notes**  29:19
**number**  34:7

**o**

**o**  3:2 4:2
**o'leary**  1:21 35:7 35:23
**oath**  3:12
**objection**  32:15
**objections**  3:21
**obviously**  18:7
**office**  25:21 29:7,8 29:10 33:3,4,5
**okay**  5:14,15,20 6:3 11:2,3 16:7,18 17:4 19:10,23 21:13,18 24:24 25:8,16 29:21,22 30:4,12,13,14 32:23
**older**  8:13
**once**  32:3
**order**  10:25
**original**  3:9,17
**outcome**  35:17

**p**

**p**  2:2,2 3:2
**p.m.**  1:12 33:11
**page**  34:6,12,17,22
**paid**  10:11 18:2 24:16,19 25:2,10 25:12
**paper**  22:21
**paragraph**  24:3
**part**  13:14
**particular**  8:8
**parties**  1:18 3:7 35:15

**party**  1:17 2:14
**pay**  9:23,24,25 10:17 11:15 12:20 12:21 18:15 25:6 25:9,15,17,20 29:4 29:6 32:25 33:4
**paying**  24:6,13,21
**pending**  19:20
**people**  10:17 14:4 14:4,5,8 15:16,18 16:10,11 17:6 19:3,10 25:14 32:3,4,4 33:2
**phil**  2:16
**philip**  2:6
**phone**  28:8,10,14
**photographs** 28:19
**photos**  28:23
**pick**  25:17 29:2
**piece**  22:21
**pillars**  26:11
**place**  12:11 14:3 31:10
**plaintiff**  1:4 2:5
**pleadings**  8:18
**please**  4:8 5:10,12 5:18,22 6:5 7:16 32:7
**pllc**  2:4
**point**  24:2
**pole**  26:16 27:3
**possible**  7:19
**post**  26:14,22 27:11
**posts**  26:10,18
**prepare**  20:11
**prior**  7:14
**procedure**  1:20
**product**  16:25

**public**  1:21 4:4 35:7
**pull**  19:11
**purchasing**  17:12
**pursuant**  1:18
**push**  32:24
**put**  11:12 17:3,4 17:24,25 20:17

**q**

**queens**  2:15
**question**  5:17,23 6:6 19:20,21,22 34:22
**questions**  5:2 16:18 21:12 29:24 30:11 33:7 34:21
**quickly**  14:13

**r**

**r**  2:2 3:2 4:2,2 35:2
**read**  21:4,6,15,22 24:4 26:3
**reading**  22:16
**record**  4:9 35:12
**refresh**  22:16 24:11
**regularly**  7:6
**related**  5:2 35:15
**relation**  12:14
**relax**  29:19
**remember**  5:3,7 5:11,13 6:23 8:23 8:25 13:25 18:7 20:15 22:20,21 23:4,7,12 25:5,19 28:17
**rephrase**  5:18
**reporter**  5:24
**represent**  30:9
**requested**  34:16

**[reserved - true]**

**reserved** 3:22
**respective** 1:18 3:6
**right** 6:2,8,24 8:9 9:5 10:2 11:5 12:2 12:7,7 17:23 18:8 19:15 22:12 26:8 27:8,9,13 31:4
**ring** 8:21
**round** 31:20 32:2
**rules** 1:19
**rulings** 34:21
**run** 14:14,16
**running** 27:17,19

**s**

**s** 2:2 3:2,2 20:20 34:2
**saw** 17:21 18:20 18:20 20:13 27:24 31:6 32:21
**saying** 15:11 18:4 24:18 25:10 27:20
**says** 22:10 24:13 24:20
**scream** 14:24 19:8 26:25 27:6
**screen** 20:24 21:7 22:23
**scroll** 20:25 21:9 21:21
**sealing** 3:7
**second** 12:6 20:18
**see** 13:6,7,8 14:17 14:19 16:25 17:5 17:6,15,18,20 18:24 19:3,5 22:7 22:11 24:9 26:21 26:24 27:7,10,14 27:15,16 28:22 29:7 30:17,18,21 30:23,24 31:11

