# Exhibit K

Case 1:21-cv-00194-MKB-JRC    Document 29-12    Filed 11/07/22    Page 2 of 71 PageID #: 388

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

FOUZIA JADA,

      Plaintiff,

   v.                                    Index No.

COSTCO WHOLESALE CORPORATION            1:21-CV-

and MBA . VERNON BOULEVARD,             00194

LLC,

      Defendants.

_____

VIDEOCONFERENCE DEPOSITION OF

ALEJANDRA VICENCIO

DATE:          Friday, May 20, 2022

TIME:          10:20 a.m.

LOCATION:      Remote Proceeding

               New York, NY 10001

REPORTED BY:   Jessica Alagna, Notary Public

Page 2

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF FOUZIA JADA:

    PHILIP AIELLO, ESQUIRE (by videoconference)

    McManus Ateshoglou Aiello & Apostolakos

    48 Wall Street, 25th Floor

    New York, NY 10005

    paiello@maaalaw.com

    646-378-3769


ON BEHALF OF DEFENDANTS COSTCO WHOLESALE CORPORATION

and MBA - VERNON BOULEVARD, LLC:

    SAMUEL P. QUATROMONI, ESQUIRE (by

    videoconference)

    Connell Foley LLP

    875 3rd Avenue, 21st Floor

    New York, NY 10022

    squatromoni@connellfoley.com

I N D E X

| EXAMINATION: | | PAGE |
|---|---|---|
| By Mr. Aiello | | 6 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiff 1 | | |
| | Manager's Schedule | 12 |
| Plaintiff 2 | | |
| | Employee Schedule | 16 |
| Plaintiff 3 | | |
| | Daily Floor Walk/Safety Inspection Document | 32 |
| | (*Exhibits attached.) | |

P R E V I O U S L Y   M A R K E D   E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit A | Member Services Report | 9 |
| | (*Exhibit attached.) | |

D O C O M E N T S   R E Q U E S T E D

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | George Duodu's Hours | 22 |
| 2 | Hours for Other Maintenance Workers | 23 |
| 3 | Photographs from 2018 in Ms. Vicencio's E-mail | 53 |

Page 4

A. VICENCIO

THE REPORTER: Good morning. My name is Jessica Alagna; I am the reporter assigned by Veritext to take the record of this proceeding. We are now on the record at 10:20 a.m.

This is the deposition of Alejandra Vicencio taken in the matter of Fouzia Jada vs. Costco Wholesale Corp., et al. on May 20, 2022, remotely via Zoom.

I am a notary authorized to take acknowledgments and administer oaths in New York. Parties agree that I will swear in the witness remotely, outside her presence.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording virtually of this proceeding:

is intended for all uses permitted under applicable procedural

Page 5

                        A. VICENCIO

and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and shall constitute written stipulation of such.

At this time will everyone in attendance please identify yourself for the record, beginning with plaintiff.s counsel.

MR. AIELLO:  Philip Aiello of McManus Ateshoglou Aiello & Apostolakos, for the plaintiff.

MR. QUATROMONI:  Samuel Quatromoni of Connell Foley LLP for both defendants in the matter.

THE REPORTER:  And Ms. Vicencio, please just say your name for the record.

MS. VICENCIO:  Alejandra Vicencio.

THE REPORTER:  Thank you. Hearing no objection, I will now swear in the witness.

Ms. Vicencio, please raise your

A.  VICENCIO

right hand.

WHEREUPON,

ALEJANDRA VICENCIO,

called as a witness, and having been first duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

THE REPORTER:  Thank you.

Counsel, you can proceed.

EXAMINATION

BY MR. AIELLO:

Q    Good morning, Ms. Vicencio.  My name is Phil Aiello.  I.m going to ask you some questions about an accident that happened back on August 16th of 2018.  If at any point you can.t hear me, just please tell me and I.ll repeat it or speak louder or clearer.  Sometimes when I turn around to look at a piece of paper, the mic doesn.t catch it.  So just let me know.  Okay?

A    Okay.

Q    You appeared previously in connection with this to be deposed.

A. VICENCIO

Correct?

A    Correct.

Q    Okay.  So the same rules.  If you don.t understand a question, tell me. I.ll be glad to repeat it or rephrase it. All your responses, please make them verbal so that we can take them down.  And try not to speak at the same time as me or as your attorney so that the reporter can get everybody down.  Okay?

A    No problem.

Q    Great.  Ms. Vicencio, since your last deposition, have you reviewed any documents in preparation of today.s deposition?

A    Just the e-mail that was sent to me with .. schedules.

Q    Okay.

A    With ..

THE REPORTER:  I.m sorry.  What did you say, Ms. Vicencio?  Can you repeat that?

THE WITNESS:  The manager.s schedule, the employee schedule and

Page 8

A. VICENCIO

the floor walk schedule.  That.s all I have reviewed.

BY MR. AIELLO:

Q     Okay.  So the manager.s schedule, the employees schedule and the floor walk sheet.  Is that correct?

A     Correct.

Q     Okay.  And do you recall during your first deposition looking at the member first report of incident in connection with this accident?

A     The report wouldn.t give me any information about the accident.

Q     Just do you recall.  Do you recall looking at it at the prior deposition?

A     If I recall looking at the floor walk?

Q     So the member first incident report.

A     Oh.  Only when we did the deposition last time.

Q     Okay.  And was your handwriting on that form at all?

A.  VICENCIO

A     I believe so.

Q     Okay.

MR. AIELLO:  And I.m going to pull that .. can we show her that?  I just want to refresh her memory and just look at it briefly.

(Exhibit A was previously marked for identification.)

BY MR. AIELLO:

Q     Ms. Vicencio, can you see that?

A     Yes.  I can.

Q     Okay.  And looking at this, does it refresh your memory as to when Ms. Jada.s accident occurred?

A     It says 8/16/2018.

Q     Okay.  And can you see what time it says?

A     7:35.

Q     Okay.  Is that the time that the report was made?  Because further up it looks like in number seven next to the incident date it says 7:20 as time incident occurred.  Is that correct?

A     So the incident occurred at

A. VICENCIO

7:20.

Q    Okay.  And the report was filled out at 7:35.

A    Yes.  That.s what it says.

Q    Okay.  And does your handwriting appear anywhere on this report?

A    In section eight it looks like my handwriting.

Q    Okay.  And other than looking at this paper, do you have any independent recollection of this accident?

A    Vaguely.

Q    Vaguely.  Okay.  All right.  Now being that the accident occurred on August 16, 2018 around 7:20 p.m., I.m going to ask that we look at some of the documents that your attorney provided.  The first one is the manager.s schedule you mentioned.

A    Okay.

MR. AIELLO:  And Jessica, if we could mark this as Exhibit A for today with today.s date since the other one doesn.t have a date?  I

Page 11

A. VICENCIO

don.t know if we have a B from the other deposition.

MR. QUATROMONI:  Well, I think it would be Plaintiff.s 1, wouldn.t it?

MR. AIELLO:  Plaintiff.s 1. Okay.

MR. QUATROMONI:  Yeah, I don.t think anything was marked at the prior deposition of Ms. Vicencio.  So I guess plaintiff.s are numbers. Right?

MR. AIELLO:  Yeah, I ..

MR. QUATROMONI:  I don.t remember either.

MR. AIELLO:  We.ll do Plaintiff.s 1 with today.s date, Jessica, if that.s okay.

THE REPORTER:  I just want to note for the record that the previous member first report was previously marked Exhibit A.

BY MR. AIELLO:

Q    Are you able to look at the

A. VICENCIO

manager.s schedule that we have here?

(Exhibit Plaintiff.s 1 was

marked for identification.)

A     Yes.

Q     Okay.  Are you familiar with this document?

A     Yes.

Q     Can you tell if this document includes the August 16, 2018 date?

A     It does.

Q     Okay.  And what information can you tell .. can you glean from this document?  In other words, if you look at August 16, 2018 on the manager.s schedule, what information does this form give you?

A     The managers that were working that day.

Q     Okay.  And can you tell which managers were working at approximately seven o.clock on August 16th of 2018?

A     I can.

Q     Okay.  Could you tell me who was working?  Which managers were working?

A     Myself; Mike D., who was an

Page 13

A. VICENCIO

assistant; Justin; Senobio; Richard; Sammy, and that.s it.

Q    So is that six individuals?  Is that correct?

A    Correct.

Q    Okay.  Are each of those individuals managers, or do they have different titles?

A    They.re all managers.

Q    Okay.  And do they all have the same duties, or do they have different duties?

A    Different duties.

Q    Okay.  Can you tell me what your duties were that day?

A    I was the assistant general manager over operations.  We had inventory that week, so we were prepping for our inventory.

Q    Okay.  And were each of those six individuals working at around 7:00 to 7:20 in the evening that day?

A    Yes.

Q    Okay.  Were each of you

Page 14

A. VICENCIO

stationed in a certain portion of the store or were you walking around?  Were you in an office?  Or something else.

MR. QUATROMONI:  Objection to form.

You can answer.

A    We were .. we were not in any one particular section.  We were all over the floor.

Q    Okay.  And were you starting to do inventory at seven o.clock that evening, or were you doing something else?

A    We were pre-listing the floor for inventory.

Q    And what does that mean?

A    Pre-listing is when we assign the aisles of what item is in the aisle.

Q    Okay.  And is inventory done with the store open, or is it done after the store closes?

A    The actual inventory is done on Saturday.  What we were doing was prepping for the inventory.

Q    Okay.  And ..

A. VICENCIO

THE REPORTER:  I.m sorry. Counsel, can you start over again?  I couldn.t hear you.  Your microphone cut out.

