# Exhibit M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FOUZIA JADA,

Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION and
MBA – VERNON BOULEVARD, LLC,

Defendants.

Docket No.: 21-CV-194 (MKB)(JRC)

**AFFIDAVIT**

STATE OF NEW JERSEY          )
                             ) ss.:
COUNTY OF MERCER             )

RICHARD THYPIN, being duly sworn, deposes and says:

1.      I am a designated representative of MBA-Vernon Boulevard, LLC ("MBA"). MBA owns the land located at 3250 Vernon Boulevard, Long Island City, New York 11106 ("Property").

2.      The prior owner of the Property, Manhasset Bay Associates, entered into a Ground Lease with Costco Wholesale Corporation ("Costco") regarding the Property.  The Ground Lease is dated April 12, 1996.

3.      Ownership of the Property was transferred from Manhasset Bay Associates to MBA in 1997.  The Ground Lease remained in effect and was in full force and effect as of August 16, 2018.

4.      In my capacity with MBA, I am familiar with the terms of the Ground Lease with Costco.

5.      Pursuant to the Ground Lease, Costco is responsible for the inspection and maintenance of the Warehouse's floor.

5962475-1

6. I understand that plaintiff claims to have slipped on blueberries on the Warehouse's floor near to the checkout area. It is, and has been since the Ground Lease was executed, Costco's responsibility to inspect and maintain the area where plaintiff has alleged the incident took place.

7. MBA is not responsible to inspect or to maintain any aspect of the Warehouse, including but not limited to the floor, and has not inspected or maintained the Warehouse's floor.

RICHARD THYPIN

Sworn to before me this
1ST day of ~~August~~, 2021.
Sept

Notary Public

SWETA B PATEL
Commission # 2341983
Notary Public, State of New Jersey
My Commission Expires
March 21, 2026

-2-

5962475-1

## **CERTIFICATE OF CONFORMITY**

STATE OF NEW JERSEY   )
                                          )ss.
COUNTY OF MERCER    )

     I, _____Sweta Patel_____, a notary public licensed in the State of New

Jersey, affirm under penalty of perjury that I witnessed the signature of Richard Thypin as

applied to the Affidavit annexed to this Certificate, which was signed and dated on

_1ˢᵗ sept 2021_. The manner in which same was signed was, and is, in accordance with, and

conforms to, the laws for taking oaths and acknowledgments in the State of New Jersey.

Dated: _____09/01/2021_____

_____
Notary Public

SWETA B PATEL
Commission # 2341983
Notary Public, State of New Jersey
My Commission Expires
March 21, 2026

-3-

5962475-1