# Exhibit O

00012

ML NUMBER _____

**COSTCO WHOLESALE CORP.**                    WAREHOUSE LOC. # _____

## MEMBER FIRST REPORT OF INCIDENT TO BE FILLED OUT BY MEMBER ONLY
(Do Not Complete on Behalf of Member)

1. Name: _FOUZIH_ _JADA_

   If Minor, Parent/Guardian: _____

2. Date of Birth: ▓▓▓▓ 66   Email Address: _nrowrbny@hotmail.com_

3. Your address (Please include city and zip code): _37-40 W6St_

4. Home Phone: (718) 777-0060   Work Phone: ( ) _____   Cell Phone: ( ) _____

5. Employer: _____   City: _____

   Occupation / Job Title: _____

6. Are you a Costco Member?   Yes _____  (No) _____   Membership # ▓▓▓▓▓▓▓▓

   If you are a guest of Costco, please identify Costco member who accompanied you:

   Name: _Tunna Arotian_   Membership #: ▓▓▓▓▓   Telephone No.: ( ) _____

7. Incident date: _08/16/18_ .   Time incident occurred: _7:20_

8. Description of Incident: _Member uses runway for register doing her stuff said benches were on the floor she was coming down and slavemen_

9. Did anyone witness the incident: YES _____   No _X_   IF YES. PLEASE GIVE:

   Name: _____   Address/Phone No.: _____

   Name: _____   Address/Phone No.: _____

   Name: _____   Address/Phone No.: _____

10. Was a Costco employee involved in the incident? YES _____   NO _X_   If Yes. Who? _____

    Employee Name: _____

11. Was anyone injured: YES _X_   NO _____   If Yes. Who? _The person of incident JADA_

    Please describe (injury, illness, property damage): _Knee is swollen all toes bruised bottom of foot hurts in it._

12. Do you intend to seek medical treatment? (YES)   NO   If yes. name of doctor or hospital: _____

    _____ MEMBER SIGNATURE   08-16-18   7:35

    DATE   TIME

    DISTRIBUTION:   White Copy:  RETAIN AT WAREHOUSE
                    Yellow Copy  MEMBER (UPON REQUEST)

FORM# SF03 01/18

90272

294