# Exhibit P

LOCATION: _243_     **Daily Floor-walk / Safety Inspection**     DATE: _08.16.18_

Inspect every aisle for unsafe conditions and potential hazards by physically walking down congested aisles, or visually inspecting unobstructed aisles. Report critical issues immediately.

Place a check mark in each box to indicate that no hazards exist. If something requires a manager's attention, indicate it by writing a "P" (Problem) in the corresponding box, then review with the Duty Manager ASAP.

| Time Period | 10 am | 11 am | 12 pm | 1 pm | 2 pm | 3 pm | 4 pm | 5 pm | 6 pm | 7 pm | 8 pm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 1 | OK | oL | oL | OK | OK | OK | OK | OK | OK | OK | |
| Zone 2 | OK | oL | oL | poor | poor | poor | OK | OK | OK | OK | |
| Zone 3 | | | | OK | | OK | | OK | | OK | |
| Zone 4 | OK | oL | oL | poor | poor | poor | poor | OK | OK | OK | |
| Temp. Log (verified) | | oL | | OK | | OK | | OK | | OK | |

Pharmacy temperatures (US locations ONLY) - If temperatures are out of range, notify the Pharmacy Manager ASAP

| Refrigerator 35-46 degrees F | 41 | ◄degrees | | | | | | | 39.9 | ◄degrees | |
| Freezer 5 degrees F or below | -1 | ◄degrees | | | | | | | -1.8 | ◄degrees | |

## Zone 1 - Vestibule / Front End Area

| | |
|---|---|
| Trash, spills & trip hazards | Restrooms (both) |
| Electrical hazards | |
| Emergency exits | |
| Optical | |
| Entrance / Exit | |

## Zone 2 - Sales Floor (Foods, Center, Hardlines)

| | |
|---|---|
| Trash, spills & trip hazards | Unattended pallet jacks |
| Electrical hazards | Walk-in coolers |
| Emergency exits | Demo areas |
| Merchandise issues | Display safety |
| Road shows | Jewelry / Alarmed displays |

## Zone 3 - Receiving Area

| | |
|---|---|
| Trash, spills & trip hazards | Compactors |
| Electrical hazards | Re-wrap machine |
| Emergency exits | RTV |
| Safe stacks / storage | Receiving doors |
| Roof hatch (visual) | Eye wash station/ shower clear |
| Overhead heaters | 24" clearance in front of HazMat Buckets |

## Zone 4 - Building Specific

Laptop table  --
Apple Table  --
Camera Table  --
audio wall  --
( all displays )
( alarms on )

**ACTION LOG\*\***     Record unresolved hazards indicated above

| Issue | Action Taken | Resolved By |
|---|---|---|
| + | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin Time | 10:53 | 11:15 | 12:04 | 1:48 | 2:25 | 3:54 | 5:45 | 5:40 | 6:45 | 7:21 | |
| End Time | 11:04 | 12:00 | 12:40 | 2:24 | 2:48 | 4:09 | 6:28 | 6:28 | 6:28 | 7:46 | |
| Inspector's Last Name (print legibly) | VLad ICT | | | VLad KT | VLad KT | VLad KT | | | | | |
| * Inspector's Initials | VT | | | VT | VT | VT | | | | | |

* Your initials (above) indicate that all zones/areas have been inspected and safety issues are addressed

**Duty Mgr Initials**