## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK)

      **Samuel P. Quatromoni**, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On September 23, 2022 deponent served the within **Notice of Motion, Declaration of Michael J. Crowely, Rule 56.1 Statement and Material Facts and The Memorandum of Law and Support.** (VIA EMAIL).

Philip Aiello
McManus Ateshoglu Aiello &
Apostolakos PLLC
Attorneys for Plaintiff
48 Wall Street, 25th Floor
New York, New York 10005
(212) 425-3100
paiello@maaalaw.com

                                                  **Samuel P. Quatromoni Esq.**

Sworn to before me on
November 7, 2022

_____
Notary Public

MONICA CRUZ
Notary Public, State of New York
No. 01CR6223670
Qualified In Bronx County
Commission Expires June 14, 2026

5096845-1