32:18,18,25
**sentence** 24:4 25:24
**separate** 9:18
**september** 23:4
**service** 3:16
**set** 35:11,20
**shake** 6:7
**share** 20:24
**sharing** 25:25
**shop** 9:18
**shopping** 6:22 7:3 7:6,15 8:11 9:16 10:6,6 24:5,13,20
**shoulder** 29:15,15
**shown** 20:24
**side** 12:18,20,24
**signature** 22:14 23:2,8 35:23
**signed** 3:10,12,15 22:18 24:3
**signing** 20:15 22:21 23:4
**simpler** 7:20
**slipped** 24:6 32:13
**slowly** 21:2,10
**small** 31:16
**sorry** 14:20,21 19:8 32:6
**speak** 7:19
**spelled** 22:9
**spot** 26:22 28:3
**spots** 32:20
**ss** 35:4
**stand** 32:5
**standing** 10:17 11:15,15 12:14 15:3,20,21 16:10 25:7,14,14 31:10 32:4

**started** 11:23 12:10
**state** 1:22 4:4,8 35:4,8
**statement** 20:12 20:14,18 22:18,22 24:3,18
**states** 1:2
**stay** 9:17 10:16 12:9,11 20:9
**staying** 15:18
**step** 15:23 16:12
**stepped** 24:7 31:21 32:3
**stepping** 10:19 18:21
**steps** 31:11,22
**stipulated** 3:5,20
**stop** 25:25
**store** 13:15 14:15
**street** 2:5 4:13 21:14
**strike** 16:16
**subpoena** 1:18
**suit** 4:19
**sure** 5:5 7:17 16:19
**sworn** 3:10 4:3 35:11

**t**

**t** 3:2,2 4:1,2,2 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1,2 35:1,2,2

**take** 10:15 11:13 22:5 25:20 28:18 28:21,23 29:7,13 29:17,18 33:2,2
**taken** 1:17
**talk** 23:23,24 27:20
**tamara** 1:16 4:10 22:10
**tamra** 2:14
**tell** 5:10,12,18 9:13 10:14 13:17 14:9,20 15:7,12 16:6,21 17:7 19:12 32:12,17
**testified** 4:5 30:16
**testify** 30:3
**testifying** 23:19
**testimony** 35:13
**thank** 4:23 29:25 32:10 33:8
**thanks** 33:10
**thing** 21:24
**think** 14:16 20:7 23:16,16 28:16,16
**three** 14:23,25 15:2
**time** 1:12,20 3:22 9:17 10:4 11:24 16:13,13 17:7,8,25 18:24 19:4 22:5 22:19 29:5 30:2
**times** 7:15 8:7,8
**today** 4:23 23:20 29:24
**told** 5:6 11:8 12:4 16:19
**trial** 3:22
**trips** 7:15
**true** 35:12

**[try - york]**    Page 6

**try**  5:18 10:22 14:13 20:17
**trying**  10:25 11:21 16:17
**two**  10:15 11:9,13 11:25 12:5 14:10 14:22,25 15:2 20:8 29:17
**typed**  23:10

**u**

**u**  3:2 4:2
**understand**  5:17 5:19 6:15,20 32:7 32:9
**understanding**  27:5
**united**  1:2
**unsigned**  3:14
**ups**  30:6
**upset**  14:8
**use**  7:12,20

**v**

**v**  2:6
**verbally**  6:6
**vernon**  1:8
**virtual**  1:16
**voice**  6:5 30:24

**w**

**wait**  14:3,25 19:20
**waiting**  11:16,18 15:16
**waived**  3:9
**walk**  12:22 16:3
**walked**  16:2,8,23
**walking**  17:6 32:4
**wall**  2:5
**want**  10:24 21:10 21:16 26:17 28:4 29:18

**warehouse**  6:22 8:9 9:4,11
**way**  7:23 35:17
**week**  6:18
**went**  9:3 12:25 13:12 16:2,24 31:2,10
**whereof**  35:19
**white**  18:13
**wholesale**  1:8
**willing**  30:3
**witness**  1:17 2:14 3:10,16,18 4:3,22 23:6 24:23 25:3,6 29:22 33:12 35:10 35:13,19
**word**  31:24
**words**  7:20
**worker**  28:2 29:3 29:8
**write**  23:7,9

**x**

**x**  1:3,10 34:2,10

**y**

**y**  4:2
**yards**  14:23,23 15:2
**yeah**  14:4 15:10 23:25 27:19 31:16
**year**  8:24
**years**  6:13
**york**  1:2,22 2:6,6 2:10,10,15 4:4,14 35:4,8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.