MR. AIELLO:  Yeah. I turned around.  I.m sorry.

BY MR. AIELLO:

Q     Just to confirm, this is for the Costco located at 3250 Vernon Boulevard in Long Island City.  Correct?

A     Correct.

Q     Okay.

THE REPORTER:  I.m sorry. Counsel, again, can you repeat yourself?

MR. AIELLO:  I just wanted to confirm we were talking about the right place.  Okay?

BY MR. AIELLO:

Q     Okay.  Other than the individuals working at that Costco, does this also show the hours that they worked that day?

A     No.

A. VICENCIO

Q    Okay.  It doesn.t have their schedule on the manager.s schedule?

A    It says .. it does have the manager.s schedules, but it doesn.t say how many hours that they worked that day.

THE REPORTER:  The schedule doesn.t say what hours they worked that day?

MR. AIELLO:  Okay.

THE WITNESS:  The amount.

BY MR. AIELLO:

Q    Okay, but it says the hours that they were supposed to be at the store.

A    Correct.

Q    Okay.  All right.  I.m going to ask you to look at Exhibit B now, which is the employee schedule.

MR. QUATROMONI:  Two?

MR. AIELLO:  Oh.  Plaintiff.s 2. I.m sorry.

(Exhibit Plaintiff's 2 was marked for identification.)

MR. QUATROMONI:  Yeah.  And just for the record, the document marked

A. VICENCIO

as Plaintiff.s 1 of today.s date is Bates stamped Costco/MBA0110.

THE REPORTER:  Okay.  Just give me one second.  And if you need me to, I can make it larger.  Just let me know.

MR. AIELLO:  Okay.

BY MR. AIELLO:

Q    And Ms. Vicencio, just before we start going through these documents, if there was a spill in the store, would certain employees or with certain job titles, would it be their responsibility to clean it?

MR. QUATROMONI:  Objection. Asked and answered.

You can answer.

A    It depends on what they.re currently doing.  And if you.re asking for maintenance, if maintenance is available to clean, then they would.  If they.re not available, any employee can clean a spill.

Q    Okay.  Looking at this actual employee.s schedule, can you tell if this

Page 18

A. VICENCIO

is for 8/16/2018?

     A     This is .. this shows the
employees that were paid that day on
8/16/2018.

     Q     Okay.  And is this for the full
day?  Would it include the time around
7:00 or 7:20 p.m. when the accident
occurred?

     A     This document .. this document
just shows me how many hours an employee
worked on that particular day.  It doesn.t
show me who .. what time frame an employee
worked.

     Q     Okay.  Would there be a
different document that would show each
employee.s hours for that day so we can
tell who was working at around 7:20 in the
evening?

     A     It would be the employee.s
schedule that .. I don.t know if they can
go that far back and print up that
employee.s schedule.  What I have in front
of me just shows me that this person
worked on that particular day and how many

A. VICENCIO

hours they got paid for that day.

Q    Okay.  Looking at this document, can you tell me how many maintenance workers worked on August 16, 2018 at that Costco?

A    I can.  Just give me one moment.  Three.  Three employees were scheduled that day.

Q    Okay.  Can you tell me where .. if you look at the bottom, there.s .. it says Costco/MBA and then there.s some numbers.  01, etc.  Do you know where you found that information?

A    It says .. yes, it.s Costco 243 .. and then it says 084, maintenance, maintenance assistant.

MR. QUATROMONI:  What.s the number in the bottom righthand corner?  Do you see that?

THE WITNESS:  Oh.  17.  Page 17.

MR. QUATROMONI:  Thank you.

MR. AIELLO:  Okay.  So the Bates number is 0127.

THE WITNESS:  Yes.

Page 20

A. VICENCIO

MR. AIELLO:  Okay.

MR. QUATROMONI:  Wait.  Sorry. Just to be clear, so there.s actually a page number from the document itself ..

MR. AIELLO:  Yeah.

MR. QUATROMONI:   -- and then there.s the Bates number, because .. maybe you just want to clarify.  It looks to me like it.s not the Bates number 0117.

MR. AIELLO:  0127.

MR. QUATROMONI:  Yes.  Sorry. Is that what you said?  Yes.  Sorry.

MR. AIELLO:  Yeah.

MR. QUATROMONI:  Sorry.

MR. AIELLO:  That.s okay.

BY MR. AIELLO:

Q    Ms. Vicencio, looking at that page, I see Gray, Damian.  Is that a maintenance worker?

A    No.  Below him.

Q    Okay.  George Duodu.

A    Yes.

A. VICENCIO

Q    Okay.  Can you tell from looking at this page, though, the hours that he worked that day?

A    He worked eight hours that day.

Q    Okay.  But we can.t tell whether he was there in the morning or in the evening or the afternoon.  Correct?

A    Correct.

Q    Do you have any recollection of the hours that George Duodu worked that day?

A    George would work in the morning.  I don.t know what time he would start, but normally George would work in the mornings.

Q    Okay.  Do you recall if on August 16, 2018 he would have been working at around 7:00 p.m.?

A    I wouldn.t recall.

Q    Okay.  And the only way to check that would be to look at the actual employee schedule.

A    Correct.

Q    Okay.

Page 22

A. VICENCIO

MR. AIELLO:  Sam, I.m going to make a demand to see if we can find out the hours that George worked. And I.ll follow-up in writing.

MR. QUATROMONI:  Just please put any requests in writing.  We will take it under advisement.

MR. AIELLO:  Sure.

BY MR. AIELLO:

Q    Ms. Vicencio, under that is William Kelleher.  Is that also a maintenance worker?

A    Yes.

Q    Okay.  And same question.  You can tell the amount of hours he could work.  Correct?  I.m sorry.  The amount of hours he had worked that day.

A    Yes.  Eight hours.

Q    Okay.  Do you recall if William Kelleher was working in the evening around 7 p.m. on August 16, 2018?

A    I wouldn.t recall.

Q    Is he generally an evening worker?  Do you know?

A. VICENCIO

A     He was .. I don.t recall William.s scheduling.

Q     Okay.

MR. AIELLO:  And Sam, just same request for each of these workers. And I.ll follow up in writing.

MR. QUATROMONI:  Again, just please put any requests in writing and we will take it under advisement.

BY MR. AIELLO:

Q     And Ms. Vicencio, is Lester Nelson also a maintenance worker?

A     Yes.

Q     Okay.  Is there a difference between a maintenance .. it looks like George and William, it says .maintenance assistant..  And for Lester Nelson it says, .maintenance clerk..  Is there a difference between those two job duties?

A     It.s a difference in .. yes.  In pay and job duties.

Q     Okay.  Could you tell me the duties of George and William ..

THE REPORTER:  Wait, please.

A. VICENCIO

Mr. Quatromoni ..

MR. AIELLO:  In 2018.

THE REPORTER:  I.m sorry.  You can go ahead, Ms. Vicencio.

MR. QUATROMONI:  I just have an objection to form.

THE WITNESS:  George and William.  They.re not skilled maintenance, meaning Lester can put up steel and Lester can cut and build.  But he also did the everyday cleaning of bathrooms and sweeping and garbage.

BY MR. AIELLO:

Q    Okay.  That.s Lester we.re talking about?  I.m sorry.  I didn.t hear you.

A    Yes.  Lester just was a skilled maintenance person that .. can be able to build and cut and put up steel.

Q    Okay.  I got you.  Did Lester also .. would he also clean floors?

A    Yes.  He could do .. yes. Lester would also do bathrooms, floors,

Page 25

A. VICENCIO

and garbage.

        Q     Okay.  And how about George and William?

        A     They .. their basic duty was floors, bathrooms, garbage.

        Q     Okay.  Thank you.  So from the records we have, were those the only three maintenance workers that worked at Costco on August 16, 2018?

        A     Yes.

        Q     Do you know what hours Lester Nelson worked that day?

        A     I don.t know the hours, but Lester would work in the evenings.

        Q     Okay.  Now, generally in a work day at Costco back in August of 2018, is this the standard amount of maintenance workers that would work on a particular day?

        A     Yes.

        Q     Usually there were about three.

        A     Correct.

        Q     And were there separate shifts that they would work?  In other words, was

Page 26

                        A. VICENCIO

there a morning shift from eight to

something in the afternoon and then an

evening shift?

        A        Generally.

        Q        What were the shifts for the

maintenance workers back in August of

2018?

        A        I cannot tell from this

document.

        Q        Do you recall, just having been

a manager?

        A        It would probably be a morning,

a mid, and an evening.

        Q        What would the hours for the

morning shift be?

        A        Probably about 6 or 7 a.m.

        Q        And that would go until what

time?

        A        An eight-hour shift.

        Q        So around until about two in the

afternoon?

        A        About two.  Yeah.  2:30 or 3:30.

        Q        Okay.  And there was an

afternoon shift, also?

A. VICENCIO

A    Yes.

Q    And what hours would that be?

A    It would depend.  Sometimes it would be anywhere from, like, 9 to 5:30, 8 to 4:30.

Q    Okay.  And then an evening one?

A    It depends if the employee was part-time or full-time.  I don.t recall if Lester .. what time he would come into work.

Q    Okay.  You.re talking about specifically Lester?

A    Yes.  Specifically Lester.

Q    Okay.  How about just in general, on a general day.  What would the evening shifts for a maintenance worker be?

A    It would be up to, like, about 10 p.m.  I don.t have anything exact of what time it would start.

Q    Okay.  Would there generally be overlap between the three maintenance workers?  Would there be points where they were there at the same time, or would one

Page 28

A. VICENCIO

come and then the other would leave?

A    There would be overlap.

Q    And I.m sorry if they asked you this last time, but what were the store hours that you were open?

A    From 9:45 to 8:30.  This was during the week?

Q    I.m not sure.  During the week it was different hours than the weekend?

A    Correct.

Q    Okay.  The time you gave me, 9:45 to 8:30, is that during the week? Week days?

A    Monday through Friday.

Q    Okay.  And what were the hours Saturday and Sunday?

A    Saturday was 9:30 to 6, and Sunday would be 10 to 6.

Q    Okay.  Maintenance and other employees, they would work before the store opened and after.  Correct?

A    Correct.

Q    Okay.  Were any of the three maintenance workers that we just discussed

Page 29

A. VICENCIO

specifically assigned to the area where the cash registers were?

A    Not specifically.  No.

Q    Were they provided with a certain schedule where they had to inspect or clean certain parts of the store during the day or night?

A    There wasn't an exact schedule to follow.  It was whatever was present at the moment.

Q    All right.  Would they generally just be consistently walking the floor or was there a different way that they would make sure that the store was clean?

MR. QUATROMONI:  Form.

A    If they started one task, they would start the one task unless something had to take them away from the task that they were doing at the moment.

THE REPORTER: I.m sorry.  I just want to confirm.  Mr. Quatromoni ..

THE WITNESS:  They would start with sweeping, bathrooms and then garbage.

A. VICENCIO

THE REPORTER:  Thank you.

MR. QUATROMONI:  Sorry.  I.ll keep my voice up.  Yes.

BY MR. AIELLO:

Q    Ms. Vicencio, those specific tasks that you just said.  Did they have a schedule that they had to adhere to to clean those particular portions of the store?

A    No.

Q    And did each shift worker have to do the same cleaning of the store, or did they have different jobs?

A    They .. depends on if there was an overlap.  If one maintenance employee was working on a task, the other maintenance employee would work on a different task.

Q    Okay.  And would they keep any kind of record of the task?  In other words, at this time we cleaned this bathroom.  At another time, we cleaned, you know, another portion of the store.

A    No.

A. VICENCIO

Q    How would the different maintenance workers know which tasks were completed already that day?

A    By communicating with each other and communicating with management.

Q    Okay.  Was there a particular manager that was in charge of .. or whose duty it was to oversee and supervise the maintenance workers that day?

A    There.s not one particular manager that oversees.  Any manager that could be working at that time .. if they see something that needs attention, they would call maintenance over the walkie and address the situation and what needed to be done.

Q    Okay.  So when a maintenance worker showed up for work, let.s say the day of the accident, would they already know what needed to be done that day or would a supervisor or manager tell them this is your schedule for today?

A    They would already know what to do when they come in.  They know what to

A. VICENCIO

assess.  What needed immediate attention.

They would look at the bathrooms first,

and then from the bathrooms if everything

was okay, they would, you know, start

sweeping.  Or, you know, as they.re

sweeping, look to see if the garbage needs

to be emptied out.

Q    Okay.  And how about checking

the floors to see if they were clean?

A    They would be doing that as

they.re walking around.

Q    I.m going to ask now,

Ms. Vicencio, that we look at the daily

floor walk/safety inspection document.  Do

you have that?

A    Yes.

Q    Okay.

MR. AIELLO:  And Jessica, could

we mark that as Plaintiff.s 3, with

today.s date?  I finally got the hang

of it after the last document.

(Exhibit Plaintiff's 3 was

marked for identification.)

MR. QUATROMONI:  And just for

Page 33

A. VICENCIO

the record, that document is Bates stamped Costco/MBA0130.

MR. AIELLO:  Okay.

BY MR. AIELLO:

Q    Ms. Vicencio, tell me when you.ve had a chance to look at this and then I.ll ask you a couple of questions.

A    Okay.  I have it.

Q    Okay.  This document, it says location 243.  Is that the store number for the Costco we.re talking about?

A    Yes.  Long Island City.

Q    Okay.  And do you see the date, August 16, 2018?  Correct?

A    Correct.

Q    Okay.  Have you ever seen this document before today?

A    Yes.

Q    Okay.  Had you had a chance to review it?

A    Yes.

Q    What information, before I get into specifics, goes into this document? What gets filled in?

Page 34

A. VICENCIO

MR. QUATROMONI:  Objection to form.

You can answer.

A    So the time that the walk started.  The time that the walk ended.  The person who did the walk, and the manager signing off that it was completed.

Q    Okay.  And can you just explain to me, briefly, what a floor walk is?

A    On a floor walk, every hour they have to do a temperature walk.  So at .. I.m sorry.  So at ten .. every other hour.  I.m sorry.  Every other hour they would have to do a temperature walk on the hour.

When they were not doing the temperature walk, they were walking the whole floor, the member service employees, and checking to see if all emergency exit doors are properly closed.  Checking the major sales area that had laptops, Apples, that all the displays are still there.

They would check the restrooms, any trip hazards.  It would be a much .. a less .. it would take less than a half

A. VICENCIO

hour to do that walk, compared to the temperature walk.

Q    Okay.  Just to clarify, you.re saying temperature, like, the weather temperature?

A    I.m talking about our cases that have cold products and our freezers.

Q    Okay.  So the temperature walk would include the refrigerated areas.

A    Correct.

Q    Would it include any other parts of the store, or just where there were refrigerated foods and whatnot?

A    It would be a whole perimeter of the whole inside of the store.

Q    For the temperature walk.

A    Correct.

Q    Okay.  Would they be checking the temperature in the store just in general, also?

A    No.  This would be .. they would start at one point of the store to make sure that .. for instance, our major sales area is in one side of the building.  Our

Page 36

A. VICENCIO

refrigerators are on the other side of the building.

They start at one side of the building, seeing that they checked our displays. Continue going, checking our exit doors. And then going .. proceeding to our refrigeration area and checking the zones to make sure .. each refrigeration area had a dial for the temperature. And checking each one that it .. that they were working.

Q    Okay.

MR. AIELLO:  Give me one second. I.m going to close my window because they.re starting the yardwork outside.

THE WITNESS:  Okay.

MR. AIELLO:  Thanks.

BY MR. AIELLO:

Q    Now did particular employees generally do these walks?  Were they the maintenance employees or somebody else?

A    Particularly major sales employees will .. I.m sorry.  Member

A. VICENCIO

service employees will be doing the walk. And anyone on the front end who has been trained.

Q    Okay.

MR. QUATROMONI:  Before we keep going, I just want to make sure we.re talking about the same thing.  Your question as now, is that about the temperature walks or the floor walks? I think they.re sort of the same thing.  Or they start at the same time.  But I just want to make sure we.re talking about the same thing if we.re talking about, like, who did the walk.

MR. AIELLO:  Okay.

BY MR. AIELLO:

Q    If we call one a temperature walk and one a floor walk, is that a good way to distinguish them, Ms. Vicencio?

A    Yes.

Q    Okay.  So the temperature walk, would that be the one performed by member services?  Generally.

Page 38

A. VICENCIO

A    Correct.

Q    Okay.  Did the maintenance workers ever do the temperature walk?

A    No.

Q    Okay.  Now the floor walk. Could you explain what that entails?

A    That.s just .. it takes about a half hour to do a floor walk, and that just checks all the doors from the inside of the building and a check on the outside of the perimeter of the building.  That nothing was open or .. especially emergency doors that they were not open or that there was not anything unsafe with the steel like something might fall off or something that didn.t look right.

Q    Okay.  Would the floor walk .. pardon the pun.  Would it include checking the floor to see if the actual floor was clean?

A    Yes.  It would.

Q    Okay.  And what types of employees would do a floor walk?

A    Member service employees and any

A. VICENCIO

employee that was on the front end that was trained to do it.  We would teach .. we would teach employees how to specifically do a floor walk.

Q    Okay.  Would the temperature walk include the area where the registers were?  The cash registers.

A    At one point, yes.

Q    When you say at one point, what does that mean?

A    There.s different zones on the floor walk.  So there.s a vestibule, front-end area.  So they would check that area and continue going and then do the temperatures.

Q    Okay.  And would the floor walk also include the area where the cash registers are located?

A    Yes.  In that vicinity, it would include it.

Q    Okay.  Now I notice on this form there are different zones.

A    Yes.

Q    Do you know what the different

A. VICENCIO

zones of the store included?  In other words, would you know which zone included the cash register area?

A     Zone 1.

Q     Other than where the cash registers are, what else was encompassed in Zone 1?

A     The emergency exit doors, which is all the doors on the perimeter of the building.  The entrance door was not too far away from the front end, but it was a distance from the front end.  And the restrooms.  There was a separate building that had a restroom, also.  There was two restrooms in that building in that store.

Q     Okay.

A     One on the front end and one in the food court, which was in a separate building.

Q     So Zone 1 would include that separate restroom in the separate building altogether?

A     Yes.  It.s all in the same parking lot.

Page 41

A. VICENCIO

Q    I.m sorry.  Say that again.

A    It.s all in the same parking lot.

Q    Parking lot.  Okay.  Did the other building have, like, auto or something?

A    It had a tire center.  Yes.

Q    Okay.  Did you have to walk outside of where this accident occurred to get to that other building?

A    Yes.

Q    So when somebody was doing the floor walk that included Zone 1, they would do ..

THE REPORTER:  I.m sorry.  What was your answer?

MR. AIELLO:  The front end of the Costco where the accident happened and then leave that building and do another building, also?

THE WITNESS:  Correct.

BY MR. AIELLO:

Q    So while an employee was doing a floor walk, would they have this sheet

A. VICENCIO

with them, or was this kept in the manager.s office?  When I say that, I.m talking about Exhibit 3.

A    This would be with the person doing the floor walk.

Q    They would carry it around.

A    Yes.  It would be on a clipboard.

Q    Okay.  Okay.  And can you .. I.m sorry.  Withdrawn.  Would any of the other zones, Zones 2, 3 or 4, also include the cashier area?  In other words, I want ..

A    No.

Q    Okay.

A    No.  It wouldn.t.

Q    Okay.  So if we.re looking just at Zone 1 on this document, that would include the area where this accident occurred?  By the cashiers.

A    Yes.

Q    Okay.  Great.  So it appears from this document that from 10 a.m. to 7 p.m., there.s a box for each hour in Zone 1.  Is that correct?

A. VICENCIO

A     Yes.

Q     Okay.  And it looks like in each of the boxes it says, .Okay..

A     Correct.

Q     Okay.  Can you tell who did that .. I.m sorry.  Withdrawn.  Can you tell which employee did each of the hourly walks from this document?

A     Yes.

Q     Okay.  And would that be looking at the bottom?

A     Correct.

Q     Okay.  And it looks .. at the bottom it says, .Begin time. and .End time..  Would that be the time that the walk started and ended?

A     Yes.

Q     Okay.  So can you tell from this document at 6 p.m. who did the walk?

A     It looks like there was three walks done at the same time.

Q     Is that because you see three different names at the bottom?

A     I just see the same time three

A. VICENCIO

times.

Q    We.re just talking about Zone 1. Correct?

A    I.m looking at .. you asked about the start time?

Q    Yeah.  For Zone 1.

A    It doesn.t tell me Zone 1.  It just tells me beginning time that they started the floor walk on the bottom of the page.  And the floor walk started at 5:45.  5:48.  I.m sorry.  And ended at 6:28, but it.s written three times.

Q    Okay.  And are you able to tell whose signature that is under it?

A    Yes.  That.s Pedro.s.

Q    Pedro?

A    Yes.

Q    Okay.  What type of employee or what title did Pedro have back in August of 2018?

A    I believe he was member service.

Q    Okay.  And there.s a section for inspector name.  Is that Pedro.s?

A    Correct.

Page 45

A. VICENCIO

Q    Okay.  And then under that, it says .Inspector.s initials..  Would that be Pedro.s initials?

A    Yeah.  His last name was, I believe, Sanchez.

Q    Okay.  And then under that it says, .Duty manager initials..

A    Yes.

Q    Can you tell whose initials are there?

A    No.  I can.t tell those initials.

Q    Okay.  If we look at Zone 2, just below that, there are a couple of sections where it looks like it's one o'clock, two o.clock, three o.clock ..

MR. QUATROMONI:  Objection to form and just don.t speculate.  If you know.

You can answer.

THE WITNESS:   Can you repeat the question?

MR. AIELLO:  Yeah.  Could you read it back?

A. VICENCIO

(The reporter played the record as requested.)

MR. QUATROMONI:  You can answer.

THE WITNESS:  It indicates maybe that the floor needed to be zoned. As employees .. I.m sorry.  As members are shopping, that the empty boxes needed to be collected and that the aisles had to be straightened out.

BY MR. AIELLO:

Q    Back to Zone 1.  You had mentioned that there.s three entries for 5:48 to 6:28.

A    Yes.

Q    And I see that also.  Do you have any idea why that would be written that way?

MR. QUATROMONI:  Objection to form.

Don.t speculate.  If you know.

MR. AIELLO:  Just if you know.

THE WITNESS:  I don.t know.  I don.t know.

A. VICENCIO

BY MR. AIELLO:

Q    And then after that, it looks like there.s a start time for Zone 1. 7:25.  And then below that it looks like 7:56.

MR. QUATROMONI:  Objection.  It says seven .. well, document speaks for itself.

But you can answer the question.

MR. AIELLO:  Okay.

BY MR. AIELLO:

Q    Ms. Vicencio, looking at the last begin and end time.  Can you tell me what that indicates to you?

A    When the floor walk started.

Q    Okay.  These beginning and end times, are they for all four zones?

A    Yes.

Q    So when somebody .. in other words, starting at the beginning at 10 a.m., it says, .Begin time 10:33.  End time 11. .. looks like :09.  Does that mean somebody walked all four zones in that time period?

A.  VICENCIO

A     Yes.

Q     Okay.  So then looking back at six o.clock.  Somebody walked Zones 1, 2, 3 and 4 from 5:48 to 6:28.  That.s what that indicates?

A     Yes.

Q     Okay.  And then same thing for seven o.clock.  The begin time and the end time on this document would be for the individual, Pedro, having walked all four of the zones.  Correct?

A     Correct.

Q     And if while Pedro was doing a walk of Zone 1 he saw something on the floor that needed to be cleaned, would that be notated on this document?

MR. QUATROMONI:  Objection to form.

You can answer.

A     It wouldn.t be .. actually, yes. It would be if there was any hazard.  If there was, like, a large spill or something that was not safe and it needed immediate attention, it would be written

Page 49

A. VICENCIO

down.

Q    Okay.  Looking at this document, there.s an area called .Action log.  Record unresolved hazards indicated above..  Do you see that area?

A    Yes.

Q    Okay.  The fact that this is blank, does that indicate anything to you?

A    Not necessarily.  No.

Q    The areas up above where it says, .Poor. in some of the boxes, if that indicated something that needed to be resolved or cleaned, would it be in the action log portion of this document?

A    No.  It would just mean that .. that would tell me that if it was poor, that we needed more people on the floor zoning the floor.

Q    Okay.  Other than the documents we went through today, would there be any other written documents or computer logs that were able to show us if the floor was dirty in the area where the cash registers were when the plaintiff fell?

Page 50

A. VICENCIO

MR. QUATROMONI:  Objection to form.

Don.t speculate.

Can you read back the question? I didn.t catch the whole thing.

MR. AIELLO:  I.ll rephrase it. It was badly worded.

BY MR. AIELLO:

Q    Other than the documents we looked at today, does Costco have any other documents that would show if there was a spill by the cashiers?

A    No.

Q    Okay.  Are you aware if a search for a video of this accident was performed?

A    I do not know.

Q    Do you know if any photographs of the accident location were taken?

MR. QUATROMONI:  Objection to form.  Are you talking about at or around the time of the incident?

MR. AIELLO:  Yeah.  When the incident occurred.  At or around the

A. VICENCIO

time when the member first form was filled out.

THE WITNESS:  I don.t know.  I have a different phone from 2018.

MR. AIELLO:  Okay.

BY MR. AIELLO:

Q    If you did take photographs with your phone, would they be downloaded to the Costco computer?

A    No. It would be my personal computer.  I mean, my personal phone.

Q    Okay.  But if you had to show somebody at work pictures of the scene, you.d show them on your phone?  They wouldn.t be ..

A    I would forward it to my .. no I would forward it to my ..

THE REPORTER:  I.m sorry.  The last part of your question was .they wouldn.t be downloaded?.

MR. AIELLO:  Yeah.

THE WITNESS:  They would not be downloaded.

//

Page 52

A. VICENCIO

BY MR. AIELLO:

Q    Is there any way to search your e-mails for the date of this loss to see if you forwarded yourself any photographs from the scene of the accident?

MR. QUATROMONI:  Objection to form.

Don.t speculate.  If you know.

A    I don.t know.  But I checked my phone, and I don.t have any pictures from that date.

Q    Okay.  But you have a different phone, you said?

A    I have a different phone and not everything transpired to the new phone.

Q    Okay.  Would it be possible for you to check your e-mails from August 16th of 2018 to see if you sent yourself any photographs?

A    I don't work in that building, so I don't have access to that e-mail, and I don't know if they still .. if they were ever deleted or not.  We don't have .. 2018's a long time ago.

A. VICENCIO

THE REPORTER:  I'm sorry.  Did you say "2018 is a long time ago"?  And then what did you say about e-mails?

THE WITNESS:  To hold .. to hold onto the e-mail.

MR. AIELLO:  Okay.

Sam, I'll follow up in writing, but I'm going to ask if you can ask if a search can be done for e-mails in case there is a way to search back to 2018 for any photographs that may have been forwarded from her phone to her e-mail.

MR. QUATROMONI:  Yeah.  Please put any requests in writing.  We'll take it under advisement.

MR. AIELLO:  I will.  Okay.

BY MR. AIELLO:

Q    One last question, Ms. Vicencio.  Looking again back at .. I'm sorry.  The daily floor walk plan.

A    Okay.

Q    Is there any way, looking at

Page 54

A. VICENCIO

this document, that you can tell the last time before 7:20 that the area of the floor where the cashiers were was inspected?

A    Not based on this form.  No.

Q    Is there any other form that would be able to tell you that information?

A    Not on a form.  The cleaning of the front end wouldn't be written down every moment that we cleaned.  It was a consistent cleaning on the front end.

Q    All right.

MR. AIELLO:  I have no further questions, Ms. Vicencio.  Thank you for your time today.

THE WITNESS:  You're welcome.

MR. QUATROMONI:  Thank you ..

THE REPORTER:  As long as ..

MR. QUATROMONI:  -- then you can log off.

THE REPORTER:  Mr. Aiello, you'll be ordering an original of the transcript and a copy?

A. VICENCIO

MR. AIELLO: Yeah. Yeah.

THE REPORTER: And Mr. Quatromoni, would you like to order a copy of the transcript?

MR. QUATROMONI: No thank you. I will wait for Mr. Aiello to send it to me.

THE REPORTER: It's a federal case, so I wasn't ..

MR. AIELLO: He gets a free one from me.

THE REPORTER: Sometimes attorneys aren't so nice. We'll go off record at 11:11 a.m.

(Whereupon, at 11:11 a.m., the proceeding was concluded.)

_____

ALEJANDRA VICENCIO

Subscribed and sworn to before me

this ___ day of _____, 2022.

_____

Notary public

CERTIFICATE OF DEPOSITION OFFICER

I, JESSICA ALAGNA, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

JESSICA ALAGNA

Notary Public in and for the

State of New York

Page 57

CERTIFICATE OF TRANSCRIBER

I, STACY HAGGARD, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*Stacy Haggard*

STACY HAGGARD

Page 58

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS

CASE NAME: Jada, Fouzia v. Costco Wholesale Corp.
DATE OF DEPOSITION: 5/20/2022
WITNESSES' NAME: Alejandra Vicencio

PAGE    LINE (S)          CHANGE                    REASON

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

_____
                    Alejandra Vicencio

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.


_____          _____
(NOTARY PUBLIC)                  MY COMMISSION EXPIRES:

[& - amount]                                                                                                  Page 1

| & | | 7 | actual 14:22 17:24 |
|---|---|---|---|
| **&** 2:4 5:12 | 24:3 25:10,17 26:8 33:15 44:21 51:5 52:19 53:3 53:13 | **7** 22:22 26:17 42:24 | 21:22 38:20 |

| **&** | 24:3 25:10,17 26:8 33:15 44:21 51:5 52:19 53:3 53:13 | **7** 22:22 26:17 42:24 | **actual** 14:22 17:24 21:22 38:20 |
|---|---|---|---|
| & 2:4 5:12 | **2018's** 52:25 | **7:00** 13:22 18:8 21:19 | **additionally** 4:17 |
| **0** | **2022** 1:14 4:11 55:22 | **7:20** 9:23 10:2,16 13:23 18:8,18 54:3 | **address** 31:16 |
| **00194** 1:8 | **21st** 2:15 | **7:25** 47:5 | **adhere** 30:8 |
| **01** 19:13 | **22** 3:20 | **7:35** 9:19 10:4 | **administer** 4:13 |
| **0117** 20:12 | **23** 3:22 | **7:56** 47:6 | **advisement** 22:8 23:10 53:18 |
| **0127** 19:24 20:13 | **243** 19:16 33:11 | **8** | **afternoon** 21:8 26:3,22,25 |
| **084** 19:16 | **25th** 2:5 | **8** 27:5 | **ago** 52:25 53:3 |
| **09** 47:23 | **26257** 56:19 | **8/16/2018** 9:16 18:2,5 | **agree** 4:14,20 |
| **1** | **27201** 57:14 | **875** 2:15 | **ahead** 24:5 |
| **1** 3:7,20 11:5,7,18 12:3 17:2 40:5,8 40:21 41:14 42:18 42:25 44:3,7,8 46:13 47:4 48:4 48:15 | **2:30** 26:23 | **8:30** 28:7,13 | **aiello** 2:3,4 3:3 5:11,11,12 6:12,14 8:4 9:4,10 10:22 11:7,14,17,24 15:6 15:8,17,20 16:10 16:12,20 17:8,9 19:23 20:2,7,13,16 20:18,19 22:2,9,10 23:5,11 24:3,15 30:5 32:19 33:4,5 36:14,19,20 37:17 37:18 41:18,23 45:24 46:12,23 47:2,11,12 50:7,9 50:24 51:6,7,22 52:2 53:8,19,20 54:15,23 55:2,7,11 |
| | **3** | **9** | |
| | **3** 3:9,23 32:20,23 42:4,12 48:5 | **9** 3:15 27:5 | |
| **10** 27:20 28:19 42:23 47:22 | **32** 3:10 | **9:30** 28:18 | |
| **10001** 1:17 | **3250** 15:10 | **9:45** 28:7,13 | |
| **10005** 2:6 | **3:30** 26:23 | **a** | |
| **10022** 2:16 | **3rd** 2:15 | **a.m.** 1:15 4:6 26:17 42:23 47:22 55:15,16 | |
| **10:20** 1:15 4:6 | **4** | **ability** 56:9 57:6 | |
| **10:33** 47:22 | **4** 42:12 48:5 | **able** 11:25 24:20 44:14 49:23 54:8 | |
| **11** 47:23 | **48** 2:5 | **absent** 4:17 | |
| **11:11** 55:15,16 | **4:30** 27:6 | **access** 52:22 | **aisle** 14:18 |
| **12** 3:7 | **5** | **accident** 6:15 8:12 8:14 9:15 10:12 10:15 18:8 31:20 41:10,19 42:19 50:16,20 52:6 | **aisles** 14:18 46:10 |
| **16** 3:8 10:16 12:10 12:15 19:5 21:18 22:22 25:10 33:15 | **5/20/2022** 58:3 | | **al** 4:10 |
| **16th** 6:16 12:21 52:18 | **53** 3:25 | | **alagna** 1:18 4:3 56:2,19 |
| **17** 19:21,21 | **5:30** 27:5 | | |
| **1:21** 1:7 | **5:45** 44:12 | | **alejandra** 1:13 4:8 5:20 6:4 55:19 58:3,21 |
| **2** | **5:48** 44:12 46:15 48:5 | **accurate** 56:8 57:5 | |
| **2** 3:8,21 16:20,22 42:12 45:14 48:4 | **6** | **acknowledgments** 4:13 | **altogether** 40:23 |
| **20** 1:14 4:10 58:22 | **6** 3:3 26:17 28:18 28:19 43:20 | **action** 49:4,15 56:11,15 57:8,11 | **amount** 16:11 22:16,17 25:18 |
| **2018** 3:23 6:16 10:16 12:10,15,21 19:5 21:18 22:22 | **646-378-3769** 2:8 | | |
| | **6:28** 44:13 46:15 48:5 | | |



**answer**  14:7 17:18 34:4 41:17 45:21 46:4 47:10 48:20
**answered**  17:17
**apostolakos**  2:4 5:13
**appear**  10:7
**appeared**  6:24
**appears**  42:22
**apples**  34:21
**applicable**  4:25
**approximately**  12:20
**area**  29:2 34:21 35:25 36:8,10 39:7,14,15,18 40:4 42:13,19 49:4,6,24 54:3
**areas**  35:10 49:11
**asked**  17:17 28:4 44:5
**asking**  17:20
**assess**  32:2
**assign**  14:17
**assigned**  4:4 29:2
**assistant**  13:2,17 19:17 23:18
**ateshoglou**  2:4 5:12
**attached**  3:11,16
**attendance**  5:8
**attention**  31:14 32:2 48:25
**attorney**  7:10 10:18 56:13 57:9
**attorneys**  55:14
**audio**  56:7 57:3
**august**  6:16 10:15 12:10,15,21 19:5 21:18 22:22 25:10 25:17 26:7 33:15

**44**:20 52:18
**authorized**  4:12
**auto**  41:6
**available**  17:21,23
**avenue**  2:15
**aware**  50:15

**b**

**b**  3:5,13 11:2 16:17
**back**  6:16 18:22 25:17 26:7 44:20 45:25 46:13 48:3 50:5 53:12,22
**badly**  50:8
**based**  54:6
**basic**  25:5
**bates**  17:3 19:23 20:9,11 33:2
**bathroom**  30:23
**bathrooms**  24:13 24:25 25:6 29:24 32:3,4
**beginning**  5:9 44:9 47:17,21
**behalf**  2:2,10
**believe**  9:2 44:22 45:6
**best**  56:9 57:5
**blank**  49:9
**bottom**  19:11,19 43:12,15,24 44:10
**boulevard**  1:8 2:11 15:10
**box**  42:24
**boxes**  43:4 46:9 49:12
**briefly**  9:7 34:10
**build**  24:12,21
**building**  35:25 36:3,5 38:11,12 40:11,14,16,20,22

**41**:6,11,20,21 52:21

**c**

**c**  2:1 3:18
**call**  31:15 37:19
**called**  6:5 49:4
**can.t**  6:17 21:6 45:12
**carry**  42:7
**case**  53:12 55:10 58:2
**cases**  35:7
**cash**  29:3 39:8,18 40:4,6 49:24
**cashier**  42:13
**cashiers**  42:20 50:13 54:4
**catch**  6:21 50:6
**center**  41:8
**certain**  14:2 17:13 17:13 29:6,7
**certificate**  56:1 57:1
**certified**  4:21
**certify**  56:3 57:2
**chance**  33:7,20
**change**  58:5
**charge**  31:8
**check**  21:21 34:23 38:11 39:14 52:18
**checked**  36:5 52:10
**checking**  32:9 34:19,20 35:19 36:6,8,11 38:19
**checks**  38:10
**city**  15:11 33:13
**clarify**  20:10 35:4
**clean**  17:15,22,23 24:23 29:7,15 30:9 32:10 38:21

**cleaned**  30:22,23 48:16 49:14 54:12
**cleaning**  24:13 30:13 54:10,13
**clear**  20:4
**clearer**  6:19
**clerk**  23:19
**clipboard**  42:9
**close**  36:15
**closed**  34:20
**closes**  14:21
**cold**  35:8
**collected**  46:9
**come**  27:10 28:2 31:25
**commission**  58:25
**communicating**  31:5,6
**compared**  35:2
**completed**  31:4 34:8
**computer**  49:22 51:10,12
**concluded**  55:17
**confirm**  15:9,18 29:22
**connection**  6:25 8:12
**connell**  2:14 5:15
**connellfoley.com**  2:17
**consistent**  54:13
**consistently**  29:13
**constitute**  5:5
**continue**  36:6 39:15
**copy**  54:25 55:5
**corner**  19:20
**corp**  4:10 58:2
**corporation**  1:7 2:10

[correct - exact]                                                        Page 3

| | | | |
|---|---|---|---|
| correct 7:2,3 8:7,8 9:24 13:5,6 15:11 15:12 16:15 21:8 21:9,24 22:17 25:23 28:11,22,23 33:15,16 35:11,18 38:2 41:22 42:25 43:5,13 44:4,25 48:12,13 | 55:22 58:22 days 28:14 defendants 1:10 2:10 5:16 deleted 52:24 demand 22:3 depend 27:4 depends 17:19 27:8 30:15 deposed 6:25 | 43:9,20 47:8 48:10,17 49:3,15 54:2 documents 7:15 10:17 17:11 49:20 49:22 50:10,12 doesn.t 6:21 10:25 16:2,5,8 18:12 44:8 | emergency 34:19 38:14 40:9 employed 56:10 56:13 57:7,9 employee 3:8 7:25 16:18 17:23 18:11 18:13 21:23 27:8 30:16,18 39:2 |
| costco 1:7 2:10 4:9 15:10,22 17:3 19:6,12,15 25:9,17 33:3,12 41:19 50:11 51:10 58:2 | deposition 1:12 4:7 5:3 7:14,16 8:10,17,23 11:3,11 56:1 58:3 | doing 14:13,23 17:20 29:20 32:11 34:16 37:2 41:13 41:24 42:6 48:14 | 41:24 43:8 44:19 56:12 57:9 employee.s 17:25 18:17,20,23 |
| couldn.t 15:4 counsel 5:10 6:10 15:3,15 56:10,13 57:6,9 | description 3:6,14 3:19 dial 36:10 didn.t 24:17 38:17 50:6 | don.t 7:5 11:2,9,15 18:21 21:14 23:2 25:14 27:9,20 45:19 46:22,24,25 50:4 51:4 52:9,10 | employees 8:6 17:13 18:4 19:8 28:21 34:18 36:21 36:23,25 37:2 38:24,25 39:4 |
| couple 33:8 45:15 court 1:1 40:19 currently 17:20 cut 15:5 24:11,21 cv 1:7 | difference 23:15 23:20,21 different 13:9,12 13:14 18:16 28:10 29:14 30:14,19 | 52:11 door 40:11 doors 34:20 36:7 38:10,14 40:9,10 downloaded 51:9 | 46:7 emptied 32:8 empty 46:8 encompassed 40:7 ended 34:6 43:17 44:12 |
| **d** | 31:2 39:12,23,25 43:24 51:5 52:13 52:15 | 51:21,24 duly 6:6 56:5 | entails 38:7 entrance 40:11 |
| d 3:1,13,18,18 12:25 daily 3:9 32:14 53:23 | digital 56:7 57:3 dirty 49:24 discussed 28:25 displays 34:22 | duodu 20:24 21:11 duodu's 3:20 duties 13:12,13,14 13:16 23:20,22,24 | entries 46:14 errata 58:1 es 56:4 especially 38:13 esquire 2:3,12 |
| damian 20:21 date 1:14 9:23 10:24,25 11:18 12:10 17:2 32:21 33:14 52:4,12 58:3 | 36:6 distance 40:13 distinguish 37:21 district 1:1,2 document 3:10 | duty 25:5 31:9 45:8 | et 4:10 evening 13:23 14:13 18:19 21:8 22:22,24 26:4,14 |
| day 12:18 13:16 13:23 15:24 16:6 16:9 18:4,7,12,17 18:25 19:2,9 21:4 21:5,12 22:18 25:13,17,20 27:16 29:8 31:4,10,20,21 | 12:7,9,14 16:25 18:10,10,16 19:3 20:5 26:10 32:15 32:22 33:2,10,18 33:24 42:18,23 | **e** e 2:1,1 3:1,5,13,13 3:13,18,18,18,18 3:25 7:17 52:4,18 52:22 53:5,7,11,15 eastern 1:2 eight 10:8 21:5 22:19 26:2,20 either 11:16 | 27:7,17 evenings 25:15 everybody 7:11 everyday 24:12 evidentiary 5:2 exact 27:20 29:9 |

examination   3:2
  6:11
examined   6:8
exhibit   3:15,16 9:8
  10:23 11:23 12:3
  16:17,22 32:23
  42:4
exhibits   3:11
exit   34:19 36:7
  40:9
expires   58:25
explain   34:9 38:7

                f

fact   49:8
fall   38:16
familiar   12:6
far   18:22 40:12
federal   55:9
fell   49:25
filled   10:3 33:25
  51:3
finally   32:21
financially   56:14
  57:10
find   22:3
first   6:5 8:10,11
  8:20 10:18 11:22
  32:3 51:2
floor   2:5,15 3:9
  8:2,7,18 14:10,14
  29:13 32:15 34:10
  34:11,18 37:10,20
  38:6,9,18,20,20,24
  39:5,13,17 41:14
  41:25 42:6 44:10
  44:11 46:6 47:16
  48:16 49:18,19,23
  53:23 54:4
floors   24:23,25
  25:6 32:10

foley   2:14 5:15
follow   22:5 23:7
  29:10 53:9
follows   6:8
food   40:19
foods   35:14
foregoing   56:3,4
  57:4
form   8:25 12:16
  14:6 24:7 29:16
  34:3 39:22 45:19
  46:21 48:19 50:3
  50:22 51:2 52:8
  54:6,7,10
forward   51:17,18
forwarded   52:5
  53:14
found   19:14
four   47:18,24
  48:11
fouzia   1:4 2:2 4:9
  58:2
frame   18:13
free   55:11
freezers   35:8
friday   1:14 28:15
front   18:23 37:3
  39:2,14 40:12,13
  40:18 41:18 54:11
  54:13
full   18:6 27:9
further   9:21 54:15
  56:12 57:8

                g

garbage   24:14
  25:2,6 29:25 32:7
general   13:17
  27:16,16 35:21
generally   22:24
  25:16 26:5 27:22
  29:12 36:22 37:25

george   3:20 20:24
  21:11,13,15 22:4
  23:17,24 24:8
  25:3
give   8:13 12:16
  17:4 19:7 36:14
glad   7:6
glean   12:13
go   18:22 24:5
  26:18 55:14
goes   33:24
going   6:14 9:4
  10:16 16:16 17:11
  22:2 32:13 36:6,7
  36:15 37:7 39:15
  53:10
good   4:2 6:13
  37:20
gray   20:21
great   7:13 42:22
guess   11:12

                h

h   3:5,13
haggard   57:2,15
half   34:25 38:9
hand   6:2
handwriting   8:24
  10:6,9
hang   32:21
happened   6:16
  41:20
hazard   48:22
hazards   34:24
  49:5
hear   6:17 15:4
  24:17
hearing   5:23
hereto   56:13 57:10
hold   53:6,6
hour   26:20 34:11
  34:13,14,15 35:2

  38:9 42:24
hourly   43:8
hours   3:20,21
  15:23 16:6,8,13
  18:11,17 19:2
  21:3,5,11 22:4,16
  22:18,19 25:12,14
  26:15 27:3 28:6
  28:10,16

                i

i.ll   6:18 7:6 22:5
  23:7 30:3 33:8
  50:7
i.m   6:14 7:21 9:4
  10:16 15:2,7,14
  16:16,21 22:2,17
  24:4,17 28:4,9
  29:21 32:13 34:13
  34:14 35:7 36:15
  36:25 41:2,16
  42:3,10 43:7 44:5
  44:12 46:7 51:19
idea   46:18
identification   9:9
  12:4 16:23 32:24
identify   5:8
immediate   32:2
  48:25
incident   8:11,20
  9:23,24,25 50:23
  50:25
include   18:7 35:10
  35:12 38:19 39:7
  39:18,21 40:21
  42:12,19
included   40:2,3
  41:14
includes   12:10
independent   10:11
index   1:6



indicate 49:9
indicated 49:5,13
indicates 46:5
  47:15 48:6
individual 48:11
individuals 13:4,8
  13:22 15:22
information 8:14
  12:12,16 19:14
  33:23 54:9
initials 45:3,4,8,10
  45:13
inside 35:16 38:10
inspect 29:6
inspected 54:5
inspection 3:10
  32:15
inspector 44:24
inspector.s 45:3
instance 35:24
intended 4:24
interested 56:14
  57:11
inventory 13:18
  13:20 14:12,15,19
  14:22,24
island 15:11 33:13
it.s 19:15 20:11
  23:21 40:24 41:3
  44:13
item 14:18

**j**

jada 1:4 2:2 4:9
  58:2
jada.s 9:15
jessica 1:18 4:3
  10:22 11:19 32:19
  56:2,19
job 17:13 23:20,22
jobs 30:14

justin 13:2

**k**

k 3:13
keep 30:4,20 37:6
kelleher 22:12,21
kept 42:2
kind 30:21
know 6:22 11:2
  17:7 18:21 19:13
  21:14 22:25 25:12
  25:14 30:24 31:3
  31:21,24,25 32:5,6
  39:25 40:3 45:20
  46:22,23,24,25
  50:18,19 51:4
  52:9,10,23
knowledge 56:9
  57:6

**l**

l 3:13
laptops 34:21
large 48:23
larger 17:6
laws 5:2
leave 28:2 41:20
legal 58:1
lester 23:13,18
  24:10,11,16,19,22
  24:25 25:13,15
  27:10,13,14
let.s 31:19
line 58:5
listing 14:14,17
llc 1:9 2:11
llp 2:14 5:15
located 15:10
  39:19
location 1:16
  33:11 50:20

log 49:4,15 54:22
logs 49:22
long 15:11 33:13
  52:25 53:3 54:20
look 6:20 9:7
  10:17 11:25 12:14
  16:17 19:11 21:22
  32:3,7,14 33:7
  38:17 45:14
looked 50:11
looking 8:10,16,18
  9:13 10:10 17:24
  19:3 20:20 21:2
  42:17 43:11 44:5
  47:13 48:3 49:3
  53:22,25
looks 9:22 10:8
  20:11 23:16 43:3
  43:14,21 45:16
  47:3,5,23
loss 52:4
lot 40:25 41:4,5
louder 6:19

**m**

m 3:13,18
maaalaw.com 2:7
mail 3:25 7:17
  52:22 53:7,15
mails 52:4,18 53:5
  53:11
maintenance 3:22
  17:21,21 19:4,16
  19:17 20:22 22:13
  23:13,16,17,19
  24:10,20 25:9,18
  26:7 27:17,23
  28:20,25 30:16,18
  31:3,10,15,18
  36:23 38:3
major 34:21 35:24
  36:24

management 31:6
manager 13:18
  26:12 31:8,12,12
  31:22 34:8 45:8
manager's 3:7
manager.s 7:24
  8:5 10:19 12:2,15
  16:3,5 42:3
managers 12:17
  12:20,24 13:8,10
manner 5:3
mark 10:23 32:20
marked 9:8 11:10
  11:23 12:4 16:23
  16:25 32:24
matter 4:9 5:16
mba 1:8 2:11
  19:12
mba0110 17:3
mba0130 33:3
mcmanus 2:4 5:12
mean 14:16 39:11
  47:24 49:16 51:12
meaning 24:10
means 5:4
member 3:15 8:11
  8:20 11:22 34:18
  36:25 37:24 38:25
  44:22 51:2
members 46:8
memory 9:6,14
mentioned 10:20
  46:14
mic 6:21
microphone 15:4
mid 26:14
mike 12:25
moment 19:7
  29:11,20 54:12
monday 28:15

[morning - please]                                                                Page 6

morning   4:2 6:13
  21:7,14 26:2,13,16
mornings   21:16

**n**

n   2:1 3:1,18
name   4:3 5:18
  6:14 44:24 45:5
  58:2,3
names   43:24
necessarily   49:10
need   17:5
needed   31:16,21
  32:2 46:6,9 48:16
  48:24 49:13,18
needs   31:14 32:7
neither   56:10 57:6
nelson   23:13,18
  25:13
new   1:2,17 2:6,16
  4:14 52:16 56:20
nice   55:14
night   29:8
normally   21:15
notary   1:18 4:12
  55:24 56:20 58:25
notated   48:17
note   11:21
notice   39:22
number   9:22
  19:19,24 20:5,9,12
  33:11
numbers   11:12
  19:13
ny   1:17 2:6,16

**o**

o   3:13,18,18
o'clock   45:17
o.clock   12:21
  14:12 45:17,17

o.clock.   48:4,9
oaths   4:13
objection   4:18
  5:23 14:5 17:16
  24:7 34:2 45:18
  46:20 47:7 48:18
  50:2,21 52:7
occurred   9:15,24
  9:25 10:15 18:9
  41:10 42:20 50:25
office   14:4 42:3
officer   56:1,2
oh   8:22 16:20
  19:21
okay   6:22,23 7:4
  7:11,19 8:5,9,24
  9:3,13,17,20 10:3
  10:6,10,14,21 11:8
  11:19 12:6,12,19
  12:23 13:7,11,15
  13:21,25 14:11,19
  14:25 15:13,19,21
  16:2,10,13,16 17:4
  17:8,24 18:6,15
  19:3,10,23 20:2,18
  20:24 21:2,6,17,21
  21:25 22:15,20
  23:4,15,23 24:16
  24:22 25:3,7,16
  26:24 27:7,12,15
  27:22 28:12,16,20
  28:24 30:20 31:7
  31:18 32:5,9,18
  33:4,9,10,14,17,20
  34:9 35:4,9,19
  36:13,18 37:5,17
  37:23 38:3,6,18,23
  39:6,17,22 40:17
  41:5,9 42:10,10,15
  42:17,22 43:3,4,6
  43:11,14,19 44:14

  44:19,23 45:2,7,14
  47:11,17 48:3,8
  49:3,8,20 50:15
  51:6,13 52:13,17
  53:8,19,24
open   14:20 28:6
  38:13,14
opened   28:22
operations   13:18
order   55:5
ordering   54:24
original   54:24
outcome   56:14
  57:11
outside   4:16 36:17
  38:11 41:10
overlap   27:23 28:3
  30:16
oversee   31:9
oversees   31:12

**p**

p   2:1,1,12 3:13
p.m.   10:16 18:8
  21:19 22:22 27:20
  42:24 43:20
page   3:2,6,14,19
  19:21 20:5,21
  21:3 44:11 58:5
paid   18:4 19:2
paiello   2:7
paper   6:20 10:11
pardon   38:19
parking   40:25
  41:3,5
part   27:9 51:20
particular   14:9
  18:12,25 25:19
  30:9 31:7,11
  36:21
particularly   36:24

parties   4:14,19
  56:11,13 57:7,10
parts   29:7 35:12
pay   23:22
pedro   44:17,20
  48:11,14
pedro.s   44:24 45:4
pedro.s.   44:16
people   49:18
performed   37:24
  50:17
perimeter   35:15
  38:12 40:10
period   47:25
permitted   4:25
person   18:24
  24:20 34:7 42:5
personal   51:11,12
phil   6:14
philip   2:3 5:11
phone   51:5,9,12
  51:15 52:11,14,15
  52:16 53:14
photographs   3:23
  50:19 51:8 52:5
  52:20 53:13
pictures   51:14
  52:11
piece   6:20
place   15:19
plaintiff   1:5 2:2
  3:7,8,9 5:13 49:25
plaintiff's   16:22
  32:23
plaintiff.s   5:10
  11:5,7,12,18 12:3
  16:20 17:2 32:20
plan   53:23
played   46:2
please   5:8,18,25
  6:18 7:7 22:6 23:9

[please - scheduled]   Page 7

23:25 53:16
point   6:17 35:23
  39:9,10
points   27:24
poor   49:12,17
portion   14:2 30:24
  49:15
portions   30:9
possible   52:17
pre   14:14,17
preparation   7:15
prepared   57:3
prepping   13:19
  14:23
presence   4:16
present   29:10
previous   11:21
previously   6:24
  9:8 11:22
print   18:22
prior   8:16 11:11
  56:4
probably   26:13,17
problem   7:12
procedural   4:25
proceed   6:10
proceeding   1:16
  4:5,23 36:7 55:17
  57:4
proceedings   56:3
  56:4,5,8 57:5
produced   4:21
products   35:8
properly   34:20
provided   10:18
  29:5
public   1:18 55:24
  56:20 58:25
pull   9:5
pun   38:19

put   22:6 23:9
  24:10,21 53:17

**q**

qualified   56:7
quatromoni   2:12
  5:14,15 11:4,9,15
  14:5 16:19,24
  17:16 19:18,22
  20:3,8,14,17 22:6
  23:8 24:2,6 29:16
  29:22 30:3 32:25
  34:2 37:6 45:18
  46:4,20 47:7
  48:18 50:2,21
  52:7 53:16 54:19
  54:21 55:4,6
question   7:5 22:15
  37:9 45:23 47:10
  50:5 51:20 53:21
questions   6:15
  33:8 54:16

**r**

r   2:1 3:13,13,18
raise   5:25
read   45:25 50:5
reason   58:5
recall   8:9,15,16,18
  21:17,20 22:20,23
  23:2 26:11 27:9
recollection   10:12
  21:10
record   4:5,6,18
  5:9,19 11:21
  16:25 30:21 33:2
  46:2 49:5 55:15
  56:9 57:5
recorded   5:3 56:6
recording   4:22
  56:8 57:3

records   25:8
reduced   56:6
refresh   9:6,14
refrigerated   35:10
  35:14
refrigeration   36:8
  36:9
refrigerators   36:2
register   40:4
registers   29:3 39:7
  39:8,19 40:7
  49:24
related   56:10 57:7
relative   56:12 57:9
remember   11:16
remote   1:16
remotely   4:11,15
repeat   6:18 7:6,23
  15:15 45:22
rephrase   7:6 50:7
report   3:15 8:11
  8:13,21 9:21 10:3
  10:7 11:22
reported   1:18
reporter   4:2,4
  5:17,22 6:9 7:10
  7:21 11:20 15:2
  15:14 16:7 17:4
  23:25 24:4 29:21
  30:2 41:16 46:2
  51:19 53:2 54:20
  54:23 55:3,9,13
request   23:6
requested   46:3
requests   22:7 23:9
  53:17
resolved   49:14
responses   7:7
responsibility
  17:14

restroom   40:15,22
restrooms   34:23
  40:14,16
review   33:21
reviewed   7:14 8:3
richard   13:2
right   6:2 10:14
  11:13 15:19 16:16
  29:12 38:17 54:14
righthand   19:19
rules   5:2 7:4

**s**

s   2:1 3:5,13,13,18
  3:18 58:5
safe   48:24
safety   3:9 32:15
sales   34:21 35:24
  36:24
sam   22:2 23:5 53:9
sammy   13:3
samuel   2:12 5:14
sanchez   45:6
saturday   14:23
  28:17,18
saw   48:15
saying   35:5
says   9:16,18,23
  10:5 16:4,13
  19:12,15,16 23:17
  23:19 33:10 43:4
  43:15 45:3,8 47:8
  47:22 49:12
scene   51:14 52:6
schedule   3:7,8
  7:25,25 8:2,6,6
  10:19 12:2,15
  16:3,3,7,18 17:25
  18:21,23 21:23
  29:6,9 30:8 31:23
scheduled   19:8

schedules 7:18 16:5
scheduling 23:3
search 50:15 52:3 53:11,12
second 17:5 36:14
section 10:8 14:9 44:23
sections 45:16
see 9:11,17 19:20 20:21 22:3 31:14 32:7,10 33:14 34:19 38:20 43:23 43:25 46:17 49:6 52:4,19
seeing 36:5
seen 33:17
send 55:7
senobio 13:2
sent 7:17 52:19
separate 25:24 40:14,19,22,22
service 34:18 37:2 38:25 44:22
services 3:15 37:25
seven 9:22 12:21 14:12 47:8 48:9
sheet 8:7 41:25 58:1
shift 26:2,4,16,20 26:25 30:12
shifts 25:24 26:6 27:17
shopping 46:8
show 9:5 15:23 18:13,16 49:23 50:12 51:13,15
showed 31:19
shows 18:3,11,24

side 35:25 36:2,4
signature 44:15 56:19 57:14
signing 34:8
situation 31:16
six 13:4,22 48:4
skilled 24:9,19
skills 56:9 57:6
solutions 58:1
somebody 36:23 41:13 47:20,24 48:4 51:14
sorry 7:21 15:2,7 15:14 16:21 20:3 20:14,15,17 22:17 24:4,17 28:4 29:21 30:3 34:13 34:14 36:25 41:2 41:16 42:11 43:7 44:12 46:7 51:19 53:2,22
sort 37:11
speak 6:18 7:9
speaks 47:8
specific 30:6
specifically 27:13 27:14 29:2,4 39:5
specifics 33:24
speculate 45:19 46:22 50:4 52:9
spill 17:12,23 48:23 50:13
squatromoni 2:17
stacy 57:2,15
stamped 17:3 33:3
standard 25:18
start 15:3 17:11 21:15 27:21 29:18 29:23 32:5 35:23 36:4 37:12 44:6 47:4

started 29:17 34:6 43:17 44:10,11 47:16
starting 14:11 36:16 47:21
state 56:20
states 1:1
stationed 14:2
steel 24:11,21 38:16
stenographic 5:4
stipulation 5:5
store 14:3,20,21 16:14 17:12 28:5 28:22 29:7,15 30:10,13,24 33:11 35:13,16,20,23 40:2,16
straightened 46:10
street 2:5
subscribed 55:20 58:22
sunday 28:17,19
supervise 31:9
supervisor 31:22
supposed 16:14
sure 22:9 28:9 29:15 35:24 36:9 37:7,13
swear 4:15 5:24
sweeping 24:13 29:24 32:6,7
sworn 4:19 6:6 55:20 56:5 58:22

| t |

t 3:5,13,18,18
take 4:4,12 7:8 22:8 23:10 29:19 34:25 51:8 53:18

taken 4:8 50:20 56:3,11 57:8
takes 38:8
talking 15:18 24:17 27:12 33:12 35:7 37:8,14,15 42:4 44:3 50:22
task 29:17,18,19 30:17,19,21
tasks 30:7 31:3
teach 39:3,4
tell 6:6,18 7:5 12:9 12:13,19,23 13:15 17:25 18:18 19:4 19:10 21:2,6 22:16 23:23 26:9 31:22 33:6 43:6,8 43:19 44:8,14 45:10,12 47:14 49:17 54:2,8
tells 44:9
temperature 34:12,15,17 35:3,5 35:6,9,17,20 36:10 37:10,19,23 38:4 39:6
temperatures 39:16
ten 34:13
testified 6:8
testifying 56:5
thank 5:22 6:9 19:22 25:7 30:2 54:16,19 55:6
thanks 36:19
that.s 8:2 10:5 11:19 13:3 20:18 24:16 38:8 44:16 48:5
there.s 19:11,12 20:4,9 31:11

| | | | |
|---|---|---|---|
| 39:12,13 42:24 44:23 46:14 47:4 49:4 | transcriptionist 56:7 | 22:11 23:1,12 24:1,5 25:1 26:1 | wall 2:5 |
| they.re 13:10 17:19,22 24:9 32:6,12 36:16 37:11 | transpired 52:16 trip 34:24 true 56:8 57:4 truth 6:6,7,7 try 7:9 | 27:1 28:1 29:1 30:1,6 31:1 32:1 32:14 33:1,6 34:1 35:1 36:1 37:1,21 38:1 39:1 40:1 | want 9:6 11:20 20:10 29:22 37:7 37:13 42:13 wanted 15:17 way 21:21 29:14 37:21 46:19 52:3 53:12,25 |
| thing 37:8,12,14 48:8 50:6 think 11:4,10 37:11 | turn 6:19 turned 15:6 two 16:19 23:20 26:21,23 40:15 45:17 | 41:1 42:1 43:1 44:1 45:1 46:1 47:1,13 48:1 49:1 50:1 51:1 52:1 53:1,21 54:1,16 | we.ll 11:17 we.re 24:16 33:12 37:7,14,15 42:17 44:3 |
| three 19:8,8 25:8 25:22 27:23 28:24 43:21,23,25 44:13 45:17 46:14 | type 44:19 types 38:23 typewriting 56:6 | 55:1,19 58:3,21 vicencio's 3:24 vicinity 39:20 video 50:16 | weather 35:5 week 13:19 28:8,9 28:13,14 weekend 28:10 |
| time 1:15 5:7 7:9 8:23 9:17,20,23 | **u** | videoconference 1:12 2:3,13 | welcome 54:18 went 49:21 |
| 18:7,13 21:14 26:19 27:9,9,10,21 27:25 28:5,12 30:22,23 31:13 34:5,6 37:13 | u 3:13,18 understand 4:20 7:5 united 1:1 unresolved 49:5 | virtually 4:22 voice 30:4 vs 4:9 | what.s 19:18 whatnot 35:14 wholesale 1:7 2:10 4:10 58:2 |
| 43:15,16,16,22,25 44:6,9 47:4,14,22 47:23,25 48:9,10 | unsafe 38:15 uses 4:24 usually 25:22 | **w** | william 22:12,21 23:17,24 24:9 25:4 |
| 50:23 51:2 52:25 53:3 54:3,17 | **v** | wait 20:3 23:25 55:7 walk 3:9 8:2,7,19 | william.s 23:3 window 36:15 |
| times 44:2,13 47:18 | v 1:6 3:13 58:2 vaguely 10:13,14 | 32:15 34:5,6,7,10 34:11,12,15,17 | withdrawn 42:11 43:7 |
| tire 41:8 title 44:20 titles 13:9 17:14 today 10:24 31:23 | verbal 7:8 veritext 4:4 58:1 vernon 1:8 2:11 15:10 | 35:2,3,9,17 37:2 37:16,20,20,23 38:4,6,9,18,24 39:5,7,13,17 41:9 | witness 4:15,19,20 5:24 6:5 7:24 16:11 19:21,25 24:8 29:23 36:18 |
| 33:18 49:21 50:11 54:17 | vestibule 39:13 vicencio 1:13 4:1,8 | 41:14,25 42:6 43:17,20 44:10,11 | 41:22 45:22 46:5 46:24 51:4,23 |
| today.s 7:15 10:24 11:18 17:2 32:21 trained 37:4 39:3 | 5:1,17,20,21,25 6:1,4,13 7:1,13,22 8:1 9:1,11 10:1 | 47:16 48:15 53:23 walked 47:24 48:4 48:11 | 53:6 54:18 56:4 witnesses' 58:3 worded 50:8 |
| transcriber 57:1 transcript 4:21 54:25 55:5 57:3,4 | 11:1,11 12:1 13:1 14:1 15:1 16:1 17:1,10 18:1 19:1 20:1,20 21:1 22:1 | walkie 31:15 walking 14:3 29:13 32:12 34:17 walks 36:22 37:10 37:10 43:9,22 | words 12:14 25:25 30:22 40:3 42:13 47:21 |

[work - zoom]                                                                    Page 10

| | |
|---|---|
| **work**  21:13,15 22:17 25:15,16,19 25:25 27:11 28:21 30:18 31:19 51:14 52:21 | **york**  1:2,17 2:6,16 4:14 56:20 |
| **worked**  15:23 16:6 16:8 18:12,14,25 19:5 21:4,5,11 22:4,18 25:9,13 | **you.d**  51:15 |
| | **you.re**  17:20 27:12 35:4 |
| | **you.ve**  33:7 |
| **worker**  20:22 22:13,25 23:13 27:17 30:12 31:19 | **z** |
| **workers**  3:22 19:5 23:6 25:9,19 26:7 27:24 28:25 31:3 31:10 38:4 | **zone**  40:3,5,8,21 41:14 42:18,25 44:3,7,8 45:14 46:13 47:4 48:15 |
| | **zoned**  46:6 |
| **working**  12:17,20 12:24,24 13:22 15:22 18:18 21:18 22:21 30:17 31:13 36:12 | **zones**  36:9 39:12 39:23 40:2 42:12 42:12 47:18,24 48:4,12 |
| | **zoning**  49:19 |
| **wouldn.t**  8:13 11:5 21:20 22:23 48:21 51:16,21 | **zoom**  4:11 |
| **wouldn.t.**  42:16 | |
| **writing**  22:5,7 23:7,9 53:9,17 | |
| **written**  5:5 44:13 46:18 48:25 49:22 54:11 | |
| **x** | |
| **x**  3:1,5,13 | |
| **y** | |
| **y**  3:13 | |
| **yardwork**  36:16 | |
| **yeah**  11:9,14 15:6 16:24 20:7,16 26:23 44:7 45:5 45:24 50:24 51:22 53:16 55:2,2 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.